United States District Court
Southern District of Texas
**ENTERED**
October 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BENCIVENGA CORPORATION D/B/A OFM CORPORATION<br><br>*Plaintiff*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>*Defendants*. | No. 4:23-CV-3887 |

### ORDER

Before the Court is the Motion for Temporary Restraining Order filed by Plaintiff Bencivenga Corporation d/b/a OFM Corporation. ECF No. 11. The Court held a hearing on the Motion on October 25, 2023. For the reasons stated on the record, after considering the Motion, any responses and replies, and the arguments of counsel, the Motion is **DENIED**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on this the 25th day of October, 2023.

_____
The Honorable Keith P. Ellison
United States District Judge