United States District Court
Southern District of Texas

**ENTERED**

February 16, 2024

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| BENCIVENGA CORPORATION D/B/A OFM CORPORATION<br><br>*Plaintiff,*<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.,*<br><br>*Defendants.* | No. 4:23-CV-3887 |

**ORDER**

Upon consideration of the parties' joint notice and motion, the Court ORDERS:

1.  Plaintiff's motion for temporary restraining order, ECF No. 31, is MOOT.

2.  Plaintiff shall file a motion for preliminary injunction by February 26, 2024.

3.  Defendant shall file an opposition to Plaintiff's motion for preliminary injunction by March 11, 2024.

4.  Plaintiff shall file any reply by March 18, 2024.

5.  Defendants' answer deadline and the initial scheduling conference are vacated.

6.  The parties shall file a joint status report within 14 days of the Court's ruling on Plaintiff's motion for preliminary injunction.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 16th day of February, 2024.

_____
The Honorable Keith P. Ellison
United States District Judge.