# EXHIBIT C

## 2022 and 2023 Reports of Violations

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Violations

**FFL:** BENCIVENGA CORPORATION
**Inspection:** FCI-35519
**Date Generated:** 8/30/2022
**RDS Key:** 5-76-02738
**Lead Industry Operations Investigator:** Thomas Gray III

| | Regulation | Corrective Action(s) | Number of Forms | Number of Instances |
|---|---|---|---|---|
| 1 | 27 CFR 478.123(b): Failure to maintain an accurate/complete/timely licensee disposition record | Accurately, completely & timely record all required future firearm disposition information.<br>Complete and submit ATF Form 3310.11 - Firearms Inventory Theft/Loss Report.<br>Amend/Update A&D Record to accurately record all required firearm disposition information.<br>Resume proper maintenance of required acquisition and disposition record. | | 3 |
| 2 | 27 CFR 478.123(a): Failure to maintain an accurate/complete/timely manufacture or acquisition record | Accurately, completely & timely record all required future firearm acquisition information.<br>Amend/Update A&D Record to accurately record all required firearm acquisition information.<br>Resume proper maintenance of required acquisition and disposition record. | | 1 |
| 3 | 27 CFR 478.124(c)(1): Failure to obtain a completed ATF F 4473 | Ensure that all required ATF Form 4473 Section A items are completed/provided by the transferee/buyer on all future transactions.<br>Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions. | 2 | 7 |
| 4 | 27 CFR 478.124(c)(5): Failure by transferor to sign and/or date an ATF F 4473 | Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions.<br>Ensure that the required transferor/seller signature and date of transfer is obtained, validated and accurately recorded on all future ATF Forms 4473, Section D. | 2 | 2 |

EXHIBIT
45

**Signature(s)**

My signature below certifies that on Tuesday, August 30, 2022 ATF IOI Thomas Gray III reviewed the above information with me and answered my questions regarding this information. I understand I can receive a copy of this for my records. I understand that this is only a general overview of the violations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed/permitted business.

Printed Name
RAMIRO ROMO
Signature / Date
Tuesday, August 30, 2022

**Report of Violations Instance Details**

| | Regulation/Violation | Instance Details | Version |
|---|---|---|---|
| 1 | 27 CFR 478.123(b): Failure to maintain an accurate/complete/timely licensee disposition record | Disposition Not Recorded (Reconciled). OFM Corp. Pro Series 2000. RM2005. PISTOL. .45<br>Disposition Not Recorded (Reconciled). OFM Corp. Pro Series 2000. X1000. PISTOL. .22<br>Disposition Not Recorded. Firearm Missing from Inventory. OFM Corp. X-Series. X1046. FRAME ONLY. .22 | |
| 2 | 27 CFR 478.123(a): Failure to maintain an accurate/complete/timely manufacture or acquisition record | Acquisition Recorded, but not Timely/Correct. Browning. Pump. 368176. RIFLE. .22 | |
| 3 | 27 CFR 478.124(c)(1): Failure to obtain a completed ATF F 4473 | ATF F 4473 Error/Omission. 21f. Blank Item. 99. Wainstein. Earle. 6/28/2022<br>ATF F 4473 Error/Omission. 21g. Blank Item. 99. Wainstein. Earle. 6/28/2022<br>ATF F 4473 Error/Omission. 21h. Blank Item. 99. Wainstein. Earle. 6/28/2022<br>ATF F 4473 Error/Omission. 21i. Blank Item. 99. Wainstein. Earle. 6/28/2022<br>ATF F 4473 Error/Omission. 21j. Blank Item. 99. Wainstein. Earle. 6/28/2022<br>ATF F 4473 Error/Omission. 21k. Blank Item. 99. Wainstein. Earle. 6/28/2022<br>ATF F 4473 Error/Omission. 9. Incomplete. 85. Hilsher. Robert. 1/4/2022 | 2020<br>2020<br>2020<br>2020<br>2020<br>2020<br>2020 |
| 4 | 27 CFR 478.124(c)(5): Failure by transferor to sign and/or date an ATF F 4473 | ATF F 4473 Error/Omission. 36. Incorrect. 99. Wainstein. Earle. 6/28/2022<br>ATF F 4473 Error/Omission. 36. Incorrect. 100. Portillo. Jessica. 6/28/2022 | 2020<br>2020 |

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Violations

**FFL**: BENCIVENGA CORPORATION
**Inspection:** FCI-35519
**Date Generated:** 2/15/2023
**RDS Key:** 5-76-02738
**Lead Industry Operations Investigator:** Thomas Gray III

| | Regulation | Corrective Action(s) | Number of Forms | Number of Instances | Date Amended |
|---|---|---|---|---|---|
| 1 | 27 CFR 478.123(b): Failure to maintain an accurate/complete/timely licensee disposition record | • Accurately, completely & timely record all required future firearm disposition information.<br>• Complete and submit ATF Form 3310.11 - Firearms Inventory Theft/Loss Report.<br>• Amend/Update A&D Record to accurately record all required firearm disposition information.<br>• Resume proper maintenance of required acquisition and disposition record. | | 3 | 01/31/2023 |
| 2 | 27 CFR 478.123(a): Failure to maintain an accurate/complete/timely manufacture or acquisition record | • Accurately, completely & timely record all required future firearm acquisition information.<br>• Amend/Update A&D Record to accurately record all required firearm acquisition information.<br>• Resume proper maintenance of required acquisition and disposition record. | | 1 | 01/31/2023 |
| 3 | 27 CFR 478.124(c)(1): Failure to obtain a completed ATF F 4473 | • Ensure that all required ATF Form 4473 Section A items are completed/provided by the transferee/buyer on all future transactions.<br>• Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions. | 3 | 8 | 01/31/2023 |

EXHIBIT 46

| | Regulation | Corrective Action(s) | Number of Forms | Number of Instances | Date Amended |
|---|---|---|---|---|---|
| 4 | 27 CFR 478.124(c)(5): Failure by transferor to sign and/or date an ATF F 4473 | • Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions.<br>• Ensure that the required transferor/seller signature and date of transfer is obtained, validated and accurately recorded on all future ATF Forms 4473, Section D. | 1 | 1 | 01/31/2023 |
| 5 | 27 CFR 478.128(a): False statement when applying for a federal firearm license | • Cease and desist engaging in activities not authorized by current license type.<br>• Cease and desist from engaging in deceptive practices. | | 1 | 01/31/2023 |
| 6 | 27 CFR 478.99(c): Unlawful sale or delivery of a firearm to a prohibited person | • Ensure that all required ATF Form 4473 Section B items are completed/provided by the transferee/buyer on all future transactions.<br>• Cease and desist all firearm transfers to a known prohibited person and/or any person having reasonable cause to believe is prohibited. | 1 | 1 | 01/31/2023 |

My signature below certifies that I acknowledge I have reviewed the above information. I understand that this is only a general overview of the violations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed/permitted business.

Signature ______________________ Date ______________________

Printed Name ______________________

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Violations Instance Details

**FFL:** BENCIVENGA CORPORATION
**Inspection:** FCI-35519
**Date Generated:** 2/15/2023
**RDS Key:** 5-76-02738
**Lead Industry Operations Investigator:** Thomas Gray III

| | Regulation/Violation | Instance Details | Version | Nature of Discrepancy |
|---|---|---|---|---|
| 1 | 27 CFR 478.123(b): Failure to maintain an accurate/complete/timely licensee disposition record | 1: Disposition Not Recorded (Reconciled), OFM Corp, Pro Series 2000, RM20005, PISTOL, .45<br>2: Disposition Not Recorded (Reconciled), OFM Corp, Pro Series 2000, X1000, PISTOL, .22<br>3: Disposition Not Recorded, Firearm Missing from Inventory, OFM Corp, X-Series, X1046, FRAME ONLY, .22 | | 1: Failure to record the firearms disposition within seven days. Gun No. 295 is the seventh line of A&D Record page.<br>2: Failure to record firearm disposition within seven days.<br>Gun No. 299 is the eleventh line of A&D Record page.<br>3: Failure to record disposition; firearm missing from inventory.<br>Gun No. 170 is the eighth line of A&D Record page. |
| 2 | 27 CFR 478.123(a): Failure to maintain an accurate/complete/timely manufacture or acquisition record | 1: Acquisition Recorded, but not Timely/Correct, Browning, Pump, 36867 RP176, RIFLE, .22 | | 1: Failure to accurately record the serial number as "36867 RP176".<br>The serial number was recorded incorrectly as "36267 RB176".<br>Gun No. 11 is the eleventh line of A&D Record page. |

| | Regulation/Violation | Instance Details | Version | Nature of Discrepancy |
|---|---|---|---|---|
| 3 | 27 CFR 478.124(c)(1): Failure to obtain a completed ATF F 4473 | 1: ATF F 4473 Error/Omission, 21.1.2, 99, Wainstein, Earle Seymour, 6/10/2022<br>2: ATF F 4473 Error/Omission, 21f, Blank Item, 99, Wainstein, Earle, 6/28/2022<br>3: ATF F 4473 Error/Omission, 21g, Blank Item, 99, Wainstein, Earle, 6/28/2022<br>4: ATF F 4473 Error/Omission, 21h, Blank Item, 99, Wainstein, Earle, 6/28/2022<br>5: ATF F 4473 Error/Omission, 21i, Blank Item, 99, Wainstein, Earle, 6/28/2022<br>6: ATF F 4473 Error/Omission, 21j, Blank Item, 99, Wainstein, Earle, 6/28/2022<br>7: ATF F 4473 Error/Omission, 21k, Blank Item, 99, Wainstein, Earle, 6/28/2022<br>8: ATF F 4473 Error/Omission, 9, Incomplete, 85, Hilsher, Robert, 1/4/2022 | 2020<br>2020<br>2020<br>2020<br>2020<br>2020<br>2020<br>2020 | 1: Blank<br>2: Blank<br>3: Blank<br>4: Blank<br>5: Blank<br>6: Blank<br>7: Blank<br>8: Failure to identify as middle name, initial only, or no middle name. |
| 4 | 27 CFR 478.124(c)(5): Failure by transferor to sign and/or date an ATF F 4473 | 1: ATF F 4473 Error/Omission, 36, Incorrect, 100, Portillo, Jessica, 6/28/2022 | 2020 | 1: Incorrect |
| 5 | 27 CFR 478.128(a): False statement when applying for a federal firearm license | 1: Bencivenga Corporation was licensed as a manufacturer of firearms in July 2010. On 10/12/22, Ramiro Romo, Director of the Corporation, stated the business was operating as a joint venture with Crusader Firearms LLC, which is directed by Alan Aronstein, pursuant to a verbal agreement. | | 1: Bencivenga Corporation was licensed as a manufacturer of firearms in July 2010. On 10/12/22, Ramiro Romo, Director of the Corporation, stated the business was operating as a joint venture with Crusader Firearms LLC, which is directed by Alan Aronstein, pursuant to a verbal agreement. |

| | Regulation/Violation | Instance Details | Version | Nature of Discrepancy |
|---|---|---|---|---|
| 6 | 27 CFR 478.99(c): Unlawful sale or delivery of a firearm to a prohibited person | 1: ATF F 4473 Error/Omission, 26d, Incomplete, 99, Wainstein, Earle Seymour, 6/10/2022 | 2020 | 1: The transferee does not possess a valid Texas hunting license. |