# EXHIBIT G

Consent to Sublease Agreement

## LANDLORD'S CONSENT TO SUBLEASE

THIS CONSENT TO SUBLEASE is made this ____ day of _____, 2019, by **Hartman Mitchelldale Business Park, LLC**, a Texas limited liability company ("Landlord") with respect to the following facts:

## RECITALS

A.    Pursuant to that certain Lease Agreement dated August 20, 2019, between Landlord, as lessor, and **Crusader Gun Group, LLC**, a Texas limited liability company as tenant and sublessor ("Sublessor" and "Tenant") together with all modifications, amendments, riders and exhibits thereto, a copy of which is attached hereto as Exhibit A (the "Prime Lease"), Landlord leased to Tenant approximately 7,200 square feet of space in Suite 12B-14 (the "Premises") in the building commonly known as Mitchelldale (the "Building"), located at 5151 Mitchelldale, Houston, Texas 77092.

B.    Tenant now desires to sublease a portion of the Premises (the "Sublease") to **Bencivenga Corporation**, a Texas corporation d/b/a OFM Corp., ("Sublessee") and requests the consent of Landlord to such Sublease.

## CONSENT

1.    <u>Landlord Consent</u>.    Landlord hereby consents to Sublessor's sublease of the Premises to Sublessee pursuant to the Sublease between Sublessor and Sublessee, a copy of which has been delivered to and reviewed by Landlord.

2.    <u>No Release of Sublessor</u>.    Landlord's consent set forth in Paragraph 1 above shall not release Tenant of its obligations or alter the primary liability of Tenant to pay the rent and perform and comply with all of its other obligations under the Lease.

3.    <u>Sublessor's Default</u>.    If Sublessor defaults on any monetary obligations under the Prime Lease, Landlord shall also notify Sublessee consistent with the notice obligations to Sublessor in the Prime Lease.

4.    <u>Sublessee Agreement</u>.    Sublessee agrees to abide by all terms and conditions of the Prime Lease.

5.    <u>Landlord Liability</u>.    Landlord shall not be liable to Sublessee under the Sublease. Sublessee shall look to Sublessor for performance of any obligations imposed by the Sublease.

6.    <u>Conflict</u>.    In the event of any conflict in the provisions, rights, obligations and/or duties between the Prime Lease and the Sublease, the Prime Lease shall control.

7.    <u>No Further Consent</u>.    Landlord's consent set forth herein shall not constitute consent to any subsequent assignment, subletting or other transfer of rights or sharing of the Premises.

**EXHIBIT**

**18**

IN WITNESS WHEREOF, the undersigned hereby executes this Landlord's Consent to Sublease as of the day and year first above written.

LANDLORD:

**Hartman SPE, LLC,**
a Delaware limited liability company

By: _____
Name: Mark T. Torok
Its:    General Counsel

TENANT/SUBLESSOR:

**Crusader Gun Group, LLC,**
A Texas limited liability company

By: _____
Name: _Alan Aronstein_____
Its: _President_____

SUBLESSEE:

**Bencivenga Corp.,**
a Texas corporation d/b/a OFM Corp.

By: _____
Name: _RAMIRO E. Roma Ja_____
Its: _PRESIDENT / OWNER_____