# EXHIBIT H

## Sublease

5-76-201-07-1B-02738

# Lease Agreement

Date: <u>11/01/2019</u>

Agreement between <u>Crusader Gun Group, LLC</u>  Lessor, and <u>OFM Corp.</u> Tenant(s), for the Office Space

located at <u>5151 Mitchelldale St. Ste B-14 Houston, Tx.</u>

Tenant(s) agree to rent this  Space for <u>$10.00</u> per month, plus other valuable consideration.

The first month's rent is <u>$10.00</u>

The following is included:

Provisions of Lessor's Lease Agreement are applicable except for rent payment Provisions.

TENANTS AGREE TO THE FOLLOWING:

1) To accept the Space "as is," having already inspected it.
2) To allow Lessors to inspect the Space, at any and all reasonable times.
3) Use of space area that is designated by Lessors.

Tenants hereby acknowledge that they have read this Agreement, understand it, agree to it, and have been given a copy.

Lessor: _____    Lessee: _____
                President                                    Owner - President

**Exhibit 4**
**Page 1 of 1**

EXHIBIT
**19**    NOV 07 2019