# EXHIBIT I

Romo Declaration Dated 7/17/2023

# EXHIBIT 14

Respondent's
Exhibit  9 Page 221

## DECLARATION OF UNDER PENALTY OF PERJURY.

I, Ramiro E. Romo, Jr. make the following declaration in lieu of affidavit pursuant to 28 U.S.C. § 1746.

1. Bencivenga Corporation is a corporation that was chartered by the State of Texas in 1987.

2. I am the sole shareholder, Director and President.

3. In September of 2022, Bencivenga Corporation filed and began to operate a D/B/A under the name of OFM Corporation.

4. Bencivenga Corporation has FFL license number 5-26-201—07-4B-02738 that was issued in 2003.

5. I am the sole individual that possesses, directly or indirectly, the power to direct or cause the direction of management or polices of Bencivenga Corporation.

6. A copy of the report from Thomas Gray III, Lead Industry Operations Inspector dated August 30, 2022 that summarized the inspection that he conducted in August 2022 marked Exhibit 1 attached hereto is incorporated by reference. This report was electronically signed and returned.

7. The regenerated report dated December 9, 1922 was hand delivered to me by Thomas Gray III, Lead Industry Operations Inspector. The regenerated report marked Exhibit 2 attached hereto is incorporated by reference. I refused to acknowledge the findings in this document because the

Page 1 of 5

Respondent's
Exhibit 9 Page 222

regenerated report contradicts the summary of the conclusions reported by the inspector that conducted the inspection in August of 2022. Hence, Exhibit 2 wrongfully contradicts the conclusions and summation reported in Exhibit 1.

8. The statement on Exhibit 2 page 5 that Bencivenga Corporation was operating with Crusader Firearms LLC as a joint venture[1] either is a misnomer or is incorrect.

9. There is no enterprise that Crusader Firearms LLC or Alan Aronstein has agreed to do for or work on with Bencivenga Corporation or me.

10. There is no enterprise between Crusader Firearms LLC or Alan Aronstein and Bencivenga Corporation or me where we have agreed to share in any profits or losses.

11. There is no enterprise where there is a mutual right of control or management.

12. I have a personal verbal agreement with Alan Aronstein that if he finds a buyer for my business, he will receive a commission at the closing of the sale.

13. The Notice to Revoke or suspend license and/or impose a Civil fine marked Exhibit 3 attached hereto is incorporated by reference.

---

[1] Texas state law requires four elements for a joint venture — (1) a community of interest in the venture, (2) an agreement to share profits, (3) an agreement to share losses, and (4) a mutual right of control or management of the enterprise. See *Ingram v Deere*, 288 S.W.3d 886 (Tex.2009)

Page 2 of 5

Respondent's
Exhibit 9 Page 223

14. The following statements in the compliance history is correct and has never changed since 2002: "The laws and regulations issued under the GCA were reviewed with the License president and sole listed responsible person Ramiro E. Romo on December 23, 2002, April 22, 2008, May 26, 2010, August 16, 2012, October 20, 2016, December 9, 2019 and August 30, 2022".

15. I unequivocally deny that I knowingly made a false statement or representation in applying for a firearms license in violation of 18 U.S.C, §924(a)(1) or 27 C.F.R. §478.128(a).

16. I unequivocally deny that Alan Aronstein has ever became or was a person who has the power to direct or cause the direction of the management or polices of Bencivenga Corporation.

17. Alan Aronstein is an unpaid consultant who has extensive knowledge of the Firearms industry including the compliance requirements of the 1968 Gun Control Act

18. I unequivocally deny that Bencivenga Corporation sold or disposed of a firearm to a person who licensee knew or had reasonable cause to believe was subject to federal firearms disabilities in violation of 18 U.S.C § 922(d) and 27 C.F.R. § 478.99(c). A copy of the ATF Form 4473 for the individual in question marked Exhibit 4 attached hereto is incorporated by reference.

19. Reviewing item 27 -in Exhibit 4, a person named Angie employee number K00179 reported that the application was initially delayed.

Respondent's
Exhibit 9 Page 224

20. Reviewing item 32 in in Exhibit 4, a FBI NICS employee whose name is Kelsey with employee number K100997 reported that the application passed and to proceed with the transfer.

21. Again on June 13, 2022, a FBI NICS supervisor whose name is Adam with employee number 3371 reported that the application was approved. This was a second inquiry to insure that transferring a weapon to the applicant complied with the requirements of the Gun Control Act of 1968.

22. Referring to the appendix on Exhibit 3, Item 4 under the name of Wainstein, the items incorrectly reported as blank is wrong. Each and every required item was correctly marked. A national can leave item 21.1.2 blank. If the applicant were a U.S. Citizen, the applicant would not be an alien.

23. Referring to the appendix on Exhibit 3, Item 4 under the name of Wainstein, the items reported as in error was correct. Item 36 should have had the same date as item 31. This was an innocent error because the date in item 36 was the date that the application was completed.

24. Referring to the appendix on Exhibit 3 regarding the Browning Pump. The incorrect serial number was a Scribner's error.

25. Referring to the appendix on Exhibit 3, The OFM Corp Failure to timely record disposition of firms was an oversight by me. Initially I had planned to sell the weapons. I changed my mind and decided to keep the weapons. I filled out the correct 4473; it was approved but failed I to remove the weapons in the gun book. This was an oversight by me.

26. Referring to the appendix on Exhibit 3 regarding the failure to timely record deposition of a firearm missing after reconciliation. This is false accusation. The timely notification was sent via certified mail to the ATF. A copy of the certified letter to the ATF marked Exhibit 5 attached hereto is incorporated by reference.

27. Referring to the appendix on Exhibit 3 concerning Robert Hilsher. Robert Hisher has no middle name. Failure to put NMI in the appropriate item was an oversight.

28. Referring to the appendix in Exhibit 3, the date in item 36 for Jessica Portillo should have been the date delivered not the date the form was completed by the applicant. The incorrect date in item 36 was an oversight.

Signed on: __July 17, 2023__

I declare under penalty of perjury that the foregoing is true and correct.

_____
Ramiro E. Romo, Jr.

Respondent's
Exhibit  9 Page 226