# EXHIBIT K

Aronstein Declaration Dated
10/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BENCIVENGA CORPORATION D/B/A OFM CORPORATION<br><br>Plaintiff<br><br>VS.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, MERRICK B GARLAND IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES DEPARTMENT OF JUSTICE, STEVEN M. DETTELBACH, IN HIS OFFICIAL CAPACITY AS THE DIRECTOR OF THE ATF, and TANARRA JAMES, IN HER OFFICIAL CAPACITY AS THE DIRECTOR OF INDUSTRY OPERATIONS FOR THE HOUSTON FIELD DIVISION OF THE ATF<br>.<br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. _____ |

DECLARATION OF ALAN LOUIS ARONSTEIN

Pursuant to 28 U.S.C. §1746, I hereby declare as follows:

1. I have been associated with the firearms industry for over fifty years.

2. I have never personally held a Federal Firearms License (FFL)

3. I have never been personally cited for willfully violating the Federal firearms laws

or regulations hereinafter referred to as the Gun Control Act of 1968. (GCA)

4. I have never been personally cited that I was indifferent to adhering to the GCA.

5. As set forth in 18 U.S.C 923 (g) & (n).

   a. I have never been convicted in any court of, a crime punishable by imprisonment

   for a term exceeding one year;

Page 1 of 4

Respondent's
Exhibit 9 Page 369

b.  I am not a fugitive from justice;

c.  I am not an unlawful user of or addicted to any controlled substance (as defined in section 102 of the Controlled Substances Act (21 U.S.C. 802));

d.  I have never been adjudicated as a mental defective or who has been committed to a mental institution;

e.  I am not an alien because I was born in the United States of America.

f.  I have never been discharged from the Armed Forces under dishonorable conditions;

g.  being a citizen of the United States, I have not renounced my citizenship;

h.  I have never been subject to a court order that (1) restrains me from harassing, stalking, or threatening an intimate partner of such person or child of such intimate partner or person, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child; (2) or includes a finding that I represents a credible threat to the physical safety of such intimate partner or child; or (3) by its terms explicitly prohibits the use, attempted use, or threatened use of physical force against such intimate partner or child that would reasonably be expected to cause bodily injury.

i.  I have never been convicted in any court of a misdemeanor crime of domestic violence.

j.  I am not prevented from shipping nor transporting in interstate or foreign commerce, or possessing in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

Respondent's
Exhibit  9 Page 370

6.    I do not own a single share of Bencivenga Corporation d/b/a OFM Corporation ("OFM").

7.    I am not an individual who has the power to direct the management and policies of the OFM's FFL pertaining to the Manufacturer of Firearms Other Than Destructive Devices

8.    I am not a partner, sole proprietor, site manager, corporate officers, directors or shareholder of Bencivenga Corporation d/b/a OFM Corporation.

9.    With respect to the transactions involving the sale and transfer of a firearm to Earle Seymour Wainstein: A copy of Wainstein's 4473 marked Exhibit 1 is incorporated by reference.

   a) I personally handled this transaction.

   b) Items 21f, 21g, 21h, 21i, 21j, 21.1.2, and 21k were properly marked and were not blank.

   c) Item 36 was marked with the date that the form was completed rather than the date that the firearm was delivered or transferred to the custody of Wainstein.

   d) Wainstein's supplication was sent to the NICS on 6/10/23 and was advised it would be delayed until 6/16/2023.

   e) I was also advised that if we did not hear from them on or before 6/16/2023, OFM could proceed.

   f) On 6/13/2023, a NICS employee by the name of Angel employee number K00179 reported that the application was denied.

   g) Later in the day on 6/13/2023 at 2:41 p. m., an employee by the name of Kelsey employee number K00997 stated to proceed.

   h) I reported that I wanted to confirm the "proceed" message with a supervisor because earlier that day I received a message from NICS that the application was denied.

Page 3 of 4

Respondent's
Exhibit 9 Page 371

i) I was connected with an employee named Adam Employee number 3371 who confirmed that he was a supervisor and that the transaction could proceed.

j) Based upon the proceed messages from Kelsey and Adam, the firearm was transferred to Earle Seymour Wainstein on 6/28/2023

I declare under penalty of perjury, the foregoing is true and correct.

Executed on this 6th day of October 2023.

Alan Louis Aronstein

Page 4 of 4

Respondent's
Exhibit  9 Page 372