# EXHIBIT L

OFM's Application for an Amended
Federal Firearms License

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0040 (12/31/2014)

**Application for an Amended Federal Firearms License**

All entries must be in ink. Please read attached instructions carefully before completing this form.

**Section 1: General Information**

| 1. Current Federal Firearms License (FFL) Number | 2. Expiration Date of FFL | 3. Employer Identification Number (EIN) or Social Security Number |
|---|---|---|
| 5-76-201-07-1B-02738 | February 1, 2021 | 76-0275513 |

4. Is the address change due to a change required by the U.S. Postal Service or 9-1-1?  ☐ Yes  ☒ No

**Section 2: Current Information Listed on FFL**

| 5. FFL Name (as reflected on attached FFL) | 6. Trade Name(s) or Business Name(s) (if any) |
|---|---|
| BENCIVENGA CORPORATION | OFM CORP |

7. Premises Address (number and street name)

4800 N 34th ST STE D-11

| City | State | County | Zip Code |
|---|---|---|---|
| HOUSTON | TEXAS | HARRIS | 77092 |

| 8. Premises Telephone Number (with area code) | 9. Home Telephone Number (with area code) | 10. Fax Number |
|---|---|---|
| (713)305-8540 | (713)305-8540 | NONE |

**Section 3: New Information for the FFL-Complete Applicable Changes**

11. Are there any changes in the business structure of the FFL's opertions? (Change of Control, Change of Partnership, etc.) If yes, specify change on a separate sheet of paper. You may need to file a new ATF Form 7, Application for Federal Firearms License.  ☐ Yes  ☒ No

12. Change in Trade Name or Business Name (if any)

NO

13. New Premises Address (where firearms activities will occur - list number and street name)

5151 Mitchelldale ST.   STE B-14

| City | State | County | Zip Code |
|---|---|---|---|
| Houston | Texas | Harris | 77092 |

14. New Mailing Address (number and street name)

SAME-P O BOX 8767

| City | State | County | Zip Code |
|---|---|---|---|
| HOUSTON | TEXAS | HARRIS | 77249-8767 |

| 15. New Premises Telephone Number (with area code) | 16. New Home Telephone Number (with area code) | 17. New Fax Number |
|---|---|---|
| | | (713)476-0085 |

| 18. E-mail Address | 19. Alternate 24 Hour Contact Telephone Number (with area code) |
|---|---|
| Ramromo1941@yahoo.com | (281)831-0330 |

20. Hours of Operation and/or Availability of Business/Activity (Please provide at least one hour in which you can be contacted by ATF personnel)

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| Hour(s): | 0 | 9AM 4PM | 9 AM-4 PM | 9 AM -4PM | 9AM-4PM | 9AM-4PM | 0 |

**Section 4: Business Information** (Complete this section Only if your business location has changed. If you have a Type 03 Collector of Curios and Relics FFL, skip Section 4 and go on to Section 5)

| 21. Is the new business premises open to the general public during these hours?  ☒ Yes  ☐ No | 22. Will any other business, other than that for which the license was issued, be conducted on the new premises?  ☐ Yes  ☒ No  If yes, state type of business: | 23. Licensee's new premises is  ☐ Owned  ☒ Leased  ☐ Rented  10/9/2019 |
|---|---|---|

24. If the new premises is rented, leased, or otherwise not owned by the applicant, please attach: 1) A copy of the lease, rental, or other agreement, and 2) The name, address, telephone, and other contact information of the owner of the property. If the lease, rental or other agreement does not reflect the terms and conditions of the agreement, please specify the beginning and ending date as well as the terms and conditions.

25. If the new premises is owned by the applicant, are there any restrictions or covenants which prohibit the owner from operating a firearms business on the premises? If yes, on a separate sheet, describe such restrictions or covenants.  ☐ Yes  ☐ No

FEDERAL FIREARMS

NOV 0 7 2019

ATF E-Form 5300.38
Revised July 2012

**EXHIBIT**
**2**

| 26. Do any zoning ordinances prohibit the conduct of a firearms activity on the new premises?  ☐ Yes   ☒ No | 27. Is a license, permit, or payment of occupational or business tax required under state or local law to engage in a firearms business from the premises? If so, provide copies.  ☐ Yes   ☒ No |
| --- | --- |

28. Indicate type of business premises at the new location.

Commercial

☐ Storefront

☐ Office

☐ Rod & Gun Club

☐ Military Installation

☒ Other (*Specify*) 07-Manufacturer of Firearms other than Destructive Devices

Residential

☐ Single/Family Dwelling

☐ Condominium

☐ Apartment

☐ Hotel/Motel

☐ Public Housing

☐ Other (*Specify*) _____

If the new premises is located on a military installation, attach a written authorization from the installation Commander to conduct the firearms business on the military installation.

**Section 5 - Certification of Compliance With State and Local Law**

As required by 18 U.S.C. § 923(d)(1), I certify that:

a. The applicant and all Responsible Persons are not prohibited under the Gun Control Act of 1968 (GCA) from shipping, transporting in interstate or foreign commerce, or possessing in or affecting commerce, any firearm or ammunition, or from receiving any firearm or ammunition which has been shipped or transported in interstate or foreign commerce;

b. The applicant has not willfully violated any of the provisions of the GCA or 27 CFR, part 478;

c. The applicant has not willfully failed to disclose any material information required, or has not made any false statement as to any material fact, in connection with this application;

d. The applicant has in a State (i) premises from which they conduct business subject to license under the GCA or from which they intend to conduct such business within a reasonable period of time, or (ii) in the case of a collector, premises from which they conduct collecting activities subject to license under the GCA or from which they intend to conduct such collecting within a reasonable period of time; and

e. The business to be conducted under the license is not prohibited by State or local law in the place where the license premises is located.

f. Within 30 days after the application is approved, the business will comply with the requirements of State and local law applicable to the conduct of business.

g. The business will not be conducted under the license until the requirements of State and local law applicable to the business have been met.

h. The applicant has sent or delivered a completed copy of this application to the Chief Law Enforcement Officer (CLEO) of the locality in which the premises listed in item 13 of this form is located. For purposes of this paragraph, the "Chief Law Enforcement Officer" is the Chief of Police, the Sheriff, or an equivalent officer

29. **Certification: Under the penalties of perjury imposed by 18 U.S.C. § 924, I declare that I have examined this application and the documents submitted in support hereof, and to the best of my knowledge and belief, they are true, correct, and complete.**

| Print Applicant Name  Ramiro E. Romo, Jr | Applicant's Signature | Date  10-31-2019 |
| --- | --- | --- |

Address of the Responsible Person Signing this Form     ☒ Check if same as New Premises or Mailing Address

Street Address

| City | State | Zip Code |
| --- | --- | --- |
| | | |

| Telephone Number (*with area code*)  Ramromo1941@yahoo.com | E-mail Address  (713)305-8540 |
| --- | --- |

**For ATF Use Only**

| Check Application Status  ☐ Approved   ☐ Denied  ☐ Withdrawn   ☐ Abandoned | Reason for Denial |
| --- | --- |
| | Signature of Licensing Official | Date |

ATF E-Form 5300.38
Revised July 2012

NOV 07 2019