# EXHIBIT M

## OFM's License Renewal Application

5-76-201-07-1B-02738

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Federal Firearms License (FFL) RENEWAL Application**

OMB N...314

**February 1, 2021**

**FFL no.:** 5-76-201-07-1B-02738

**FFL Type:** 07-MANUFACTURER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES

Renewal application DUE PRIOR TO: February 1, 2021

**RENEWAL FEE DUE: $150.00**

CHECK OR MONEY ORDER AMOUNT ENCLOSED (made payable to ATF) $ #150.00

AMOUNT AUTHORIZED TO BE CHARGED TO THE CREDIT/DEBIT CARD: $

**MAIL APPLICATION & PAYMENT TO:**
Federal Firearms Licensing Center
P.O. Box 6200-20
Portland, OR 97228-6200

☒ I am requesting that a Letter of Authorization (LOA) be sent to me so I may continue the business/operations authorized by my license until my renewal application is processed and approved.

**Method of Payment (Check one):**

☐ Check (Enclosed)    ☐ Cashier's Check or Money Order (Enclosed)

☐ Visa  ☐ MasterCard   ☐ American Express   ☐ Discover   ☐ Diner's Club

Credit/Debit Card Number

M M Y Y — Expiration Date

Name as it appears on the credit/debit card

Credit/Debit Card Billing Address

Signature of Cardholder          Date

Your credit/debit card will be charged the above stated amount upon receipt of your application and a charge from ATF... will be reflected on your credit/debit card statement. In the event a license permit is NOT issued, the above amount will be credited to the credit/debit card noted above.

---

5-76-201-07-1B-02738

**NOT RENEWING?**

1. Return this application and your firearms records within 30 days of discontinuance of your business to:

ATF Out-of-Business Records Center
244 Needy Road
Martinsburg, WV 25405
1(800)788-7133, x1590

(Collector's of Curios or Relics are NOT required to send their firearms records to ATF.)

2. Check the box below and sign & date on the line provided.

☐ I am NOT renewing my license and will submit my records to ATF. I understand I may NOT engage in the business or operations authorized by my license on or after the expiration date of the license.

Signature          Date

---

**A. CURRENT FFL Information**

☐ Check here for a change to your current FFL Information AND complete the appropriate box below with the updated information

**BENCIVENGA CORPORATION**
Legal Name (PRINT) of Corporation, Partnership, OR Sole Proprietor)

**OFM CORP**
Trade or Business Name

**PREMISES Address** Physical location of business or collection) 5151 MITCHELLDALE ST STE B-14 HOUSTON, TX 77092-

**MAILING Address** PO BOX 8767 HOUSTON, TX 77249-

Telephone Number (business) (713)305-8540
Telephone Number (fax) (713) 644-0482

24-hour Emergency Telephone Number (713) 305-8540

E-mail Address ramromo1941@yahoo.com

Listing your trade or business name with ATF in no way registers such a name, you MUST comply with Federal, State and local laws regarding trade or business name registration

NEW Trade or Business Name    EDER

NEW Premises Address

NEW Mailing Address

NEW Telephone Number (business)
NEW Telephone Number (fax)

NEW 24-hour Emergency Telephone Number

NEW E-mail Address

*DEC 01 LICENSING CENTER*

**B. HOURS OF OPERATION.** Please indicate AM for morning hours and PM for afternoon/evening hours when stating your business hours.

You do NOT have to list hours of operation if you are a Gunsmith. If this applies to you, please check the appropriate box below

☐ Gunsmithing activities ONLY

| TIME | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|------|--------|--------|---------|-----------|----------|--------|----------|
| Open |  | 9 a.m. | 9 a.m. | 9 a.m. | 9 a.m. | 9 a.m. |  |
| Close |  | 3 p.m. | 3 p.m. | 3 p.m. | 3 p.m. | 3 p.m. |  |
|  | ☐ Closed ALL day NO business hours | ☐ Closed ALL day NO business hours | ☐ Closed ALL day NO business hours | ☐ Closed ALL day NO business hours | ☐ Closed ALL day NO business hours | ☐ Closed ALL day NO business hours | ☐ Closed ALL day NO business hours |

WARNING: You may NOT continue the operations authorized by your Federal firearms license (FFL) on or after the expiration date of your license UNLESS you have filed this renewal application PRIOR TO **February 1, 2021**. There are criminal penalties for continuing business or collectors' activities without renewing your license.

5-76-201-07-1B-02738 February 1, 2021

**EXHIBIT 6**

ATF Form 8 (5310-11) Part II

FFL No.: **5-76-201-07-1B-02738**    FFL Name:    **BENCIVENGA CORPORATION**

FFL Type:    07-MANUFACTURER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES    Premises Address:    **5151 MITCHELLDALE ST STE B-14**

Expiration Date:    **February 1, 2021**    **HOUSTON, TX  77092-**

C.  Answer questions 1 - 6, and 8 by checking "yes" or "no" in the boxes to the right of the questions, or N/A, if applicable.    Check  YES or NO

| | YES | NO |
|---|---|---|
| 1. Is the firearms or ammunition activity to be conducted under the Federal firearms license (FFL) at the "premises address" shown above and on the front of this renewal application permitted by State and local law? | ☑ | ☐ |
| 2. Within thirty days after this application has been approved, will the firearms or ammunition activity comply with the requirements of State and local law applicable to the conduct of the firearms or ammunition business or collection of curios or relics? | ☑ | ☐ |
| 3. Will the requirements of State and local law that are applicable to the firearms or ammunition activity or collection of curios or relics, be met prior to the start of the business or collection activity? | ☑ | ☐ |
| 4. Has a completed COPY of this renewal application form (front & back) been sent or delivered to the Chief Law Enforcement Officer (CLEO) of the locality in which the premises is located? | ☑ | ☐ |
| 5. As required by 18 U.S.C. 923(d)(1)(G), will secure gun storage or safety devices be made available at any place in which firearms are sold under the FFL to persons who are NOT licensees.  Check "N/A" if you are a Collector of Curios and Relics or a Manufacturer of Ammunition.    N/A ☐ | ☑ | ☐ |
| 6. Are there any new responsible persons to be added and/or any responsible persons to be removed from the license?  If yes, please attach a separate sheet of paper to provide their identifying information as listed in #3 on the application Instruction Sheet that accompanied this application. | ☐ | ☑ |

7. a. How many firearms have you bought or acquired with your firearms license over the past 3 years?  If none, enter '0'.

* If you hold multiple FFLs, please only indicate the number of firearms relating to this FFL you are renewing.

**607**

b. How many firearms have you sold or disposed of with your firearms license over the past 3 years?  If none, enter '0'.

* If you hold multiple FFLs, please only indicate the number of firearms relating to this FFL you are renewing.

**584**

(Write "N/A" if you are solely a gunsmith or a manufacturer of ammunition.)

**MAILING ADDRESS**

**BENCIVENGA CORPORATION
OFM CORP
PO BOX 8767
HOUSTON, TX  77249-**

| | YES | NO |
|---|---|---|
| 8. Have you conducted or do you intend to conduct internet sales of firearms? If yes, list websites from which you conduct your internet business: | ☐ | ☑ |

D.  The following questions apply to YOU and to any other responsible person who has the power to direct the management and policies of your firearms activities.  Answer questions 9 - 19 by checking "yes" or "no" in the boxes to the right of the questions.    Check YES or NO

| | YES | NO |
|---|---|---|
| 9. Are you charged by information or under indictment in any court for a felony or any other crime for which the judge could imprison you for more than one year? An "information" is a formal accusation of a crime made by a prosecuting attorney. | ☐ | ☑ |
| 10. Have you ever been convicted in any court of a felony or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence, including probation? | ☐ | ☑ |
| 11. Are you presently appealing a conviction of a crime punishable by imprisonment for a term exceeding one year? (If "yes" attach an explanatory statement showing date of conviction, court in which convicted and court in which appeal is pending.) | ☐ | ☑ |
| 12. Are you a fugitive from justice? | ☐ | ☑ |
| 13. Are you an unlawful user of or addicted to marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☑ |
| 14. Have you ever been adjudicated mentally defective, (which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs) OR have you ever been committed to any mental institution? | ☐ | ☑ |
| 15. Have you been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☑ |
| 16. Are you an alien illegally or unlawfully in the United States? | ☐ | ☑ |
| 17. Have you ever renounced your United States citizenship? | ☐ | ☑ |
| 18. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ☐ | ☑ |
| 19. Have you been convicted in any court of a misdemeanor crime of domestic violence? This includes any misdemeanor conviction involving the use or attempted use of physical force committed by a current or former spouse, parent, or guardian of the victim or by a person with a similar relationship with the victim. | ☐ | ☑ |

Under penalties imposed by 18 U.S.C. 924, I certify that the statements contained in this renewal application, and any attached statements, are true and correct to the best of my knowledge and belief.

Authorized Signature:    Title  **President**    Date **November 19, 2020**

PRINTED NAME of signature above    **Ramiro E. Romo, Jr**    Telephone no. **(713)305-8540**

FOR ATF USE ONLY - Application Status    ☑ Approved    Abandoned    Withdrawn    Denied

Signature of Licensing Official    Date

ATF Form 8 (5310.11) Part II
Revised (Nov 2013)

Reason for Denial

ATF FFLC                    Lockbox: GLX-620020    Ledger Date  11/27/2020



| Batch | Item | TID | Batch Total | Amount |
|---|---|---|---|---|
| 4 | 40 | Y-2894040 | $3,180.00 | $150.00 |

Batch H21085FFLC02840 Scanned by Bryan Avey

Job - test FFLC on Mar-26-2021