# EXHIBIT O

Texas Parks and Wildlife Email

| From: | Barbara Woodworth |
|---|---|
| To: | Gray III, Thomas D. (ATF) |
| Subject: | [EXTERNAL] RE: Texas Hunting License |
| Date: | Thursday, February 2, 2023 9:21:21 AM |

Mr. Gray,

I have no record of Earle Seymour Wainstein.

Thank you
Barbara Woodworth
Texas Parks & Wildlife
License Department
Account Examiner III
512-389-4759

**From:** Gray III, Thomas D. (ATF) <Thomas.GrayIII@atf.gov>
**Sent:** Tuesday, January 31, 2023 1:53 PM
**To:** Barbara Woodworth <Barbara.Woodworth@tpwd.texas.gov>
**Subject:** Texas Hunting License

You don't often get email from thomas.grayiii@atf.gov. Learn why this is important

ALERT: This email came from an external source. Do not open attachments or click on links in unknown or unexpected emails.

Hi Barbara,

I was referred to you by my supervisor here at ATF.

I need to now if a valid hunting license was issued for the following person:

Earle Seymour Wainstein
4139 Bellaire Blvd.
Houston, Texas 77025
DOB: 08/07/61
TXDL# 47177830
Citizen of South Africa
U.S. Admission No. 20220 692580008

Thanks for your assistance,

Tommy Gray
Bureau of Alcohol, Tobacco and Firearms
Houston Field Division



**EXHIBIT**
**40**

281-543-5276