# EXHIBIT P

OFM Acquisition & Disposition Record

A&D Record Violation No. 1

EXHIBIT

44





| | DESCRIPTION OF FIREARM | | | | | | RECEIPT Manufacturer | |
|---|---|---|---|---|---|---|---|---|
| CODE | MANUFACTURER and / or IMPORTER | MODEL | SERIAL NUMBER | TYPE | CALIBER OR GAUGE | DATE | FROM WHOM RECEIVED (Name and Address or Name and License Number) | |
| 163 | OFM Corp | X-Series | X1039 - | Pistol | .22 | 10-24-16 | OFM Corp · | 5-76-201-07-8B-02738 |
| 164 | OFM Corp | X-Series | X1040 - | Pistol | .22 | 10-24-16 | OFM Corp | 5-76-201-07-8B-02738 |
| 165 | OFM Corp | X-Series | X1041 - | Pistol | .22 | 10-24-16 | OFM Corp | 5-76-201-07-8B-02738 |
| 166 | OFM Corp | X-Series | X1042 - | Pistol | .22 | 10-24-16 | OFM Corp | 5-76-201-07-8B-02738 |
| 167 | OFM Corp | X-Series | X1043 - | Pistol | .22 | 10-24-16 | OFM Corp | 5-76-201-07-8B-02738 |
| 168 | OFM Corp | X-Series | X1044 - | Pistol | .22 | 10-24-16 | OFM Corp | 5-76-201-07-8B-02738 |
| 169 | OFM Corp | X-Series | X1045 - | Pistol | .22 | 10-24-16 | OFM Corp | 5-76-201-07-8B-02738 |
| 170 | OFM Corp | X-Series | X1046 - | Pistol | .22 | 10-24-16 | OFM Corp | 5-76-201-07-8B-02738 |
| 171 | OFM Corp | X-Series | X1047 - | Pistol | .22 | 10-24-16 | OFM Corp | 5-76-201-07-8B-02738 |
| 172 | OFM Corp | X-Series | X1048 - | Pistol | .22 | 10-24-16 | OFM Corp | 5-76-201-07-8B-02738 |
| 173 | OFM Corp | X-Series | X1049 - | Pistol | .22 | 10-24-16 | OFM Corp | 5-76-201-07-8B-02738 |
| 174 | OFM Corp | X-Series | X1050 - | Pistol | .22 | 10-24-16 | OFM Corp | 5-76-201-07-8B-02738 |
| 175 | OFM Corp | X-Series | X1051 - | Pistol | .22 | 10-24-16 | OFM Corp | 5-76-201-07-8B-02738 |
| 176 | OFM Corp | X-Series | X1052 - | Pistol | .22 | 10-24-16 | OFM Corp | 5-76-201-07-8B-02738 |
| 177 | OFM Corp | X-Series | X1053 - | Pistol | .22 | 10-24-16 | OFM Corp | 5-76-201-07-8B-02738 |
| 178 | OFM Corp | X-Series | X1054 - | Pistol | .22 | 10-24-16 | OFM Corp | 5-76-201-07-8B-02738 |
| 179 | OFM Corp | X-Series | X1055 - | Pistol | .22 | 10-24-16 | OFM Corp | 5-76-201-07-8B-02738 |
| 180 | OFM Corp | X-Series | X1056 - | Pistol | .22 | 10-24-16 | OFM Corp | 5-76-201-07-8B-02738 |



## DISPOSITION

Missing ? X10 46

| | DATE | NAME | ADDRESS OR Or Form 4473 Seria | |
|---|---|---|---|---|
| 163 | | | | |
| 164 | | | | |
| 165 | | | | |
| 166 | | | | |
| 167 | | | | |
| 168 | | | | |
| 169 | | | | |
| 170 | 8-24-22 | Notified ATF by US Mail Receipt #7019 2280 0000 7229 | | |
| 171 | | | | |
| 172 | 9-2-21 | Pawn King | 5-43-39,180 | |
| 173 | 10-27-21 | The Ridge, LLC | 1-62-04805 | |
| 174 | 7-22-21 | John Saunders | 190 Rainbow Dr #905B, Livingston, TX | |
| 175 | 6-28-22 | John Brown Armory | 8-25-03,531 | |
| 176 | 9-15-21 | Conn. Sporting Arms | 6-06-00922 | |
| 177 | 7-22-21 | John Saunders | 190 Rainbow Dr. #905B, Livingston, T | |
| 178 | | | | |
| 179 | 1-28-20 | Paladin Ventures | 5-76-201-07-1B-02241 | |
| 180 | 1-28-20 | Paladin Ventures | 5-76-201-07-1B-02241 | |

FM Corp
Manufactured
RECEIVED
and License Number)
201-07-8B-02738
201-07-8B-02738
201-07-8B-02738
201-07-8B-02738
01-07-8B-02738
01-07-8B-02738
01-07-8B-02738
01-07-8B-02738
01-07-8B-02738
01-07-8B-02738
1-07-8B-02738
1-07-8B-02738
1-07-8B-02738
1-07-8B-02738
1-07-8B-02738
1-07-8B-02738
1-07-8B-02738
1-07-8B-02738