# EXHIBIT Q

## Thief/Loss Report

OMB No. 1140-0039 (09/30/202?)

Bureau of Alcohol, Tobacco, Firearms and Explosives

## Federal Firearms Licensee Firearms Inventory
## Firearms in Transit Theft/Loss Report

*All entries must be in ink  Please read all notices and instructions carefully before completing this form.*

**Section A - Federal Firearms Licensee Theft/Loss Information**

| Federal Firearms License Number | Federal Firearms Licensee Telephone Number (Include Area Code) |
|---|---|
| 5-76-201-07-4B-02738 | (713)305-8540 |

Trade Corporate Transferor/Sender Name

OFM CORP    BENCIVENGA CORPORATION

| Street Address of Federal Firearms Licensee | City | State | Zip Code |
|---|---|---|---|
| 5151 Mitchelldale St., Ste. B-14 | Houston | Texas | 77092 |

Federal Firearms Licensee Email Address

ramromo1941@yahoo.com

Full Name and Position of Person Making Report

Ramiro E. Romo, Jr        President

| Date Theft Loss Discovered | Date | Time | Description of Incident |
|---|---|---|---|
| | 08-22-2022 | Approx. 3:00 PM | ☐ Burglary  ☐ Robbery  ☐ In Transit  ☐ Larceny  ☒ Missing Inventory |

| Police Notification | | | ATF Issued Incident Number |
|---|---|---|---|
| ATF Notification | 08-24-2022 | 2:00 PM | F20220001574 |

| | Name/FFL# | Address | Telephone Number |
|---|---|---|---|
| Buyer Transferee | | | |
| Carrier | | | |

| Shipment Tracking Number | Shipper/Carrier Claim Number | Date Shipped |
|---|---|---|
| | | |

Shipment Description

☐ Individual Parcel   ☐ Pallet   ☐ **Shrink Wrapped Pallet**   ☐ Other *(Describe):*

Name of Local Authority to Whom Reported *(for burglary, larceny or robbery, include the police report number and officer/detective name)*

Houston Police Department

| Street Address of Local Authority | Theft Location if Different from FFL Premises |
|---|---|
| 1200 Travis St. | |

| City | State | Zip Code | City | State | Zip Code |
|---|---|---|---|---|---|
| Houston | Texas | 77001 | | | |

Name and Telephone Number of the ATF Representative Notified *(if this report is the result of an ATF compliance inspection, provide the name and telephone number of the ATF Inspector)*

Tommy Gray        (281)716-8330

Description of Incident *(e.g., how firearms were stolen)*

MISSING INVENTORY

**EXHIBIT**
**47**

ATF Form 3310.1?
Revised October 2?

Section B - Description of Firearms *(use ATF Form 3310 11A, Theft/Loss Report Continuation Sheet if necessary)*

| Manufacturer | Importer | Model | Serial Number | Type | Caliber/ Gauge | Acquisition Date |
|---|---|---|---|---|---|---|
| OFM CORP | | X Series | X1046 | Pistol | 22LR | 10-24-2022 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

☐ Some or all of the stolen/missing inventory listed in Section B falls within the purview of the National Firearms Act *(NFA) (see Definitions)*.

**Certification**

I hereby certify that the information contained in this report is true and correct. I also understand that failure to report the theft or loss of a firearm from my inventory or collection within 48 hours of the discovery of the theft/loss is a violation of 18 U.S.C. § 923(g)(6) punishable as a felony.

| Signature of Licensee | Date |
|---|---|
| *[signature]* | 8/30/2022 |

Completed forms can be mailed, emailed or faxed. For more information, call toll free 888-930-9275.

| MAIL THIS FORM TO: | |
|---|---|
| U.S. DEPARTMENT OF JUSTICE<br>NTC - LFSB - SFP<br>244 NEEDY RD.<br>MARTINSBURG, WV 25405 | EMAIL THIS FORM TO: StolenFirearms@atf.gov<br><br>FAX THIS FORM TO: 304-260-3676 or 304-260-3671 |

**Important Notice**

Section 923 (g), Title 18 U.S.C, requires each Federal Firearms Licensee (FFL) must report the theft or loss of a firearm from the FFL's inventory (including any firearm which has been transferred from the FFL's inventory to a personal collection and held as a personal firearm for at least one year), or from the collection of n licensed collector, within 48 hours after the theft or loss is discovered. FFLs must report such thefts or losses by preparing ATF Form 3310.11, and report the theft or loss to the appropriate local authorities.

This includes the responsibility to report a theft or loss that occurs once the licensee has placed a firearm in shipment. Shipper/Transferor FFL is required by law under 27 CFR 478.39a to submit ATF Form 3310.11.

This form should not be used by common carriers for reporting the theft/loss of firearms. Common carriers wishing to voluntarily report theft losses of firearms from shipments should utilize ATF Form 3310.6.

ATF Form 3310 11
Revised October 2020