## N THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| BENCIVENGA CORPORATION D/B/A OFM CORPORATION<br><br>*Plaintiff,*<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>*Defendants.* | No. 4:23-CV-3887 |

## ORDER

Before the Court is the Motion for Preliminary Injunction filed by Plaintiff Bencivenga Corporation d/b/a OFM Corporation. ECF No. 37. For the reasons stated in the motion, any responses and replies, and the arguments of counsel, it is DENIED.

It is so ORDERED.

_____          _____
Date                           The Honorable Keith P. Ellison
                               United States District Judge