**Gaynell P. Matherne**
**Attorney at Law**
**PO Box 547**
**Spring, Texas 77383-0547**
Tel   (713) 253-0674
Fax  (281) 353-2651
Email legistgpm@icloud.com

July 25, 2024

Judge Keith P. Ellison
United States District Judge
5115 Rusk Avenue
Houston, Texas 77002

      RE:    4-23-cv-03887; Bencivenga Corporation D/B/A OFM Corporation
                vs ATF et al

Dear Judge Ellison:

    It appears that the denial of the preliminary injunction in this case is moot because according to Tracey Robinson, Chief, Federal Firearms Licensing Center, Benecivenga has been granted a letter of Authorization (LOA) that extends its FFL operation until January 2, 2025.  A copy of the LOA is attached.

    ATF Rule 75-27 allows Bencivenga to continue operations under its current license until the ATF completes processing its application to renew its FFL. A copy of ATF Rule 75-27 is attached,

    The final determination to renew Bencivenga's FFL is scheduled to be adjudicated on April 7, 2025. See Scheduling/Docketing Control Order Doc 48.

    Thank you for your attention to this matter.

                                                     Very truly yours,

                                                     G. P. Matherne
                                                     Attorney for Bencivenga Corporation
                                                     D/B/A OFM Corporation

Certificate of Service

    I certify that on July 25, 2024 this document has been served on all responsible parties through the District CM/ECF system.

                                                    _____
                                                        G. P. Matherne