# EXHIBIT B

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Notice to Revoke or Suspend License and/or Impose a Civil Fine

In the matter of License Number   5-76-201-07-4B-02738

, as a/an

Manufacturer of Firearms Other Than Destructive Devices

issued to:

Name and Address of Licensee *(Show number, street, city, State and ZIP Code)*

Bencivenga Corporation
d.b.a. OFM Corp
5151 Mitchelldale Street, Suite B-14
Houston, Texas 77092

**Notice Is Hereby Given That:**

Pursuant to the statutory provisions and reasons stated in the attached page(s), the Director or his/her designee, Bureau of Alcohol, Tobacco, Firearms and Explosives, intends to take action on the license described above.

[✓]   The above identified license may be revoked pursuant to 18 U.S.C. 923(e), 922(t)(5) or 924(p).

[ ]   The above identified license may be suspended pursuant to 18 U.S.C. 922(t)(5) or 924(p).

[ ]   The above identified licensee may be fined pursuant to 18 U.S.C. 922(t)(5) or 924(p).

Pursuant to U.S.C. 923(f)(2) and/or 922(t)(5), you may file a request with the Director of Industry Operations, Bureau of Alcohol, Tobacco, Firearms and Explosives, at _5825 North Sam Houston Parkway West, Suite 300, Houston, Texas 77086_ , in duplicate, for a hearing to review the revocation, suspension and/or fine of your license. The request must be received at the above address within 15 days of your receipt of this notice. Where a timely request for a hearing is made, the license shall remain in effect pending the outcome of the hearing; and if the license is due to expire, the license will remain in effect provided a timely application for renewal is also filed. The hearing will be held as provided in 27 CFR Part 478.

If you do not request a hearing, or your request for a hearing is not received by ATF on time, a final notice of revocation, suspension, and/or imposition of civil fine (ATF Form 5300.13) shall be issued.

[✓]   Please see included brochure

| Date | Name and Title of Bureau of Alcohol, Tobacco, Firearms and Explosives Official | Signature |
|---|---|---|
| 06/26/2023 | Tanarra James, Director, Industry Operations | TANARRA JAMES  Digitally signed by TANARRA JAMES  Date 2023.06.26 10.44.04 -05'00' |

I certify that on the date shown below I served the above notice on the person identified below by:

[✓]   Certified mail to the address shown below.
      Tracking Number:  70190160000107227919         Or

[ ]   Delivering a copy of the notice to the address shown below.

| Date Notice Served | Title of Person Serving Notice | Signature of Person Serving Notice |
|---|---|---|
| | Executive Assistant | |
| Print Name and Title of Person Served | | Signature of Person Served *(if applicable)* |

Address Where Notice Served

PO Box 8767, Houston, Texas 77249

Bencivenga Corporation
5-76-201-07-4B-02738

ATF Form 5300.4(4500)
Page 2

Under the provisions of 18 U.S.C. § 923(e) and 27 C.F.R. § 478.73, notice is hereby given that that the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") intends to revoke the Federal firearms license held by Bencivenga Corporation d.b.a. OFM Corp. ("Licensee"), a Manufacturer of Firearms Other Than Destructive Devices. Specifically, the Director, Industry Operations, United States Department of Justice, ATF, Houston Field Division, has reason to believe that Licensee willfully violated the provisions of the Gun Control Act of 1968, as amended, 18 U.S.C. Chapter 44, and the regulations issued thereunder, 27 C.F.R. Part 478 (collectively, "GCA") as described herein.

## Compliance History

ATF first issued a Federal firearms license to Licensee in January 2003. ATF incorrectly issued license 5-76-00587 to Licensee as a dealer in firearms other than destructive devices. ATF subsequently corrected that error and issued the subject manufacturer license to Licensee. The laws and regulations issued under the GCA were reviewed with License president and sole listed responsible person Ramiro Romo on December 23, 2002, April 22, 2008, May 26, 2010, August 16, 2012, October 20, 2016, December 9, 2019, and August 30, 2022.

## Current Inspection

On July 27, 2022, ATF began a compliance inspection of Licensee's premises that revealed the following:

False Statement when applying for a Federal Firearms License

1. On two occasions, in an Application for an Amended Federal Firearms License, ATF E-Form 5300.38, dated October 31, 2019, and Federal Firearms License Renewal Application, ATF Form 8(5310.11), dated November 19, 2020, Licensee knowingly made a false statement or representation in applying for a firearms license, in violation of 18 U.S.C. § 924(a)(1) and 27 C.F.R. § 478.128(a). For GCA purposes, the term "Responsible Person" means, in the case of a corporation, partnership, or association, any individual possessing, directly or indirectly, the power to direct or cause the direction of the management and policies of the corporation, partnership, or association pertaining to firearms. In or about 2018, Alan Aronstein became a person who has the power to direct or cause the direction of the management and policies of the corporation and at that time Licensee should have added him to its license as a responsible person.

ATF 0541

Bencivenga Corporation
5-76-201-07-4B-02738

ATF Form 5300.4(4500)
Page 3

Willful violator as Unlisted Responsible Person

2. Alan Louis Aronstein, an unlisted Responsible Person for Licensee, is a prior willful violator of the GCA and is thus ineligible for licensing. Alan Aronstein was the sole responsible person for Tex-Products, who ATF has determined is a willful violator of the GCA[1]. As such, Licensee is a willful violator of the GCA and subject to revocation under 18 U.S.C. § 923(e) and 27 C.F.R. § 478.73.

Change in Control

3. Licensee willfully failed to give written notification to the Chief, National Licensing Center within 30 days of an actual or legal change in control of the corporation or association holding the license in violation of 27 C.F.R. § 478.54. Specifically, Licensee added Alan Aronstein in a position of control in 2018.

Transfer in Violation of Law:

4. On one occasion, Licensee willfully sold or disposed of a firearm to a person who Licensee knew or had reasonable cause to believe was subject to Federal firearms disabilities, in violation of 18 U.S.C. § 922(d) and 27 C.F.R. § 478.99(c). See Appendix ¶ 1.

Acquisition and Disposition Record Violations:

5. On one occasion, Licensee willfully failed to timely and/or accurately record the acquisition of a firearm, in violation of 18 U.S.C. § 923(g)(1)(A) and 27 C.F.R. § 478.123(a). See Appendix ¶ 2.

---

[1]On August 17, 2011, ATF issued a Notice of Revocation of License, ATF E-Form 4500 (5300.4) to Tex-Products, Inc. ("Tex Products") d.b.a. High Standard Manufacturing Company, 5151 Mitchelldale Street, Suite B11-B14, Houston, Texas 77092, Federal Firearms License 5-76-00154. The Notice of Revocation alleged that Tex Products willfully violated the GCA. Alan Louis Aronstein was the President and listed Responsible Person for Tex Products. In a letter dated November 9, 2012, Tex Products and two other entities (High Standard Manufacturing Company, Inc. (Federal Firearms License 5-76-36527) and Firearms International, Inc. (Federal Firearms License 5-76-00160), indicated that they had ceased operations requiring a Federal firearms license and were surrendering their licenses. On November 20, 2020, Crusader Gun Group, LLC ("Crusader") filed an Application for Federal Firearms License, ATF E Form 7(5310.12), pursuant to the GCA with ATF. Alan Louis Aronstein signed the Application on behalf of Crusader, listed himself as Crusader's sole responsible person, and listed an address of 5151 Mitchelldale St., Ste. B-14, Houston, Texas 77092 as Crusader's proposed business premises. On April 27, 2021, ATF issued a Notice of Deny Application for License and Crusader requested a hearing. ATF issued an Amended Notice on August 18, 2021. After a November 2021 hearing on that Notice, ATF concluded that Tex-Products through its sole responsible person, Alan Louis Aronstein, willfully committed all of the violations detailed at the November 2021 hearing. As a prior willful violator of the GCA, Alan Louis Aronstein is ineligible for licensing under the GCA and therefore cannot serve as a responsible person for a Federal firearms licensee. See, 18 U.S.C. § 923(e) and 27 C.F.R. § 478.73. (see also 18 U.S.C § 923(d)(1)(C)).

Bencivenga Corporation
5-76-201-07-4B-02738

ATF Form 5300.4(4500)
Page 4

6. On three occasions, Licensee willfully failed to timely and/or accurately record the disposition of a firearm, in violation of 18 U.S.C. § 923(g)(1)(A) and 27 C.F.R. § 478.123(b). See Appendix ¶ 3.

ATF Form 4473 Violations:

7. On eight occasions on two forms, Licensee willfully failed to obtain a complete and/or accurate Firearms Transaction Record, ATF Form 4473, from the transferee prior to making an over-the-counter transfer of a firearm to a non-licensee, in violation of 18 U.S.C. § 923(g)(1)(A) and 27 C.F.R. § 478.124(c)(1). See Appendix ¶ 4.

8. On two occasions, Licensee willfully failed to sign and/or date the Firearms Transaction Record, ATF Form 4473 certifying that Licensee does not know or have reason to believe the transferee is disqualified by law from receiving the firearm described on the Form, in violation of 18 U.S.C. § 923(g)(1)(A) and 27 C.F.R. § 478.124(c)(5). See Appendix ¶ 4.

Bencivenga Corporation
5-76-201-07-4B-02738

ATF Form 5300.4(4500)
Page 5

## Appendix

### 1. Transfer in Violation of Law

| Transferee's Name | Date | Discrepancy |
|---|---|---|
| ███████ Wainstein | 6/10/22 | Licensee transferred to an alien admitted into the United States with a nonimmigrant Visa |

### 2. Acquisitions

| Firearm Description | Date | Discrepancy |
|---|---|---|
| Browning Pump, 36867 RP176, .22 caliber rifle | 3/22/21 | Serial number incorrectly recorded as 36267 RB176. |

### 3. Dispositions

| Firearm Description | Date | Discrepancy |
|---|---|---|
| OFM Corp, Pro Series 2000, RM20005, .45 caliber pistol | 10/20/20 | Failure to timely record disposition of firearm (reconciled) |
| OFM Corp, Pro Series 2000, X1000, .22 caliber pistol | 5/22/22 | Failure to timely record disposition of firearm (reconciled) |
| OFM Corp, X-Series, X1046, Frame only, .22 caliber | 8/24/22 | Failure to timely record disposition of firearm (missing after reconciliation) |

### 4. ATF Form 4473 Violations

| Transferee's Name | Date | Discrepancy |
|---|---|---|
| ███████ Wainstein | 6/28/22 | Items 21f, 21g, 21h, 21i, 21j, 21.1.2, 21k blank, Item 36 incorrect |
| ███ Hilsher | 1/4/22 | Item 9 incomplete |
| ███ Portillo | 6/28/22 | Item 36 incorrect |

ATF 0544

## EXPLANATION OF THE HEARING PROCESS



The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) has decided to deny your original or renewal application for a Federal firearms license, or to revoke, suspend and/or impose a civil fine on your existing license.

As stated on the enclosed Notice of Denial, Revocation, Suspension and/or Fine, you have the right to request a hearing. This brochure provides general guidance to assist you in making a decision on requesting a hearing, and to appropriately prepare for a hearing should you request one.

### Background
27 C.F.R. §§ 478.71 – 478.73

The Gun Control Act of 1968 (GCA) and its implementing regulations specify certain licensing requirements for those intending to engage in the business of importing, manufacturing, or dealing in firearms, or importing or manufacturing ammunition.

The GCA authorizes ATF to deny a license application when an inspection reveals the applicant is not qualified to receive or continue to hold the license. ATF may revoke a license when a licensee willfully violates the GCA or its implementing regulations.

For purposes of the regulatory provisions of the GCA, a "willful" violation occurs when the licensee knew of his or her legal obligations and either purposefully disregarded or was plainly indifferent to those requirements. ATF is not required to prove a licensee *intended* to violate the law.

Under limited circumstances, ATF may revoke or suspend a license and/or impose a civil fine against a licensee who knowingly violates certain provisions of the GCA.

### Hearing Request and Representation
27 C.F.R. §§ 478.74 and 478.76

You have the right to request a hearing. If you wish to do so, you must file a request, in writing, with the Director, Industry Operations (DIO) within 15 days after the receipt of the enclosed Notice.

An applicant or licensee may be represented at the hearing by an attorney, certified public accountant or other person recognized to practice before ATF as provided in 31 C.F.R. Part 8.

### Pre-Hearing Resolution
27 C.F.R. §§ 478.72 and 478.74

You may submit an offer to settle or other proposed resolution prior to the hearing. If you wish to present your offer in person, you must request to do so within the same 15 days as allotted for a hearing. A request for a pre-hearing resolution should be made in writing to the DIO. ATF is not obligated to grant requests for in-person meetings or proposals for resolution.

You may also submit offers of potential resolution to the DIO after the hearing, but before a final decision is rendered; however, the DIO will not entertain settlement offers at the hearing.

ATF 0545

## EXPLANATION OF THE HEARING PROCESS

### Hearing Overview
27 C.F.R. §§ 478.72, 478.74, 478.76, 478.77

Upon receipt of a timely request and after consultation with you, ATF will set the date, time and place of the hearing. You will then receive formal notification via certified mail, return receipt request. Please be advised that ATF may reschedule a hearing for good cause, as determined by the DIO.

The DIO will preside over the hearing. The purpose of the hearing is to allow both parties to present, in an orderly manner, all relevant evidence and arguments regarding the proposed licensing action.

The hearing itself is informal in nature which means that formal courtroom procedures, including sworn testimony and rules of evidence are not followed. During the hearing, you will have the opportunity to submit facts and arguments for review and consideration. An ATF-hired court reporter will be present to transcribe the hearing. The resulting transcript, along with the exhibits presented at the hearing, constitute the official record of the hearing. You may order a copy of the transcript at your own expense. Video recording of the hearing is not permitted.

An ATF attorney will present evidence in support of the licensing action. The ATF industry operations investigator(s) who conducted your inspection and/or other ATF employees who have relevant information concerning your case may testify.

At the conclusion of the government's presentation, you will have the opportunity to respond. You should state your case as clearly and factually as possible. Your presentation should focus on the violation(s) described in the Notice you received. You may also bring other witnesses who are able to speak to the violation(s) cited in the Notice. Both you and the government have the right to question all witnesses. Please note that all persons attending the hearing must bring a valid form of state or federal government issued identification (e.g., driver's license or passport) for entry.

In addition to oral testimony, you may also present written documentation. Regardless of its form, all evidence presented at the hearing must be relevant. Relevant evidence is evidence that tends to prove or disprove an issue at the hearing, such as whether the alleged violation occurred as stated in the Notice.

***NOTE:*** **It is a violation of law to possess or cause to be present a firearm or other dangerous weapon in a Federal facility. 18 U.S.C. § 930(a). Violation of this law will result in termination of hearing proceedings and a referral to law enforcement.**

### After the Hearing
27 C.F.R. §§ 478.72, 478.74, 478.78

Following completion of the hearing, the court reporter will prepare a transcript of the hearing. After reviewing the transcript and all evidence submitted at the hearing, the DIO will make the final licensing decision for ATF.

Should the DIO determine that the allegation(s) contained in the Notice are substantiated, he or she may issue a Final Notice of Denial, Revocation, Suspension and/or Fine of Firearms License, which ATF would send to you via certified mail, return receipt requested.

You may appeal the DIO's final decision to the appropriate Federal district court within 60 days for de novo judicial review.

If you have any questions concerning the hearing, please contact the DIO for the ATF division in which you are located.