# EXHIBIT F

7/14/2022

SIOI Mata attempted to conduct a full compliance inspection at the business premises of Bencivenga Corporation dba OFM Corp. SIOI Mata rang the doorbell and was greeted by administrative assistant, Jessica Portillo. SIOI Mata requested to see the owner of OFM Corp. and was told he was not at the licensed premises. SIOI Mata presented her card and was invited into the business premises. Mrs. Portillo stepped to the back office and Mr. Ramiro Romo, President of OFM Corp greeted SIOI Mata.

SIOI Mata explained she was there to conduct a full compliance inspection. Mr. Romo indicated that Mr. Alan Aronstein was out of town and SIOI Mata would have to return to the business premises upon his return. SIOI verified that Mr. Romo was the President of OFM Corp. and the sole person listed as a responsible person on the license. Mr. Romo indicated that Mr. Alan Aronstein conducted all firearms transactions for the business. Mr. Romo contacted Mr. Alan Aronstein via telephone. SIOI Mata spoke to Mr. Alan Aronstein and made an appointment to conduct the inspection on 7/27/2022. Mr. Alan Aronstein indicated it should take no longer than two days since the business was small. SIOI Mata thanked Mr. Aronstein and left the business premises.

| | | | |
|---|---|---|---|
| Ramiro Romo | Date | Jessica Portillo | Date |

**EXHIBIT**

**16**