# EXHIBIT G

**G. P. Matherne**
**Attorney at Law**
**P.O. Box 547**
**Spring, Texas 77383-0547**
(713 253-0674                    email legistgpm@icloud.com
(281) 353-2651    facsimile

July 17, 2023

Ms. Tanarra James
Director, Industry Operations
Bureau of Alcohol, Tobacco, Firearms and Explosives
5825 North Sam Houston Parkway, West Suite 300
Houston, Texas 77086

      Re:   Notice of to Revoke or
               Suspend License and/or
               Impose a Civil Fine regarding
               Bencivenga Corporation
               d/b/a OFM Corporation
               6/26/2023

Dear Ms. James

    Pursuant to 18 U.S.C. §923(f)(2) Bencivenga Corporation, the license holder, respectfully requests a hearing on the Notice of to Revoke or Suspend License and/or Impose a Civil Fine to Bencivenga Corporation d/b/a OFM Corporation dated 6/26/2023.

    Attached hereto is the Declaration of Ramiro E. Romo, Jr. and is incorporated by reference.

    Please send all future communication's regarding this matter to me at the address set forth at the top of my letter.

    Thank you for your immediate attention to this matter.

                     Very Truly Yours,

                     G. P. Matherne

Attach: Duplicate copy of my letter
       Declaration of Ramiro E. Romo, Jr.
CMRRR 7020 3160 0000 8351 4079

**EXHIBIT**
**33**

ATF 0891

UNITED STATES OF AMERICA     \*    U.S. DEPARTMENT OF JUSTICE
IN THE MATTER OF THE NOTICE     \*    BUREAU OF ALCOHOL, TOBACCO,
TO REVOKE OR SUSPEND LICENSE     \*    FIREARMS AND EXPLOSIVES
AND/OR IMPOSE A CIVIL FINE     \*
ISSUED TO:     \*    HOUSTON FIELD DIVISION

BENCIVENGA CORPORATION     \*
D.B.A. OFM CORP     \*
5151 MITCHELLDALE STREET     \*
SUITE B-14     \*
HOUSTON, TEXAS 77092     \*
FFL#: 5-76-201-07-4B-02738     \*

## <u>NOTICE OF HEARING</u>

Bencivenga Corporation
d.b.a. OFM Corp
5151 Mitchelldale Street
Suite B-14
Houston, Texas 77092
FFL#: 5-76-201-07-4B-02738

Dear Mr. Ramiro Romo:

On June 26, 2023, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) issued a Notice to Revoke or Suspend License and/or Impose a Civil Fine, ATF E-Form 4500(5300.4) to Bencivenga Corporation d.b.a. OFM Corp, 5151 Mitchelldale Street, Suite B-14, Houston, Texas 77092. Since delivery of the Notice, by certified mail, had not been made to the licensee, the Notice was hand delivered July 6, 2023, by Area Supervisor Alicia Flowers.

On July 19, 2023, ATF timely received a formal written request for a hearing on the Notice to Revoke or Suspend License and/or Impose a Civil Fine, ATF E-Form 4500(5300.4) from the Licensee's Attorney.

Therefore, notice is given that on **THURSDAY, SEPTEMBER 14, 2023, at 9:30AM**, a hearing on the matter will be conducted before the undersigned in accordance with the provisions of Title 18, United States Code, Section 923(f) and Title 27, Code of Federal Regulations, Part 478, Subpart E. As provided in 27 CFR § 478.76, an applicant or licensee may be represented at a hearing, including video hearings. Further, an applicant or licensee may submit relevant evidence and have witnesses appear on its behalf.

ATF offers two options for conducting this hearing:

(1) video hearing via Microsoft TEAMS or some other widely available program; or

**EXHIBIT**

**34**

ATF 0919

(2) in-person hearing.

In the case of video hearings, should you wish, ATF will do a trial run prior to the hearing to try to work through any technical issues. As Director, Industry Operations, I will preside over each type of hearing. The choice is yours as to which option you prefer.

In the case of in-person hearings, all persons attending the hearing must bring a form of state or federally issued identification (e.g., driver's license or passport) for entry. Additionally, all persons attending the hearing are prohibited from bringing firearms, explosives, or other dangerous weapons into the federal building where the hearing is to occur or onto federal property. *See* 18 U.S.C. § 930; 41 CFR § 102-74, Subpart C.

In advance of a hearing, ATF will identify all documents it intends to use as evidence and requests that you do the same. Additionally, please complete the enclosed Hearing Confirmation postmarked within five business days and indicate whether you prefer to participate in a video hearing or an in-person hearing, and return it to the following address:

Tanarra James
Director, Industry Operations
Houston Field Division
Bureau of Alcohol, Tobacco, Firearms and Explosives
5825 N. Sam Houston Parkway West
Suite 300
Houston, Texas 77086

The Hearing Confirmation may also be e-mailed to Tanarra.James@atf.gov.

If there is an emergency delay on the day of the hearing, please contact Houston Field Division's Division Counsel Jennie Basile at ███████████

Any questions regarding technical, logistic, or other concerns should be directed to Houston Field Division's Division Counsel Jennie Basile at ███████████

Issued this 21st day of July 2023.

TANARRA JAMES
Digitally signed by
TANARRA JAMES
Date: 2023.07.21
10:56:09 -05'00'

Tanarra James
Director, Industry Operations
Houston Field Division

Enclosure

BENCIVENGA CORPORATION
D.B.A. OFM CORP
FFL#: 5-76-201-07-4B-02738


To:　Director, Industry Operations
　　　ATTN: Tanarra James
　　　Houston Field Division
　　　5825 N. Sam Houston Parkway West
　　　Suite 300
　　　Houston, Texas 77086

███████████████

## HEARING CONFIRMATION

I hereby confirm that the hearing on the Notice to Revoke or Suspend License and/or Impose a Civil Fine will be held at **9:30AM** on **THURSDAY, SEPTEMBER 14, 2023**. I will participate via _____. (Please indicate whether you will utilize a video or in-person hearing.)

(If Applicable) I anticipate that the following persons will attend the video or in-person hearing as my representative(s) or witness(es).

_____

_____

_____

_____

_____

I understand that if I fail to appear for the hearing as scheduled, the hearing will occur in my absence.


_____　　　Date:_____
NAME

ATF 0921

ATF 0922

BENCIVENGA CORPORATION
D.B.A. OFM CORP
FFL#: 5-76-201-07-4B-02738

To:    Director, Industry Operations
       ATTN: Tanarra James
       Houston Field Division
       5825 N. Sam Houston Parkway West
       Suite 300
       Houston, Texas 77086

## HEARING CONFIRMATION

I hereby confirm that the hearing on the Notice to Revoke or Suspend License and/or Impose a Civil Fine will be held at **9:30AM** on **THURSDAY, SEPTEMBER 14, 2023**. I will participate via ___in person_____. (Please indicate whether you will utilize a video or in-person hearing.)

(If Applicable) I anticipate that the following persons will attend the video or in-person hearing as my representative(s) or witness(es).

Alan Aronstein
_____

Ramiro Romo
_____

_____

_____

_____

I understand that if I fail to appear for the hearing as scheduled, the hearing will occur in my absence.

_G.P. Matherne (signature)_
_____
G. P. Matherne
Attorney at Law
PO Box 547
Spring, Texas 77383-0547
telephone 713 2545-0674
email  legistgpm@icloud.com

Date: _July 27. 2023_____

**EXHIBIT**
**35**

ATF 0923

ATF 0924

**G. P. Matherne**
**Attorney at Law**
**P.O. Box 547**
**Spring, Texas 77383-0547**
**(713) 253-0674**                    **email legistgpm@icloud.com**
**........................(281) 353-2651    facsimile**

September 7, 2023

Ms. Tanarra James
Director, Industry Operations
Bureau of Alcohol, Tobacco, Firearms and Explosives
5825 North Sam Houston Parkway, West Suite 300
Houston, Texas 77086

> Re:    Notice to Revoke or Suspend License and/or
>         Impose a Civil Fine FFL 5-76-201-07-113- 02-728
>         Manufacture of Firearms Other than Destructive Devices
>         Bencivenga Corporation d/b/a OFM Corporation
>         C/o Ramiro E. Romo, Jr.
>         5151 Michelldale Street, Ste B-14
>         Houston Texas 77092

Dear Ms. James

Bencivenga Corporation, the License holder, respectfully requests that the hearing to Revoke the License that is scheduled for September 21, 2023 be rescheduled for the week of October 23, 2023. When discussing this mater with Ms. Basile I neglected to check my schedule to insure that we could be sufficiently prepared for the hearing that is scheduled. Resetting the hearing for the week of October 23, 2023 will permit us to be adequately prepared.

Thank you for your immediate attention to this matter.

Very Truly Yours,

G. P. Matherne

CC Email & first Class Mail
cc Client

**EXHIBIT**
**36**

ATF 0925

ATF 0926

| | |
|---|---|
| **From:** | James, Tanarra (ATF) |
| **To:** | legistapm@icloud.com |
| **Cc:** | Basile, Jennie L. (ATF) |
| **Subject:** | Bencivenga Corp Hearing Extension Approval |
| **Date:** | Thursday, September 7, 2023 1:50:37 PM |
| **Attachments:** | James, Tanarra 9-07-23.pdf |

Good afternoon, Mr. Matherne.  I am in receipt of your letter (attached) requesting to postpone the revocation hearing for Bencivenga Corporation until the week of October 23, 2023.  I am granting your request.  We will hold the hearing on Thursday, October 26, 2023, at 9:30am.  Please let me know if you have any questions.  Thank you.

*Tanarra James*
*Director, Industry Operations*
*Houston Field Division*
*281-716-8200*

**EXHIBIT 37**

ATF 0927

ATF 0928