# EXHIBIT I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BENCIVENGA CORPORATION D/B/A OFM CORPORATION | § § § § § | |
| Plaintiff | § § | |
| VS. | § § § | Case No. 4:23-cv-03887 |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, MERRICK B GARLAND IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES DEPARTMENT OF JUSTICE, STEVEN M. DETTELBACH, IN HIS OFFICIAL CAPACITY AS THE DIRECTOR OF THE ATF, and TANARRA JAMES, IN HER OFFICIAL CAPACITY AS THE DIRECTOR OF INDUSTRY OPERATIONS FOR THE HOUSTON FIELD DIVISION OF THE ATF | § § § § § § § § § § § § § | |
| Defendants | § | |

DECLARATION OF UNDER PENALTY OF PERJURY.

I, Ramiro E. Romo, Jr. ("Romo") make the following declaration in lieu of affidavit pursuant to 28 U.S.C. § 1746.

1.    Bencivenga Corporation d/b/a OFM Corporation ("OFM") is a Texas Corporation that holds Federal Firearms License (FFL) number # 5-78-201-07-4B-02738 that was issued in January of 2003.

..    On August 30, 2022, The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) sent, via email, Information concerning OFM's Federal License Permit that was reported in connection with Compliance

Page 1 of 8

Respondent's
Exhibit 9 Page 387

ATF 1387

Inspection FCI-35519 conducted by Industry Operations Investigator Thomas Gray III ("Gray") between July 22, 2022 and August 30. 2022. See Exhibit 2 attached to the complaint and Exhibit 1 attached hereto and incorporated by reference.

3.  I electronically signed and returned the report, via email, certifying the report dated 6/30/2022 was reviewed and the appropriate corrective measures would be undertaken.

4.  The most significant comment in Exhibit 1 is, "This communication is in connection to your current compliance inspection with the Bureau of Alcohol, Tobacco, Firearms and Explosives. Please note that some violations may require a corrective action on your part. The attached documentation is provided for your records only."

5.  On or about December 9, 2022, Gray either emailed or hand delivered a second or amended report of violations in connection with inspection FC- 35519 See Exhibit 13 attached to the Complaint and Exhibit 2 attached hereto and incorporated by reference. I refused to sign or give credence to the Second o Amended Compliance Inspection Report.

6.  The most significant comments in Exhibit 2 concerning alleged violations were; (a) Regulation 27 CFR 478.128; (False statement when applying to a federal firearm license), (b) corrective action (i) Cease and desist engaging in activities not authorized by current license type (ii) Cease and desist from engaging in deceptive practices. (c) Number of Instances (i) 1, (d) date amended 10/14/22.

Page 2 of 4

Respondent's
Exhibit 9 Page 388

ATF 1388

7. Neither Gray nor anyone else from the ATF conduced an additional or subsequent compliance inspection after August 30, 2022.

8. The amended report dated 12/09/22 went on to explained violation of Regulation 27 CFR 478.128 by elaborating (a) Instance details(i, Bencivenga Corporation was licensed as a manufacturer of firearms in July 2010. On 10/12/22, Ramiro Romo, Director of the Corporation, stated the business was operating as a Joint venture with Crusader Firearms LLC, which is directed by Alan Aronstein, pursuant to a verbal agreement and (b) Nature of Discrepancy (i) Bencivenga Corporation was licensed as a manufacturer of firearms in July 2010. On 10/12/22, Ramiro Romo, Director of the Corporation, stated the business was operating as a joint venture with Crusader Firearms LLC, which is directed by Alan Aronstein, pursuant to a verbal agreement.

9. On or about June 26, 2023, the ATF issued ATF E form 4500(5300.4, which is Notice to Revoke or Suspend License and/or Impose a Civil Fine. See Exhibit 1 attached to the complaint and Exhibit 3 attached hereto and incorporated by reference. The Notice to Revoke was hand delivered July 6, 2023, by Area Supervisor Alicia Flowers.

10. On or about July 6, 2023, the timely a formal written request for a nearing on the Notice to Revoke or Suspend License and/or Impose a Civil Fine was delivered to the Tanarra James ("James") the Director of Industry Operations Houston Division, (DIO).

Page 3 of 8

Respondent's
Exhibit  9 Page 389

ATF 1389

11. On or about July 19, 2023 I acknowledged the September 24, 2023 hearing date, identified its potential witnesses and included with Declaration of Ramiro E. Romo as evidence to be considered.

12. On or about September 7, 2023, counsel for Plaintiff requested a continuance of the Hearing to the week of October 23, 2023.

13. The request was approved and the hearing was reset to October 26, 2023 with the connotation that no further continuances would be granted. See Exhibit 15 attached to the complaint and Exhibit 4 attached here to and incorporated by reference.

14. On Friday October 13, 2023, OFM's counsel, G, P, Matherne ("Matherne") emailed a copy of the complaint to counsel for James and requested that the hearing set for October 26, 2023 be postponed until after this case could be tried on the merits.

15. Ms. James denied the request on October 16, 2023.

16. On October 17, 2023, Matherne emailed James that he would be filing a Motion for Temporary Restraining Order on or about Thursday, October 1, 2023 and that he anticipated that the court would set a hearing for Monday, October 23, 2023 at 2:00 p.m.

17. Later that day, Ms. James emailed Matherne stating the government would prefer a hearing to be set no earlier than Tuesday, October 24. 2024.

18. Matherne responded he would request that the hearing be set no earlier nan Tuesday October 24, 2023 when filing the Motion for Temporary Restraining Order.

Page 4 of 8

19. I am the sole shareholder, Director and President of Bencivenga Corporation.

20. I am the sole person that possesses, directly or indirectly, the power to direct or cause the direction of the management and policies of the OFM pertaining to firearms.

21. I am unaware of a company by the name of Crusader Firearms LLC.

22. Alan Aronstein is an individual who is an unpaid professional consultant that has been in the gun business for over fifty years. He does not own a single share of Bencivenga Corporation, is not on the board of directors, and does not make management decisions. Besides being an unpaid consultant, he is a clerk who handles most if not all sales for OFM.

23. Whenever a customer appears with the intention of purchasing a firearm, he presents the applicant with the ATF form 4473 and submits the applicant's name to the NICS for a background check. After the required waiting in period after the background check clears the applicant for a firearm purchase, Aronstein completes the required documents for the purchase and delivers the firearm to the applicant. When acting a clerk for Bencivenga Corporation, Aronstein has no discretion as to whether or not an applicant is allowed to purchase a firearm. If the applicant passes the background check, the applicant is allowed to purchase the firearm. If the applicant does not pass the background check, the applicant is not allowed to purchase a firearm.

24. Alan Aronstein is not an unlisted undefined Responsible Person for OFM.

Page 5 of

Respondent's
Exhibit 9 Page 391

ATF 1391

25. Furthermore if he were an undefined Responsible Person, which is denied, Alan Aronstein is not prohibited from transporting, shipping, or receiving firearms or ammunition in interstate or foreign commerce under section 922(g) and (n) of the GCA.

26. Alan Aronstein is not an individual possessing, directly or indirectly, the power to direct or cause the direction of the management and policies of CFM.

27. The statement that Bencivenga Corporation was operating with Crusader Firearms LLC as a joint venture[1] either is a misnomer or is incorrect. See Exhibit 2.

28. There is no enterprise that Crusader Firearms LLC or Alan Aronstein has agreed to do for or work on with Bencivenga Corporation or me.

29. There is no enterprise between Crusader Firearms LLC or Alan Aronstein and Bencivenga Corporation or me where we have agreed to share in any profits or losses.

30. There is no enterprise where there is a mutual right of control or management.

31. I have a personal verbal agreement with Alan Aronstein that if he finds a buyer for my business, he will receive a commission at the closing of the sale.

---

[1] Texas state law requires four elements for a joint venture — (1) a community of interest in the venture, (2) an agreement to share profits, (3) an agreement to share losses, and (4) a mutual right of control or management of the enterprise. See *Ingram v Deere*, 288 S.W.3d 886 (Tex 2009)

Page 6 of 8

Respondent's
Exhibit 9 Page 392

ATF 1392

32. The following statements in the compliance history are correct and have never changed since 2002: "The laws and regulations issued under the GCA were reviewed with the License president and sole listed responsible person Ramiro E. Romo on December 23, 2002, April 22, 2008, May 26, 2010, August 16, 2012, October 20, 2016, December 9, 2019 and August 30, 2022".

33. I unequivocally deny that I knowingly made a false statement or representation in applying for a firearms license in violation of 18 U.S.C, §924(a)(1) or 27 C.F.R. §478.128(a,

34. I unequivocally deny that Alan Aronstein has ever become or was a person who has the power to direct or cause the direction of the management or polices of Bencivenga Corporation.

35. Alan Aronstein is an unpaid consultant who has extensive knowledge of the Firearms industry including the compliance requirements of the 1968 Gun Control Act

36. I unequivocally deny that Bencivenga Corporation sold or disposed of a firearm to a person who licensee knew or had reasonable cause to believe was subject to federal firearms disabilities in violation of 18 U.S.C § 922(d) and 27 C.F.R. § 478.99(c,

37. I am seeking a Temporary Restraining Order to stay the Hearing to Revoke my FFL that is scheduled for October 26, 2023 because if the hearing proceeds I will not be able to: (a) Challenge the hearing officer, (b) contest whether the hearing is a fair trial in a fair hearing pursuant to *In re*

Page 7 of ⎵

Respondent's
Exhibit 9 Page 393

ATF 1393

*Murchison*, 349 U. S. 133, 136 (1955), (c) Contest whether conducting the hearing outside of the Administrative Procedures Act thereby being a violation of Plaintiff's due Process protections under Amendments 5 & 14 to the U.S. Constitution, (d) inability to Conduct discovery, (e) inability to require witnesses to testify under oath, and (f) inability to contest that the ATF is ignoring the hearing process as promoted by the AFT in 75 FR at 48363 and 81 FR at 32231.

38. Furthermore, should the ATF refuse to reverse its decision to revoke my FFL and order that my FFL is revoked, OFM will suffer immediate and irreparable harm because (a) it will be deprived of the statutory right under 18 U.S.C. § 923(f) to effectively challenge the revocation of its licenses by asking this Court to conduct a de novo review of the ATF's revocation decision, (b) it will be effectively placed out of business as a federal firearms manufacturer as of the date set forth in the notice of revocation, unless the ATF grants a stay of enforcement (c) Without a stay, OFM will be prohibited as an "unlicensed" entity from continuing to engage in firearms manufacturing or sales, and (d) it will be required to surrender all of its business records to the ATF pursuant to applicable ATF's licensing procedure pursuant to 27 C.F.R. § 478.127.

Executed on this 18th day of October 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Ramiro E. Roma, Jr.

Page 8 of 8

Respondent's
Exhibit 9 Page 394

ATF 1394

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BENCIVENGA CORPORATION D/B/A OFM CORPORATION<br><br>Plaintiff<br><br>VS.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, MERRICK B GARLAND IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES DEPARTMENT OF JUSTICE, STEVEN M. DETTELBACH, IN HIS OFFICIAL CAPACITY AS THE DIRECTOR OF THE ATF, and TANARRA JAMES, IN HER OFFICIAL CAPACITY AS THE DIRECTOR OF INDUSTRY OPERATIONS FOR THE HOUSTON FIELD DIVISION OF THE ATF<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. _____ |

DECLARATION OF ALAN LOUIS ARONSTEIN

Pursuant to 28 U.S.C. §1746, I hereby declare as follows:

1.   I have been associated with the firearms industry for over fifty years.

2.   I have never personally held a Federal Firearms License (FFL)

3.   I have never been personally cited for willfully violating the Federal firearms laws

or regulations hereinafter referred to as the Gun Control Act of 1968. (GCA)

4.   I have never been personally cited that I was indifferent to adhering to the GCA.

5.   As set forth in 18 U.S.C 923 (g) & (n).

   a.   I have never been convicted in any court of, a crime punishable by imprisonment

      for a term exceeding one year;

Page 1 of 4

Respondent's
Exhibit 9 Page 412


ATF 1412

b. I am not a fugitive from justice;

c. I am not an unlawful user of or addicted to any controlled substance (as defined in section 102 of the Controlled Substances Act (21 U.S.C. 802));

d. I have never been adjudicated as a mental defective or who has been committed to a mental institution;

e. I am not an alien because I was born in the United States of America.

f. I have never been discharged from the Armed Forces under dishonorable conditions;

g. being a citizen of the United States, I have not renounced my citizenship;

h. I have never been subject to a court order that (1) restrains me from harassing, stalking, or threatening an intimate partner of such person or child of such intimate partner or person, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child; (2) or includes a finding that I represents a credible threat to the physical safety of such intimate partner or child; or (3) by its terms explicitly prohibits the use, attempted use, or threatened use of physical force against such intimate partner or child that would reasonably be expected to cause bodily injury.

i. I have never been convicted in any court of a misdemeanor crime of domestic violence.

j. I am not prevented from shipping nor transporting in interstate or foreign commerce, or possessing in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

Page 2 of 4

Respondent's
Exhibit 9 Page 413

ATF 1413

6.    I do not own a single share of Bencivenga Corporation d/b/a OFM Corporation ("OFM").

7.    I am not an individual who has the power to direct the management and policies of the OFM's FFL pertaining to the Manufacturer of Firearms Other Than Destructive Devices

8.    I am not a partner, sole proprietor, site manager, corporate officers, directors or shareholder of Bencivenga Corporation d/b/a OFM Corporation.

9.    With respect to the transactions involving the sale and transfer of a firearm to ██████ ████ Wainstein: A copy of Wainstein's 4473 marked Exhibit 1 is incorporated by reference.

   a) I personally handled this transaction.

   b) Items 21f, 21g, 21h, 21i, 21j, 21.1.2, and 21k were properly marked and were not blank.

   c) Item 36 was marked with the date that the form was completed rather than the date that the firearm was delivered or transferred to the custody of Wainstein.

   d) Wainstein's supplication was sent to the NICS on 6/10/23 and was advised it would be delayed until 6/16/2023.

   e) I was also advised that if we did not hear from them on or before 6/16/2023, OFM could proceed.

   f) On 6/13/2023, a NICS employee by the name of Angel employee number K00179 reported that the application was denied.

   g) Later in the day on 6/13/2023 at 2:41 p. m., an employee by the name of Kelsey employee number K00997 stated to proceed.

   h) I reported that I wanted to confirm the "proceed" message with a supervisor because earlier that day I received a message from NICS that the application was denied.

Page 3 of 4

Respondent's
Exhibit 9 Page 414

ATF 1414

i) I was connected with an employee named Adam Employee number 3371 who confirmed that he was a supervisor and that the transaction could proceed.

j) Based upon the proceed messages from Kelsey and Adam, the firearm was transferred to ███████████ Wainstein on 6/28/2023

I declare under penalty of perjury, the foregoing is true and correct.

Executed on this 6th day of October 2023.

_____
Alan Louis Aronstein

Page 4 of 4

Respondent's
Exhibit 9 Page 415


ATF 1415