# EXHIBIT J

8/16/22, 3:58 PM                                                 BUSINESS ORGANIZATIONS INQUIRY

## TEXAS SECRETARY of STATE
## JOHN B. SCOTT

### GLOBAL PERSON SEARCH

This search was performed with the following search parameter:
PERSON NAME : Alan Aronstein

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|------|--------------|--------|-------|-------------|-------------|---------------|
| ○ | 123399900 | ALAN ARONSTEIN | PRESIDENT | TEX PRODUCTS, INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 128087000 | ALAN ARONSTEIN | PRESIDENT | CRUSADER GUN COMPANY, INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 128087000 | ALAN ARONSTEIN | DIRECTOR | CRUSADER GUN COMPANY, INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 128867200 | ALAN ARONSTEIN | PRESIDENT | UNITED STATES CARTRIDGE COMPANY, INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 128867200 | ALAN ARONSTEIN | DIRECTOR | UNITED STATES CARTRIDGE COMPANY, INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 128895300 | ALAN ARONSTEIN | PRESIDENT | FIREARMS INTERNATIONAL, INC. | Domestic For-Profit Corporation | In existence |
| ○ | 128895300 | ALAN ARONSTEIN | DIRECTOR | FIREARMS INTERNATIONAL, INC. | Domestic For-Profit Corporation | In existence |
| ○ | 801794355 | ALAN ARONSTEIN | DIRECTOR | HIGH STANDARD CASTING, INC. | Domestic For-Profit Corporation | Involuntarily dissolved |
| ○ | 801794355 | ALAN ARONSTEIN | PRESIDENT | HIGH STANDARD CASTING, INC. | Domestic For-Profit Corporation | Involuntarily dissolved |
| ○ | 801820644 | ALAN ARONSTEIN | PRESIDENT | Herrett Custom Stock Company, Inc. | Domestic For-Profit Corporation | Voluntarily dissolved |

Records 1 to 10 of 28 scroll   [ Next >> ]   OR  proceed to page          of 3 pages [ GO ]

[ Return to Order ]  [ New Search ]

Instructions:
• To view additional information pertaining to a particular filing select the number associated with the name.
• To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

https://direct.sos.state.tx.us/corp_inquiry/corp_inquiry-find.asp

**EXHIBIT 23**

1/1

ATF 0819

8/16/22. 3 58 PM                                          BUSINESS ORGANIZATIONS INQUIRY

## TEXAS SECRETARY of STATE
## JOHN B. SCOTT

### GLOBAL PERSON SEARCH

This search was performed with the following search parameter:
PERSON NAME : Alan Aronstein

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|------|---------------|--------|-------|-------------|-------------|---------------|
| ○ | 801820644 | ALAN ARONSTEIN | DIRECTOR | Herrett Custom Stock Company, Inc. | Domestic For-Profit Corporation | Voluntarily dissolved |
| ○ | 802721016 | ALAN ARONSTEIN | PRESIDENT | TEX-PRODUCTS SUPPLY, INC. | Domestic For-Profit Corporation | In existence |
| ○ | 802721016 | ALAN ARONSTEIN | DIRECTOR | TEX-PRODUCTS SUPPLY, INC. | Domestic For-Profit Corporation | In existence |
| ○ | 32353300 | Alan Aronstein | Registered Agent | TEX-PRODUCTS SPORTING GOODS, INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 33884900 | Alan Aronstein | Registered Agent | FAL CORPORATION | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 62090500 | Alan Aronstein | Registered Agent | DFW SPORTS DISTRIBUTING, INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 62090600 | Alan Aronstein | Registered Agent | TEX-PRODUCTS HOLDING COMPANY, INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 62837900 | Alan Aronstein | Registered Agent | TEX-PRODUCTS SUPPLY, INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 62838000 | Alan Aronstein | Registered Agent | TEX-DATA, INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 128087000 | Alan L Aronstein | Registered Agent | CRUSADER GUN COMPANY, INC. | Domestic For-Profit Corporation | Forfeited existence |

Records 11 to 20 of 28 scroll | << Previous |   | Next >> |   **OR**  proceed to page       of 3 pages | GO |

[ Return to Order ] [ New Search ]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

ATF 0820

8/16/22, 3:57 PM                                                BUSINESS ORGANIZATIONS INQUIRY

## TEXAS SECRETARY of STATE
## JOHN B. SCOTT

**GLOBAL PERSON SEARCH**

This search was performed with the following search parameter:
**PERSON NAME : Alan Aronstein**

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|------|---------------|--------|-------|-------------|-------------|---------------|
| ○ | 128895300 | Alan L. Aronstein | Registered Agent | FIREARMS INTERNATIONAL, INC. | Domestic For-Profit Corporation | In existence |
| ○ | 702326022 | ALan Aronstein | PRESIDENT | High Standard Firearms Manufacturing Co., LLC | Domestic Limited Liability Company (LLC) | In existence |
| ○ | 702326022 | ALan Aronstein | DIRECTOR | High Standard Firearms Manufacturing Co., LLC | Domestic Limited Liability Company (LLC) | In existence |
| ○ | 800054683 | Alan Aronstein | Registered Agent | THE GUN CLINIC, INC. | Domestic For-Profit Corporation | In existence |
| ○ | 800246718 | Alan Aronstein | Manager | Firearms International Holding LLC | Foreign Limited Liability Company (LLC) | Forfeited existence |
| ○ | 801895612 | Alan L. Aronstein | Registered Agent | International Armament Corporation | Foreign For-Profit Corporation | In existence |
| ○ | 803323882 | Alan Aronstein | President | Crusader Gun Group, LLC | Domestic Limited Liability Company (LLC) | In existence |
| ○ | 803323882 | Alan Aronstein | DIRECTOR | Crusader Gun Group, LLC | Domestic Limited Liability Company (LLC) | In existence |

Records 21 to 28 of 28 scroll [ << Previous ]   **OR**   proceed to page   of 3 pages [ GO ]

[ Return to Order ]  [ New Search ]

Instructions:
● To view additional information pertaining to a particular filing select the number associated with the name.
● To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

ATF 0821

ATF 0822



# HIGH STANDARD FIREARMS USA

High Standard Original and New Style Pistols and Parts

SHOP NOW



**EXHIBIT 24**

ATF 0823

# FEATURED PRODUCTS

———————

New Generation High Standard Grips

ATF 0824

New Generation High Standard Grips Grips

## High Standard Firearms USA is the sales agent for OFM Corp.

## ABOUT US

_____

ATF 0825



Firearms

ATF 0826



## Parts



ATF 0827



Service

# PHOTO GALLERY

ATF 0828

# CONTACT US

Name

Phone

Email*

Message

**SEND**

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

If you have questions feel free to send us a message. We will get back to you as soon as possible.

ATF 0829

9/2/22, 3:26 PM                    High Standard Firearms - highstandardfirearmsusa.com

# High Standard Firearms USA

5151 Mitchelldale Street Ste B-14, Houston, Texas 77092

(713) 476-0888

## Hours

Open today  08:00 am – 04:00 pm  ⌄

➤ GET DIRECTIONS

Copyright © 2018 highstandardfirearmsusa.com - All Rights Reserved.

PRIVACY POLICY
TERMS AND CONDITIONS

ATF 0830

RDS Key: 57636527                For Official Use Only                    Page 1 of 8



| FEDERAL LICENSING SYSTEM | 14-NOV-2019 |
|---|---|
| License Registration Report | Time |
| | 15:20:03 |

**License Number:** 5 76 201 07 WR 36527            **Application ID:** 491191

**Special Attention Flags**

Q        SURRENDERED IN LIEU OF REVOCATION/DENIAL

K        DO NOT RENEW WITHOUT CONTACTING THE AREA OFFICE

| Application Type | Disposition | | Status |
|---|---|---|---|
| FORM 7 | OUT OF BUSINESS BY NTC | | INACTIVE |

| Add Date | Change Date | Original Issue Date | Expiration Date | Renewal Receive Date | Renewal Date |
|---|---|---|---|---|---|
| 08/25/1993 | 03/11/2013 | 08/25/1993 | 09/01/2011 | 08/08/2011 | 02/10/2011 |

| Inspection Date | Business Type | Wholesale Indicator | Storage |
|---|---|---|---|
| 04/15/2011 | | | |

| Division | Area Office |
|---|---|
| HOUSTON | HOUSTON |

| EIN | Licensee/Permittee | Business Name |
|---|---|---|
| 760404410 | HIGH STANDARD MANUFACTURING CO INC | |

Voice Phone: (713)686-3232            Fax Phone: (713)681-5665

**Premises Address**

Street: 5151 MITCHELLDALE STE B11-B14
City: HOUSTON            State: TX    Zip Code: 77092
County Code: 201    County Name: HARRIS

**Mailing Address**

Street: 5151 MITCHELLDALE STE B11-B14
City: HOUSTON            State: TX    Zip Code: 77092

**EXHIBIT**

**25**

ATF 0831

DS Key: 57636527 | For Official Use Only | Page 2 of 8

**Responsible Person**

| atus | SSN | Last Name | | First Name | Middle Name | Cadency |
|------|-----|-----------|--|------------|-------------|---------|
| TIVE | *************** | ARONSTEIN | | ALAN | L | |

tle | INS Number | COGENT Number

WNER
treet

ity | State | Zip Code | | Photo Recd Date
OUSTON | TX | 770560000 |

mail Address

| ate of Birth | Phone Nbr | Birth State | State | State | State | State | Race | Sex | FBI Card Date |
|--------------|-----------|-------------|-------|-------|-------|-------|------|-----|---------------|
| | | | | | | | WHITE | M | |

ountry of Birth | Miscellan. Nbr | UPIN | Citizenship
NITED STATES | | | U.S.CITIZEN

ountry of Citizenship | Non-Imgrnt Alien
JNITED STATES |

dditional Citizenship 1
dditional Citizenship 2

ocumentation Exception | 90 Days Residency

| C Clrnce Status | CHC Clrnce Date | NICS Clrnce Status | NICS Clrnce Date | NTN | Relief Status | Relief Date |
|-----------------|-----------------|--------------------|--------------------|-----|---------------|-------------|
| EARED | 08/12/2011 | PROCEED | 08/11/2011 | 1VF72S3 | | |

**Foreign Address Information**
**Street**

City | Country | Province | Postal Code

RP Comment Date: 08/11/2011 | Creator: JGREEN3 | Create Date: 08/11/2011 07:22 am
RP Comments
EMERG

| ITN History | NICS Clrnce Status History | Clrnce Date History |
|-------------|----------------------------|---------------------|
| VF72S3 | PROCEED | 08/11/2011 |

ATF 0832

RDS Key: 57636527      For Official Use Only      Page 3 of 8

**Responsible Person**

| Status | SSN | Last Name | First Name | Middle Name | Cadency |
|---|---|---|---|---|---|
| ACTIVE | ▓▓▓ | ELLIOTT | GORDON | | |

| Title | INS Number | COGENT Number |
|---|---|---|
| RP | | |

**Street**
▓▓▓

| City | State | Zip Code | Photo Recd Date |
|---|---|---|---|
| E HARTFORD | CT | 061080000 | |

**Email Address**

| Date of Birth | Phone Nbr | Birth State | State | State | State | State | Race | Sex | FBI Card Date |
|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓ | | | | | | | WHITE | M | |

| Country of Birth | Miscellan. Nbr | UPIN | Citizenship |
|---|---|---|---|
| UNITED STATES | | | U.S.CITIZEN |

**Country of Citizenship**
UNITED STATES      Non-Imgrnt Alien

**Additional Citizenship 1**
**Additional Citizenship 2**
**Documentation Exception**      90 Days Residency

| CHC Clrnce Status | CHC Clrnce Date | NICS Clrnce Status | NICS Clrnce Date | NTN | Relief Status | Relief Date |
|---|---|---|---|---|---|---|
| CLEARED | 08/12/2011 | PROCEED | 08/11/2011 | 1VF74SH | | |

**Foreign Address Information**
**Street**

| City | Country | Province | Postal Code |
|---|---|---|---|
| | | | |

| NTN History | NICS Clrnce Status History | Clrnce Date History |
|---|---|---|
| 1VF74SH | PROCEED | 08/11/2011 |

ATF 0833

**Responsible Person**

| atus | SSN | Last Name | First Name | Middle Name | Cadency |
|---|---|---|---|---|---|
| TIVE | *************** | FUQUA | RICHARD | L | |

| tle | | INS Number | COGENT Number |
|---|---|---|---|
| ɔ | | | |

reet

| ity | State | Zip Code | Photo Recd Date |
|---|---|---|---|
| OUSTON | TX | 770270000 | |

nail Address

| ate of Birth | Phone Nbr | Birth State | State | State | State | State | Race | Sex | FBI Card Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | WHITE | M | |

| | Miscellan. Nbr | UPIN | Citizenship |
|---|---|---|---|
| ountry of Birth | | | |
| NITED STATES | | | U.S.CITIZEN |

| ountry of Citizenship | Non-Imgrnt Alien |
|---|---|
| INITED STATES | |

dditional Citizenship 1
dditional Citizenship 2

| ocumentation Exception | 90 Days Residency |
|---|---|

| C Clrnce Status | CHC Clrnce Date | NICS Clrnce Status | NICS Clrnce Date | NTN | Relief Status | Relief Date |
|---|---|---|---|---|---|---|
| EARED | 08/12/2011 | PROCEED | 08/12/2011 | 1VF74SW | | |

**Foreign Address Information**
Street

| City | Country | Province | Postal Code |
|---|---|---|---|

| TN History | NICS Clrnce Status History | Clrnce Date History |
|---|---|---|
| VF74SW | PROCEED | 08/12/2011 |

ATF 0834

**Responsible Person**

| Status | SSN | Last Name | First Name | Middle Name | Cadency |
|---|---|---|---|---|---|
| ACTIVE | **************** | GRAY | JAMES | F | |

**Title**
RP

**INS Number**

**COGENT Number**

**Street**

| City | State | Zip Code | | Photo Recd Date |
|---|---|---|---|---|
| FAIRFIELD | MT | 594360000 | | |

**Email Address**

| Date of Birth | Phone Nbr | Birth State | State | State | State | State | Race | Sex | FBI Card Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | WHITE | M | |

**Country of Birth**
UNITED STATES

**Miscellan. Nbr**

**UPIN**

**Citizenship**
U.S.CITIZEN

**Country of Citizenship**
UNITED STATES

**Non-Imgrnt Alien**

**Additional Citizenship 1**
**Additional Citizenship 2**

**Documentation Exception**

**90 Days Residency**

| CHC Clrnce Status | CHC Clrnce Date | NICS Clrnce Status | NICS Clrnce Date | NTN | Relief Status | Relief Date |
|---|---|---|---|---|---|---|
| CLEARED | 08/12/2011 | PROCEED | 08/12/2011 | 1VF74TZ | | |

**Foreign Address Information**
**Street**

| City | Country | Province | Postal Code |
|---|---|---|---|
| | | | |

| NTN History | NICS Clrnce Status History | Clrnce Date History |
|---|---|---|
| 1VF74TZ | PROCEED | 08/12/2011 |

ATF 0835

For Official Use Only

**Comments**

| Text | Create Date | Create Userid |
|---|---|---|
| EE 76-29970, 76-02824 (DECEASED FATHER-IN-LAW OF ALAN RONSTEIN) TECS 9/10/99 | 09/10/1999 | CO07SO |
| HE STATE CODE FIELDS WERE BLANK, FOR RESPONSIBLE PERSON: JQUA, RICHARD L | 09/15/2000 | FEAFIX |
| HE STATE CODE FIELDS WERE BLANK, FOR RESPONSIBLE PERSON: RONSTEIN, ALAN L | 09/15/2000 | FEAFIX |
| HE STATE CODE FIELDS WERE BLANK, FOR RESPONSIBLE PERSON: RAY, JAMES F | 09/15/2000 | FEAFIX |
| HE STATE CODE FIELDS WERE BLANK, FOR RESPONSIBLE PERSON: LLIOTT, GORDON | 09/15/2000 | FEAFIX |
| QQQ 7(A)=684 7(B)=611 | 08/24/2005 | CSWYATT |
| QQQ 7(A)= 1500 7(B)= 1500 | 08/04/2008 | CCWATKINS |
| ECD SEPT 08 RENEWAL APPL IN MARTINSBURG IN ERROR FWDED TO TLANTA EXAMINER THIS DATE | 08/12/2008 | JMHAYES |
| ER UI#782075-2008-0185 VIOLS ROV ONLY NO RECALL INSPECTION EEDED. | 11/13/2008 | TMPENWELL |
| HAVE RECEIVED AMENDED COA FROM 5200 MITCHELDALE STE E17 TO 51 MITCHELLDALE STE B11-B14 PENDING APROVAL FROM AO | 12/28/2010 | TMPENWELL |
| RECEIVED EMAIL CONFIRMATION TO ISSUE AMENDED COA | 02/10/2011 | TMPENWELL |
| ER UI#782075-2010-0271AA NOTICE OF DENIAL OR REVOCATION ECOMMENDED REPORT FORWARDED TO COUNSEL. | 04/18/2011 | TMPENWELL |
| QQQ 7(A)=5508  7(B)=4819 | 08/11/2011 | JGREEN3 |
| G CLEARED IN TECS, OPEN FOX AND NICS HOWEVER PER LATEST REVIOUS COMMENTS AA NOTICE OF DENIAL/REVOCATION BUT NO SAF DDED PENDING OK TO ISSUE FROM AO | 08/13/2011 | TMPENWELL |
| ER AO SLUTCHER DO NOT ISSUE RENEWAL ONLY LOA UNTIL FURTHER OTICE | 08/15/2011 | TMPENWELL |
| ER UI#782075-2010-0271 NOTICE OF REVOCATION ISSUED ON 8/17/2011 | 08/24/2011 | TMPENWELL |
| ER SAF CODE REPORT FOR FIREARMS LICENSES FLS CLEANUP ROJECT, FIELD REQUESTED SAF CODE "PENDING DENIAL" TO BE EMOVED. | 02/15/2012 | LEORNDORFF |
| K TO ISSUE 30 LOA | 02/16/2012 | TMPENWELL |
| ER DBALL OK TO ISSUE 60 DAY LOA | 03/28/2012 | TMPENWELL |
| DAY LOA ISSUED | 05/24/2012 | TMPENWELL |
| DAY LOA SENT | 06/21/2012 | TMPENWELL |
| DAY LOA SENT | 07/25/2012 | TMPENWELL |
| NAL 30 DAY LOA SENT SO THAT ALL NFA WEAPONS CAN BE RANSFERRED TO NEW FFLS 5-76-03552 AND 5-76-035221 | 08/23/2012 | TMPENWELL |
| CENSEE CALLED REQUESTED EXTENTION ON LOA TO TRANSFER REST F NFA WEAPONS HOWEVER NEW LICENSES HAVE BEEN ISSUED, ENDING APPROVAL FROM AO BEFORE ISSUING | 09/25/2012 | TMPENWELL |
| DDTIONAL 30 DAY LOA SENT | 09/26/2012 | TMPENWELL |
| HAVE RECEIVED FINLA REVOCATION, CEASE AND DECIST LETTERS AND RIGNAL LICENSE FOR 5-76-36527, 5-76-00154 AND 5-76-000160, ENDING REVOKED BY MANAGMENT | 11/13/2012 | TMPENWELL |
| ORRECTION THESE 3 LICENSES 5-76-36527, 5-76-00160 AND 5-76-0154 WAS SENT CEASE AND DECIST LETTERS HOWEVER THEY OLUNTARILY SURRENDERED LICENSES ILO REVOCATION. REFUNDS ILL BE PROCESSED | 11/14/2012 | TMPENWELL |
| EFUND REQUEST RECEIVED 11/14/2012, FR-13-57948 $150.00, (13-0374), RANSMITTED ON 11/15/2012 VIA EMAIL TO REVENUE OPS, WASHINGTON C FOR FURTHER REFUND PROCESSING AND ISSUANCE OF THE EFUND CHECK. | 11/19/2012 | RAWALTERS |
| ARKING VARIANCE 2012-653 AMENDED TO INCLUDE THE SERIAL UMBER RANGE RES010000 THROUGH RES010136 PLACED ON HIGH | 03/11/2013 | CHJAMES |

ATF 0836

For Official Use Only

### Comments

| Text | | Create Date | Create Userid |
|---|---|---|---|
| STANDARD MANUFACTURING CO., MODEL HAS-15 RECEIVERS. | | | |

### Payments

| Control Number | Expiration Code | Transaction Code | Transaction Amount | GLA Date | Check Number |
|---|---|---|---|---|---|
| LI11080802104 | 1J | CR | $150 | | 12618 |
| LI11080802104 | 1J | AA | -$150 | | 12618 |
| LI08080100226 | 1J | LF | $150 | 08/01/2008 | 002430 |
| LI08080100226 | 1J | AA | -$150 | 08/01/2008 | 002430 |
| LI05081805315 | 8J | LF | $150 | 08/18/2005 | 004743 |
| LI05081805315 | 8J | AA | -$150 | 08/18/2005 | 004743 |
| LI02083017517 | 5J | LF | $150 | 08/30/2002 | 003229 |
| LI02083017517 | 5J | AA | -$150 | 08/30/2002 | 003229 |
| LI93338022461 | 9J | AA | -$150 | | |
| LI96557047551 | 9J | LF | $0 | | |
| LI93338022461 | 9J | LF | $150 | | |
| LI96557047551 | 9J | AA | $0 | | |

### Out of Business Info

| OOB Disposition | Disposition Date | OOB Letter Date | Record Request Letter Date |
|---|---|---|---|
| RETURNED OOB LETTER AND RECORDS - NTC | 01/08/2013 | | |

| Record Center File Number | Date Records Obtained | Date Business Acquired | | Successor's RDS |
|---|---|---|---|---|
| 150762 | 01/08/2013 | | | |

| Condition | | Volume | Successor's Name |
|---|---|---|---|
| RECORDS IN GOOD CONDITION | | BOX OR BOXES | |

ATF 0837

DS Key: 57636527                                                                 Page 8 of 8

**Payments**

| Control Number | Expiration Code | Transaction Code | Transaction Amount | GLA Date | Check Number |
|---|---|---|---|---|---|

**Out of Business Info**

**Explosives Storage Info**

| Storage Type | Street | City | State | ZIP |
|---|---|---|---|---|

ATF 0838