# EXHIBIT K

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No 1140-0040 (12/31/2014)

## Application for an Amended Federal Firearms License

*All entries must be in ink. Please read attached instructions carefully before completing this form.*

### Section 1: General Information

| 1. Current Federal Firearms License (FFL) Number | 2. Expiration Date of FFL | 3. Employer Identification Number (EIN) or Social Security Number |
|---|---|---|
| | | |

4. Is the address change due to a change required by the U.S. Postal Service or 9-1-1?  ☐ Yes  ☐ No

### Section 2: Current Information Listed on FFL

| 5. FFL Name *(as reflected on attached FFL)* | 6. Trade Name(s) or Business Name(s) *(if any)* |
|---|---|
| | |

7. Premises Address *(number and street name)*

| City | State | County | Zip Code |
|---|---|---|---|
| | | | |

| 8. Premises Telephone Number *(with area code)* | 9. Home Telephone Number *(with area code)* | 10. Fax Number |
|---|---|---|
| | | |

### Section 3: New Information for the FFL-Complete Applicable Changes

11. Are there any changes in the business structure of the FFL's opertions? *(Change of Control, Change of Partnership, etc.)* If yes, specify change on a separate sheet of paper. You may need to file a new ATF Form 7, Application for Federal Firearms License.  ☐ Yes  ☐ No

12. Change in Trade Name or Business Name *(if any)*

13. New Premises Address *(where firearms activities will occur - list number and street name)*

| City | State | County | Zip Code |
|---|---|---|---|
| | | | |

14. New Mailing Address *(number and street name)*

| City | State | County | Zip Code |
|---|---|---|---|
| | | | |

| 15. New Premises Telephone Number *(with area code)* | 16. New Home Telephone Number *(with area code)* | 17. New Fax Number |
|---|---|---|
| | | |

| 18. E-mail Address | 19. Alternate 24 Hour Contact Telephone Number *(with area code)* |
|---|---|
| | |

20. Hours of Operation and/or Availability of Business/Activity *(Please provide at least one hour in which you can be contacted by ATF personnel)*

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| Hour(s): | | | | | | | |

### Section 4: Business Information *(Complete this section Only if your business location has changed. If you have a Type 03 Collector of Curios and Relics FFL, skip Section 4 and go on to Section 5)*

| 21. Is the new business premises open to the general public during these hours?  ☐ Yes  ☐ No | 22. Will any other business, other than that for which the license was issued, be conducted on the new premises?  ☐ Yes  ☐ No  If yes, state type of business: | 23. Licensee's new premises is  ☐ Owned  ☐ Leased  ☐ Rented |
|---|---|---|

24. If the new premises is rented, leased, or otherwise not owned by the applicant, please attach: 1) A copy of the lease, rental, or other agreement, and 2) The name, address, telephone, and other contact information of the owner of the property. If the lease, rental or other agreement does not reflect the terms and conditions of the agreement, please specify the beginning and ending date as well as the terms and conditions.

25. If the new premises is owned by the applicant, are there any restrictions or covenants which prohibit the owner from operating a firearms business on the premises? If yes, on a separate sheet, describe such restrictions or covenants.  ☐ Yes  ☐ No

**EXHIBIT**

**3**

ATF E-Form 5300 38
Revised July 2012

ATF 0727

| 26. Do any zoning ordinances prohibit the conduct of a firearms activity on the new premises? | 27. Is a license, permit, or payment of occupational or business tax required under state or local law to engage in a firearms business from the premises? If so, provide copies. |
|---|---|
| ☐ Yes     ☐ No | ☐ Yes     ☐ No |

28. Indicate type of business premises at the new location.

**Commercial**

☐ Storefront

☐ Office

☐ Rod & Gun Club

☐ Military Installation

☐ Other (*Specify*) _____

**Residential**

☐ Single/Family Dwelling

☐ Condominium

☐ Apartment

☐ Hotel/Motel

☐ Public Housing

☐ Other (*Specify*) _____

If the new premises is located on a military installation, attach a written authorization from the installation Commander to conduct the firearms business on the military installation.

**Section 5 - Certification of Compliance With State and Local Law**

As required by 18 U.S.C. § 923(d)(1), I certify that:

a. The applicant and all Responsible Persons are not prohibited under the Gun Control Act of 1968 (GCA) from shipping, transporting in interstate or foreign commerce, or possessing in or affecting commerce, any firearm or ammunition, or from receiving any firearm or ammunition which has been shipped or transported in interstate or foreign commerce;

b. The applicant has not willfully violated any of the provisions of the GCA or 27 CFR, part 478;

c. The applicant has not willfully failed to disclose any material information required, or has not made any false statement as to any material fact, in connection with this application;

d. The applicant has in a State (i) premises from which they conduct business subject to license under the GCA or from which they intend to conduct such business within a reasonable period of time, or (ii) in the case of a collector, premises from which they conduct collecting activities subject to license under the GCA or from which they intend to conduct such collecting within a reasonable period of time; and

e. The business to be conducted under the license is not prohibited by State or local law in the place where the license premises is located.

f. Within 30 days after the application is approved, the business will comply with the requirements of State and local law applicable to the conduct of business.

g. The business will not be conducted under the license until the requirements of State and local law applicable to the business have been met.

h. The applicant has sent or delivered a completed copy of this application to the Chief Law Enforcement Officer (CLEO) of the locality in which the premises listed in item 13 of this form is located. For purposes of this paragraph, the "Chief Law Enforcement Officer" is the Chief of Police, the Sheriff, or an equivalent officer

29. Certification: Under the penalties of perjury imposed by 18 U.S.C. § 924, I declare that I have examined this application and the documents submitted in support hereof, and to the best of my knowledge and belief, they are true, correct, and complete.

| Print Applicant Name | Applicant's Signature | Date |
|---|---|---|
| | | |

**Address of the Responsible Person Signing this Form**     ☐ Check if same as New Premises or Mailing Address

Street Address

| City | State | Zip Code |
|---|---|---|
| | | |

| Telephone Number (*with area code*) | E-mail Address |
|---|---|
| | |

**For ATF Use Only**

| Check Application Status | Reason for Denial | |
|---|---|---|
| ☐ Approved     ☐ Denied | | |
| ☐ Withdrawn     ☐ Abandoned | Signature of Licensing Official | Date |

ATF E-Form 5300 38
Revised July 2012

ATF 0728

**Instruction Sheet for ATF Form 5300.38**
*(Do not return this sheet when submitting your application)*

Submit all application to:    Chief, Federal Firearms Licensing Center
                              244 Needy Road
                              Martinsburg, WV 25405
                              Fax Number Toll Free 1-866-257-2749 or (304) 616-4601

Title 18, U.S.C. § 923 and 27 CFR 478.41-78 provides the requirements for obtaining a Federal firearms license (FFL). These provisions require applicants for an FFL to certify, among other things, that the firearms business or activity will be conducted in compliance with State and local law.

The purpose of this application is to require a licensee who moves the licensed premises to a different location during the term of an existing license to certify that the firearms business or activity at the new location will be conducted in compliance with State and local law. Each licensee submitting the ATF Form 5300.38, *Application for an Amended Federal Firearms License*, must send or deliver a completed copy of such application to the Chief Law Enforcement Officer (CLEO) of the locality in which the new premises are located, as required by § 923 (d)(1)(F)(iii).

1. Notice of the new location of the business or activity must be filed with ATF not less than 30 days prior to establishing the business or activity at the new premises. To allow for ample processing time, it is recommended ATF Form 5300.38 be submitted as soon as the new premises location is known.

2. TYPE or PRINT with ball-point pen and provide your signature on back of form. All attached sheets must:
    a. Be identified at the top of each page with your license name and license number.
    b. Refer to the question(s) being answered.

3. ATF Form 5300.38 must be executed (signed) by an existing responsible person (RP) on the license.

4. If you have questions relating to this application or to obtain an e-mail address for your state or district's examiner to submit your request electronically, please contact the ATF Federal Firearms Licensing Center toll free at 1-866-662-2750.

**Definition**

1. Chief Law Enforcement Officer - The Chief of Police, the Sheriff, or an equivalent designee of such individual.
2. Business Premises - Premises from which the FFL conducts business or from which he intends to conduct such business.
3. Change in Business Structure - A change from one business type to another (Partnership to Corporation, Individually Owned to LLC, etc.)
4. Responsible Person - In addition to a Sole Proprietor, a Responsible Person is, in the case of a corporation, partnership, or association, any individual possessing, directly or indirectly, the power to direct or cause the direction of the management, policies, and practices of the corporation, partnership, or association, insofar as they pertain to firearms.

**Privacy Act Information**

The following information is provided pursuant to Section 3 of the Privacy Act of 1974 (5 U.S.C. § 552a(e)(3)):

1. **Authority.** Solicitation of this information is authorized pursuant to 18 U.S.C § 923(a) of the Gun Control Act of 1968. Disclosure of this information is mandatory if the applicant wishes to obtain a Federal firearms license. System of records notice (SORN) Justice/ATF-008 Regulatory Enforcement Record System FR Vol. 68 No. 16 3558 dated January 24, 2003.

2. **Purpose.** To determine the eligibility of the applicant to obtain a firearms license, to determine the identity of responsible person(s) in the business or activity, to determine the ownership of the business or activity, and to determine the type of firearms or ammunition to be dealt in, the business hours, and the business history, if applicable.

3. **Routine Uses.** The information will be used by ATF to make determinations set forth in paragraph 2. In addition, information may be disclosed to other Federal, State, foreign and local law enforcement and regulatory agency personnel to verify information on the application and to aid in the performance of their duties with respect to the enforcement and regulation of firearms and/or ammunition where such disclosure is not prohibited by law. The information may further be disclosed to the Department of Justice if it appears that the furnishing of false information may constitute a violation of Federal law. Finally, the information may be disclosed to members of the public in order to verify the information on the application when such disclosure is not prohibited by law.

4. **Effects of Not Supplying Information Requested.** Failure to supply complete information will delay processing and may result in denial of the application.

5. **Disclosure of Social Security Number.** Disclosure of the individual's social security number is voluntary. Under 18 U.S.C. § 923(a), ATF has the authority to solicit this information. The number may be used to verify the individual's identity. See Section 7(b) of the Privacy Act.

**Paperwork Reduction Act**

The information required by this form is in accordance with the Paperwork Reduction Act of 1995. The purpose of the information is to certify whether the operations will be in conformity with Federal, State and local law. The information is subject to inspection by ATF officers. The information requested is mandatory by statute (18 U.S.C. § 923).

The estimated average burden associated with this collection is 30 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Reports Management Officer, Document Services, Bureau of Alcohol, Tobacco, Firearms and Explosives, Washington, DC 20226.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

ATF E-Form 5300.38
Revised July 2012

ATF 0729

ATF 0730