# EXHIBIT L

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0040 (12/31/2014)

## Application for an Amended Federal Firearms License

*All entries must be in ink. Please read attached instructions carefully before completing this form.*

**Section 1: General Information**

| 1. Current Federal Firearms License (FFL) Number | 2. Expiration Date of FFL | 3. Employer Identification Number (EIN) or Social Security Number |
|---|---|---|
| 5-76-201-07-1B-02738 | February 1, 2021 | 76-0275513 |

4. Is the address change due to a change required by the U.S. Postal Service or 9-1-1?   ☐ Yes   ☒ No

**Section 2: Current Information Listed on FFL**

| 5. FFL Name (as reflected on attached FFL) | 6. Trade Name(s) or Business Name(s) (if any) |
|---|---|
| BENCIVENGA CORPORATION | OFM CORP |

7. Premises Address (number and street name)

4800 N 34th ST STE D-11

| City | State | County | Zip Code |
|---|---|---|---|
| HOUSTON | TEXAS | HARRIS | 77092 |

| 8. Premises Telephone Number (with area code) | 9. Home Telephone Number (with area code) | 10. Fax Number |
|---|---|---|
| (713)305-8540 | (713)305-8540 | NONE |

**Section 3: New Information for the FFL-Complete Applicable Changes**

11. Are there any changes in the business structure of the FFL's opertions? (Change of Control, Change of Partnership, etc.) If yes, specify change on a separate sheet of paper. You may need to file a new ATF Form 7, Application for Federal Firearms License.   ☐ Yes   ☒ No

12. Change in Trade Name or Business Name (if any)

NO

13. New Premises Address (where firearms activities will occur - list number and street name)

5151 Mitchelldale ST.    STE B-14

| City | State | County | Zip Code |
|---|---|---|---|
| Houston | Texas | Harris | 77092 |

14. New Mailing Address (number and street name)

SAME-P O BOX 8767

| City | State | County | Zip Code |
|---|---|---|---|
| HOUSTON | TEXAS | HARRIS | 77249-8767 |

| 15. New Premises Telephone Number (with area code) | 16. New Home Telephone Number (with area code) | 17. New Fax Number |
|---|---|---|
| | | (713)476-0085 |

| 18. E-mail Address | 19. Alternate 24 Hour Contact Telephone Number (with area code) |
|---|---|
| ████ | ████ |

20. Hours of Operation and/or Availability of Business/Activity (Please provide at least one hour in which you can be contacted by ATF personnel)

| Hour(s): | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| | 0 | 9AM 4PM | (9 AM-4 PM) | 9 AM -4PM | 9AM-4PM | 9AM-4PM | 0 |

**Section 4: Business Information** (Complete this section *Only* if your business location has changed. If you have a Type 03 Collector of Curios and Relics FFL, skip Section 4 and go on to Section 5)

21. Is the new business premises open to the general public during these hours?   ☒ Yes   ☐ No

22. Will any other business, other than that for which the license was issued, be conducted on the new premises?   ☐ Yes   ☒ No
If yes, state type of business: _____

23. Licensee's new premises is   ☐ Owned   ☑ Leased   ☐ Rented
ne 12/9/2019

24. If the new premises is rented, leased, or otherwise not owned by the applicant, please attach: 1) A copy of the lease, rental, or other agreement, and 2) The name, address, telephone, and other contact information of the owner of the property. If the lease, rental or other agreement does not reflect the terms and conditions of the agreement, please specify the beginning and ending date as well as the terms and conditions.

25. If the new premises is owned by the applicant, are there any restrictions or covenants which prohibit the owner from operating a firearms business on the premises? If yes, on a separate sheet, describe such restrictions or covenants.   ☐ Yes   ☐ No

FEDERAL FIREARMS

NOV 0 7 2019

ATF Form
Revised July 2012

EXHIBIT 2

ATF 0725

| 26. Do any zoning ordinances prohibit the conduct of a firearms activity on the new premises? | 27. Is a license, permit, or payment of occupational or business tax required under state or local law to engage in a firearms business from the premises? If so, provide copies. |
|---|---|
| ☐ Yes    ☒ No | ☐ Yes    ☒ No |

**28. Indicate type of business premises at the new location.**

Commercial

- ☐ Storefront
- ☐ Office
- ☐ Rod & Gun Club
- ☐ Military Installation
- ☒ Other (*Specify*) 07-Manufacturer of Firearms other than Destructive Devices

Residential

- ☐ Single/Family Dwelling
- ☐ Condominium
- ☐ Apartment
- ☐ Hotel/Motel
- ☐ Public Housing
- ☐ Other (*Specify*) _____

If the new premises is located on a military installation, attach a written authorization from the installation Commander to conduct the firearms business on the military installation.

## Section 5 - Certification of Compliance With State and Local Law

As required by 18 U.S.C. § 923(d)(1). I certify that:

a. The applicant and all Responsible Persons are not prohibited under the Gun Control Act of 1968 (GCA) from shipping, transporting in interstate or foreign commerce, or possessing in or affecting commerce, any firearm or ammunition, or from receiving any firearm or ammunition which has been shipped or transported in interstate or foreign commerce;

b. The applicant has not willfully violated any of the provisions of the GCA or 27 CFR, part 478;

c. The applicant has not willfully failed to disclose any material information required, or has not made any false statement as to any material fact, in connection with this application;

d. The applicant has in a State (i) premises from which they conduct business subject to license under the GCA or from which they intend to conduct such business within a reasonable period of time, or (ii) in the case of a collector, premises from which they conduct collecting activities subject to license under the GCA or from which they intend to conduct such collecting within a reasonable period of time; and

e. The business to be conducted under the license is not prohibited by State or local law in the place where the license premises is located.

f. Within 30 days after the application is approved. the business will comply with the requirements of State and local law applicable to the conduct of business.

g. The business will not be conducted under the license until the requirements of State and local law applicable to the business have been met.

h. The applicant has sent or delivered a completed copy of this application to the Chief Law Enforcement Officer (CLEO) of the locality in which the premises listed in item 13 of this form is located. For purposes of this paragraph, the "Chief Law Enforcement Officer" is the Chief of Police, the Sheriff, or an equivalent officer

**29. Certification:** Under the penalties of perjury imposed by 18 U.S.C. § 924, I declare that I have examined this application and the documents submitted in support hereof, and to the best of my knowledge and belief, they are true, correct, and complete.

| Print Applicant Name | Applicant's Signature | Date |
|---|---|---|
| Ramiro E. Romo, Jr | *[signature]* | 10-31-2019 |

Address of the Responsible Person Signing this Form    ☒ Check if same as New Premises or Mailing Address

Street Address

| City | State | Zip Code |
|---|---|---|
| | | |

| Telephone Number (*with area code*) | E-mail Address |
|---|---|
| ███████████ | (713)305-8540 |

**For ATF Use Only**

| Check Application Status | Reason for Denial | |
|---|---|---|
| ☐ Approved    ☐ Denied | | |
| ☐ Withdrawn   ☐ Abandoned | Signature of Licensing Official | Date |

ATF E-Form 5300.38
Revised July 2012

NOV 07 2019

ATF 0726

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

5-76-201-07-5B-02738I
OMB No. 1140-0019 (12/31/2015)

# Federal Firearms License (FFL) RENEWAL Application

February 1, 2015

---

**FFL no:** 5-76-201-07-5B-02738

**FFL Type:** 07-MANUFACTURER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES

Renewal application DUE PRIOR TO: February 1, 2015

**RENEWAL FEE DUE: $150.00**

CHECK OR MONEY ORDER AMOUNT ENCLOSED (made payable to ATF)   $ 1 5 0 . 0 0
Check Amount

AMOUNT AUTHORIZED TO BE CHARGED TO THE CREDIT/DEBIT CARD:   $
Charge Amount

**MAIL APPLICATION & PAYMENT TO:**
**ATF**
**P.O. Box 409567**
**Atlanta, GA 30384-9567**

☐ I am requesting that a Letter of Authorization (LOA) be sent to me so I may continue the business/operations authorized by my license until my renewal application is processed and approved.

**Method of Payment (Check one):**
☒ Check (Enclosed)   ☐ Cashier's Check or Money Order (Enclosed)
☐ Visa  ☐ MasterCard  ☐ American Express  ☐ Discover  ☐ Diner's Club

Credit/Debit Card Number

M M Y Y  Expiration Date     Name as it appears on the credit/debit card

Credit/Debit Card Billing Address

Signature of Cardholder          Date

Your credit/debit card will be charged the above stated amount upon receipt of your application and a charge from ATF Licensing Fee will be reflected on your credit/debit card statement. In the event a license/permit is NOT issued, the above amount will be credited to the credit/debit card noted above.

---

5-76-201-07-5B-02738

## NOT RENEWING?

1. Return this application and your firearms records within 30 days of discontinuance of your business to:

**ATF Out-of-Business Records Center**
**244 Needy Road**
**Martinsburg, WV 25405**
**1(800)788-7133, x1590**

(Collector's of Curios or Relics are NOT required to send their firearms records to ATF.)

2. Check the box below and sign & date on the line provided.

☐ Check Box  I am NOT renewing my license and will submit my records to ATF. I understand I may NOT engage in the business or operations authorized by my license on or after the expiration date of the license.

Signature          Date

---

**A. CURRENT FFL Information**

**BENCIVENGA CORPORATION**
Licensee Name (NAME of Corporation, Partnership OR Sole Proprietor)

**OFM CORP**
Trade or Business Name

PREMISES Address (Physical location of business or collection.)  **915 BOUNDARY ST HOUSTON, TX 77009-7819**

MAILING Address (The renewed license will be mailed to this address) **PO BOX 8767 HOUSTON, TX 77249-**

Telephone Number (business)  **(713)305-8540**
Telephone Number (fax)

24-hour Emergency Telephone Number

E-mail Address ████████████

* Listing your trade or business name with ATF in no way registers such a name, you MUST comply with Federal, State, and local laws regarding trade or business name registration.

☐ Check here for a change to your current FFL Information AND complete the appropriate box below with the updated information.

NEW Licensee Name - Federal firearms licenses (FFLs) are NOT transferable. If there has been a CHANGE in ownership of the firearms business or collection activity, you may NOT use this form to obtain a renewed license. You MUST file a NEW application.

NEW Trade or Business Name

NEW Premises Address**  **2800 W 34th St., Suite D-11  Houston, TX 77092-6672**

NEW Mailing Address

NEW Telephone Number (business)
NEW Telephone Number (fax)

NEW 24-hour Emergency Telephone Number

NEW E-mail Address

**Federal Firearms**
**DEC 1 0 2014**
**Licensing Center**

** You may NOT operate your business or conduct your collection activity at the NEW premises address until you have received a NEW License reflecting your new address.

---

**B. Hours Of Operation and/or Availability of Business/Activity** (Please provide at least one hour in which you can be contacted by ATF personnel)

☐ Gunsmithing activities ONLY - (Check if sole activity is gunsmithing)

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| Hour(s): | | | 1 P.M to 4 P.M | | 1 P.M. to 4 P.M | . | |
| | ☒ Closed ALL day NO business hours | ☒ Closed ALL day NO business hours | ☐ Closed ALL day NO business hours | ☒ Closed ALL day NO business hours | ☐ Closed ALL day NO business hours | ☒ Closed ALL day NO business hours | ☒ Closed ALL day NO business hours |

---

**WARNING:** You may NOT continue the operations authorized by your Federal firearms license (FFL) on or after the expiration date of your license UNLESS you have filed this renewal application PRIOR TO February 1, 2015. There are criminal penalties for continuing business or collectors' activities without renewing your license.

5-76-201-07-5B-02738 February 1, 2015

**EXHIBIT 4**

ATF Form 8 (5310 11) Part II
Revised (June 2014)

| FFL No.: | **5-76-201-07-5B-02738** | FFL Name: | **BENCIVENGA CORPORATION** |
|---|---|---|---|
| FFL Type: | 07-MANUFACTURER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES | Premises Address: | 915 BOUNDARY ST |
| Expiration Date: | **February 1, 2015** | | HOUSTON, TX 77009-7819 |

C. Answer questions 1 - 6, and 8 by checking "yes" or "no" in the boxes to the right of the questions, or N/A, if applicable.

Check YES or NO

| | | |
|---|---|---|
| 1. Is the firearms or ammunition activity to be conducted under the Federal firearms license (FFL) at the "premises address" shown above and on the front of this renewal application permitted by State and local law? | ☑ | ☐ |
| 2. Within thirty days after this application has been approved, will the firearms or ammunition activity comply with the requirements of State and local law applicable to the conduct of the firearms or ammunition business or collection of curios or relics? | ☑ | ☐ |
| 3. Will the requirements of State and local law that are applicable to the firearms or ammunition activity or collection of curios or relics, be met prior to the start of the business or collection activity? | ☑ | ☐ |
| 4. Has a completed COPY of this renewal application form (front & back) been sent or delivered to the Chief Law Enforcement Officer (CLEO) of the locality in which the premises is located? | ☑ | ☐ |
| 5. As required by 18 U.S.C. 923(d)(1)(G), will secure gun storage or safety devices be made available at any place in which firearms are sold under the FFL to persons who are NOT licensees. Check "N/A" if you are a Collector of Curios and Relics or a Manufacturer of Ammunition. N/A ☐ | ☑ | ☐ |
| 6. Are there any new responsible persons to be added and/or any responsible persons to be removed from the license? If yes, please attach a separate sheet of paper to provide their identifying information as listed in #3 on the application Instruction Sheet that accompanied this application. | ☐ | ☑ |

7.a How many firearms have you bought or acquired with your firearms license over the past 3 years? If none, enter '0'

* If you hold multiple FFLs, please only indicate the number of firearms relating to this FFL you are renewing

| 10 |
|---|

b. How many firearms have you sold or disposed of with your firearms license over the past 3 years? If none, enter '0'.

* If you hold multiple FFLs, please only indicate the number of firearms relating to this FFL you are renewing

| 3 |
|---|

(Write "N/A" if you are solely a gunsmith or a manufacturer of ammunition.)

**MAILING ADDRESS**

**BENCIVENGA CORPORATION**
**OFM CORP**
**PO BOX 8767**
**HOUSTON, TX 77249-**

| | | |
|---|---|---|
| 8. Have you conducted or do you intend to conduct internet sales of firearms? If yes, list websites from which you conduct your internet business. | ☐ | ☐ |

D. The following questions apply to YOU and to any other responsible person who has the power to direct the management and policies of your firearms activities. Answer questions 9 - 19 by checking "yes" or "no" in the boxes to the right of the questions.

Check YES or NO

| | | |
|---|---|---|
| 9. Are you charged by information or under indictment in any court for a felony or any other crime for which the judge could imprison you for more than one year? An "information" is a formal accusation of a crime made by a prosecuting attorney | ☐ | ☐ |
| 10. Have you ever been convicted in any court of a felony or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence, including probation? | ☐ | ☐ |
| 11. Are you presently appealing a conviction of a crime punishable by imprisonment for a term exceeding one year? (If "yes," attach an explanatory statement showing date of conviction, court in which convicted, and court in which appeal is pending.) | ☐ | ☐ |
| 12. Are you a fugitive from justice? | ☐ | ☐ |
| 13. Are you an unlawful user of or addicted to marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☐ |
| 14. Have you ever been adjudicated mentally defective, (which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs) OR have you ever been committed to any mental institution? | ☐ | ☐ |
| 15. Have you been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☐ |
| 16. Are you an alien illegally or unlawfully in the United States? | ☐ | ☐ |
| 17. Have you ever renounced your United States citizenship? | ☐ | ☐ |
| 18. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ☐ | ☐ |
| 19. Have you been convicted in any court of a misdemeanor crime of domestic violence? This includes any misdemeanor conviction involving the use or attempted use of physical force committed by a current or former spouse, parent, or guardian of the victim or by a person with a similar relationship with the victim. | ☐ | ☐ |

Under penalties imposed by 18 U.S.C. 924, I certify that the statements contained in this renewal application, and any attached statements, are true and correct to the best of my knowledge and belief.

Authorized Signature _Ramiro E. Romo_ Title: President Date: December 5, 2014

PRINTED NAME of signature above. Ramiro E. Romo, Jr Telephone no.: (713)305-8540

PAPERWORK REDUCTION ACT NOTICE

This request is in accordance with the Paperwork Reduction Act of 1995. The information collection is used to determine location and extent of operations, and to determine whether the operations will be in conformity with Federal laws and regulations. The information requested is required to retain a benefit and is mandatory by statute (18 U.S.C. 923). The average burden associated with this collection is 30 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Reports Management Officer, Document Services Branch, Bureau of Alcohol, Tobacco, Firearms and Explosives, Washington, DC 20226. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

FOR ATF USE ONLY - Application Status

__ Approved __ Abandoned __ Withdrawn Signature of Licensing Official: _Tracey Robertson_ Date: 2-11-914 ATF Form 8 (5310.11) Part I

ATF 0732

**Bank of America**
P.O. Box 100978
Atlanta, Georgia 30384
Lockbox Services Atlanta Governm
(770) 774-6444



oo9da `/usr/env1/data/lb/409567/id/20141209/output/p3-CTRL/GOV-409567-p3-wf g1 WU: A-1926 on 12/09/2014 Page C-3
Bureau of Alcohol, Tobacco, Firearms       GOV-409567       Ledger Date  12/09/2014

| TR# | 11014325 | Acct# | | Ser# | 0570 | Check Amount | $150.00 |
| TID | Y-1071967 | Batch | 23 | Item | 2 | Batch Total | $1,740.00 |
| Grp# | 1 | Group | Checks - Firearms | | | Trans Source | ECP |

ATF 0733

ATF 0734

**5-76-201-07-8B-02738**

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosive

Federal Fir... ?L) RENEWAL Application

**February 1, 2018**

FFL no.:    **5-76-201-07-8B-02738**

FFL Type:   **07-MANUFACTURER OF FIREARMS**
**OTHER THAN DESTRUCTIVE DEVICES**
Renewal application DUE PRIOR TO:   **February 1, 2018**
**RENEWAL FEE DUE:  $150.00**

CHECK OR MONEY ORDER
AMOUNT ENCLOSED         $  1 5 0 . 0 0
(made payable to ATF)              Check Amount

AMOUNT AUTHORIZED TO BE CHARGED
TO THE CREDIT/DEBIT CARD:      $

MAIL APPLICATION & PAYMENT TO:
ATF
P.O. Box 409567
Atlanta, GA  30384-9567

[X] I am requesting that a Letter of Authorization (LOA) be sent to me so I
may continue the business/operations authorized by my license until my
renewal application is processed and approved

**Method of Payment** (Check one :
[ ] Check (Enclosed)      Cashier's Check or Money Order (Enclosed)
[ ] Visa  [ ] MasterCard  [ ] American Express  [ ] Discover  Diner's Club

Credit/Debit Card Number

M  M  Y  Y      Name as it appears on the credit debit card
Expiration Date

Credit/Debit Card Billing Address

Signature of Cardholder              Date

Your credit/debit card will be charged the above stated amount upon receipt of your application and a charge
from A...  will be reflected on your credit/debit card statement  In the event a license permit is
NOT issued, the above amount will be credited to the credit/debit card noted above

---

**NOT RENEWING.**

1. **Return this application and your firearms records**
**within 30 days of discontinuance of your business to:**

**ATF Out-of-Business Records Center**
**244 Needy Road**
**Martinsburg, WV 25405**
**1(800)788-7133, x1590**

(Collector's of Curios or Relics are NOT required to send their firearms records to ATF.)

2. **Check the box below and sign & date on the line provided.**

[ ] I am NOT renewing my license and will submit my records to ATF
I understand I may NOT engage in the business or operations
authorized by my license on or after the expiration date of the license

Signature              Date

---

[X] Check here for a change to your current FFL Information AND complete the
appropriate box below with the updated information.

**A.  CURRENT FFL Information**

**BENCIVENGA CORPORATION**
NAME of person          Pro

**OFM CORP**
Trade or Business Name

PREMISES Address
Physical location of   **4800 W 34TH ST STE D-11**
business or collection)  **HOUSTON, TX  77092-**

MAILING Address        **PO BOX 8767**
**HOUSTON, TX  77249-**

Telephone Number (business)   **(713) 305-8540**
Telephone Number (fax)        **N/A**

24-hour Emergency Telephone Number   **(713)305-8540**

E-mail Address   ████████

NEW Firearms licensee of FFL....

NEW Trade or Business Name   ~~FEDERAL FIREARMS~~

NEW Premises Address

NEW Mailing Address              NOV 24 2017

NEW Telephone Number (business)
NEW Telephone Number (fax)       LICENSING CENTER

NEW 24-hour Emergency Telephone Number

NEW E-mail Address

* Listing your trade or business name with A.... may register ...
with Federal, State and local laws regarding trade or business name registration

---

**B.  Hours Of Operation and or Availability of Business Activity** (Please provide at least one hour in which you can be contacted by ATF personnel)

[ ] Gunsmithing activities ONLY - (Check if sole activity is gunsmithing)

|         | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---------|--------|--------|---------|-----------|----------|--------|----------|
| Hour(s): |        |        | 1 P.M. to 4 P.M. |           | 1:P.M. to 4 P.M. |        |          |
|         | [X] Closed ALL day NO business hours | [ ] Closed ALL day NO business hours | [ ] Closed ALL day NO business hours | [X] Closed ALL day NO business hours | [ ] Closed ALL day NO business hours | [X] Closed ALL day NO business hours | [ ] Closed ALL day NO business hours |

WARNING: You may NOT continue the operations authorized by your federal firearms license (FFL) on or after the expiration date of your license UNLESS you
have filed this renewal application PRIOR TO [February 1, 2018]  There are criminal penalties for con... business or
collectors' activities without renewing your license

5-76-201-07-8B-02738 February 1, 2018

**EXHIBIT 5**

ATF Form 8 (5310 11) Part
Revised (June 2014)

FFL No.: **5-76-201-07-8B-02738**   FFL Name: BENCIVENGA CORPORATION

FFL Type: 07 MANUFACTURER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES   Premises Address: **4800 W 34TH ST STE D-11**
**HOUSTON, TX 77092-**

Expiration Date: **February 1, 2018**

C. Answer questions 1 - 6, and 8 by checking "yes" or "no" in the boxes to the right of the questions, or N/A, if applicable. Check YES or NO

| | | YES | NO |
|---|---|---|---|
| 1 | Is the firearms or ammunition activity to be conducted under the Federal firearms license (FFL) at the "premises address" shown above and on the front of this renewal application permitted by State and local law? | ☑ | ☐ |
| 2. | Within thirty days after this application has been approved, will the firearms or ammunition activity comply with the requirements of State and local law applicable to the conduct of the firearms or ammunition business or collection of curios or relics? | ☑ | ☐ |
| 3 | Will the requirements of State and local law that are applicable to the firearms or ammunition activity or collection of curios or relics, be met prior to the start of the business or collection activity? | ☑ | ☐ |
| 4. | Has a completed COPY of this renewal application form (front & back) been sent or delivered to the Chief Law Enforcement Officer (CLEO) of the locality in which the premises is located? | ☑ | ☐ |
| 5. | As required by 18 U.S.C. 923(d)(1)(G), will secure gun storage or safety devices be made available at any place in which firearms are sold under the FFL to persons who are NOT licensees. Check "N/A" if you are a Collector of Curios and Relics or a Manufacturer of Ammunition   N/A ☐ | ☑ | ☐ |
| 6. | Are there any new responsible persons to be added and/or any responsible persons to be removed from the license? If yes, please attach a separate sheet of paper to provide their identifying information as listed in #3 on the application Instruction Sheet that accompanied this application | ☐ | ☑ |

7 a. How many firearms have you bought or acquired with your firearms license over the past 3 years? If none, enter '0'.

**3**

b. How many firearms have you sold or disposed of with your firearms license over the past 3 years? If none, enter '0'.

**9**

(Write "N/A" if you are solely a gunsmith or a manufacturer of ammunition.)

**MAILING ADDRESS**

**BENCIVENGA CORPORATION**
**OFM CORP**
**PO BOX 8767**
**HOUSTON, TX 77249-**

| | | YES | NO |
|---|---|---|---|
| 8. | Have you conducted or do you intend to conduct internet sales of firearms? If yes, list websites from which you conduct your internet business | ☐ | ☑ |

D. The following questions apply to YOU and to any other responsible person who has the power to direct the management and policies of your firearms activities. Answer questions 9 - 19 by checking "yes" or "no" in the boxes to the right of the questions. Check YES or NO

| | | YES | NO |
|---|---|---|---|
| 9 | Are you charged by information or under indictment in any court for a felony or any other crime for which the judge could imprison you for more than one year? An "information" is a formal accusation of a crime made by a prosecuting attorney | ☐ | ☑ |
| 10 | Have you ever been convicted in any court of a felony or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence, including probation? | ☐ | ☑ |
| 11 | Are you presently appealing a conviction of a crime punishable by imprisonment for a term exceeding one year? (If "yes," attach an explanatory statement showing date of conviction, court in which convicted, and court in which appeal is pending.) | ☐ | ☑ |
| 12 | Are you a fugitive from justice? | ☐ | ☑ |
| 13 | Are you an unlawful user of or addicted to marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☑ |
| 14 | Have you ever been adjudicated mentally defective, (which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs) OR have you ever been committed to any mental institution? | ☐ | ☑ |
| 15 | Have you been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☑ |
| 16 | Are you an alien illegally or unlawfully in the United States? | ☐ | ☑ |
| 17 | Have you ever renounced your United States citizenship? | ☐ | ☑ |
| 18 | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ☐ | ☑ |
| 19 | Have you been convicted in any court of a misdemeanor crime of domestic violence? This includes any misdemeanor conviction involving the use or attempted use of physical force committed by a current or former spouse, parent, or guardian of the victim or by a person with a similar relationship with the victim. | ☐ | ☑ |

Under penalties imposed by 18 U.S.C. 924, I certify that the statements contained in this renewal application, and any attached statements, are true and correct to the best of my knowledge and belief.

Authorized Signature: _[signature]_   Title: President   Date: November 17, 2017

PRINTED NAME of signature above: Ramiro E. Romo, Jr   Telephone no.:

PAPERWORK REDUCTION ACT NOTICE

This request is in accordance with the Paperwork Reduction Act of 1995. The information collection is used to determine location and extent of operations and to determine whether the operations will be in conformity with Federal law and regulations. The information requested is required to retain a benefit and is mandatory by statute (18 U.S.C. 923).
The average burden associated with this collection is 30 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Reports Management Officer, Document Services Branch, Bureau of Alcohol, Tobacco, Firearms and Explosives, Washington, DC 20226.
An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

**FOR ATF USE ONLY - Application Status**

☑ Approved   ☐ Abandoned   ☐ Withdrawn   Signature of Licensing Official: _Tracy Roberson_   Date: DEC 0 5 2017   ATF Form 8 (5310-11) Part
☐ Denied   Reason for Denial:   Revised (June 2014)

ATF 0736

Case 4:23-cv-03887    Document 62-12    Filed 01/06/25 in TXSD    Page 10 of 15

Bureau of Alcohol, Tobacco, Firearms    GOV-409567    Ledger Date 11/22/2017

Bank of America
P.O. Box 100978
Atlanta, Georgia 30384
Lockbox Services Atlanta Governm
(770) 774-6444



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TR# | 111014325 | Acct# | | Ser# | S027 | Check Amount | $150.00 |
| TID | Y-1019369 | Batch | 44 | Item | 12 | Batch Total | $5,820.00 |
| Grp# | 1 | Group | Checks - Firearms | | | Trans Source | ECP |

ATF 0737

ATF 0738

5-76-201-07-1B-02738

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0020

**Federal Firearms License (FFL) RENEWAL Application**

February 1, 2021

| | |
|---|---|
| **FFL no.:** 5-76-201-07-1B-02738 | **Method of Payment** (Check one) : |
| **FFL Type:** 07-MANUFACTURER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES | ☐ Check (Enclosed)   ☐ Cashier's Check or Money Order (Enclosed) |
| Renewal application DUE PRIOR TO: February 1, 2021 | ☐ Visa   ☐ MasterCard   American Express   Discover   Diner's Club |
| **RENEWAL FEE DUE: $150.00** | |
| CHECK OR MONEY ORDER AMOUNT ENCLOSED (made payable to ATF) $ **#150.00** Check ☑ | Credit/Debit Card Number |
| AMOUNT AUTHORIZED TO BE CHARGED TO THE CREDIT/DEBIT CARD: $ | M M Y Y   Expiration Date    Name as it appears on the credit/debit card |

**MAIL APPLICATION & PAYMENT TO:**
Federal Firearms Licensing Center
P.O. Box 6200-20
Portland, OR 97228-6200

☒ I am requesting that a Letter of Authorization (LOA) be sent to me so I may continue the business/operations authorized by my license until my renewal application is processed and approved.

Credit/Debit Card Billing Address

Signature of Cardholder                     Date

Your credit/debit card will be charged the above stated amount upon receipt of your application and a charge from ATF... will be reflected on your credit/debit card statement. In the event a license permit is NOT issued, the above amount will be credited to the credit/debit card noted above.

---

5-76-201-07-1B-02738

**NOT RENEWING?**

1. Return this application and your firearms records within 30 days of discontinuance of your business to:

ATF Out-of-Business Records Center
244 Needy Road
Martinsburg, WV 25405
1(800)788-7133, x1590

(Collector's of Curios or Relics are NOT required to send their firearms records to ATF.)

2. Check the box below and sign & date on the line provided.

☐ I am NOT renewing my license and will submit my records to ATF. I understand I may NOT engage in the business or operations authorized by my license on or after the expiration date of the license.

Signature                     Date

---

**A. CURRENT FFL Information**

☐ Check here for a change to your current FFL Information AND complete the appropriate box below with the updated information

**BENCIVENGA CORPORATION**
(Complete NAME of Corporation, Partnership, OR Sole Proprietor)

**OFM CORP**
Trade or Business Name

| | | |
|---|---|---|
| PREMISES Address Physical location of business or collection | 5151 MITCHELLDALE ST STE B-14 HOUSTON, TX 77092- | NEW Trade or Business Name   EDER |
| MAILING Address | PO BOX 8767 HOUSTON, TX 77249- | NEW Premises Address   DEC 01 |
| | | NEW Mailing Address   LICENSING CENTER |
| Telephone Number (business) Telephone Number (fax) | (713)305-8540 (713) 644-0482 | NEW Telephone Number (business) NEW Telephone Number (fax) |
| 24-hour Emergency Telephone Number | (713) 305-8540 | NEW 24-hour Emergency Telephone Number |
| E-mail Address | ██████████ | NEW E-mail Address |

Listing your trade or business name with ATF in no way registers such a name; you MUST comply with Federal, State and local laws regarding trade or business name registration.

**B. HOURS OF OPERATION.** Please indicate AM for morning hours and PM for afternoon/evening hours when stating your business hours.

You do NOT have to list hours of operation if you are a Gunsmith. If this applies to you, please check the appropriate box below
☐ Gunsmithing activities ONLY

| TIME | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| Open | | 9 a.m. | 9 a.m. | 9 a.m. | 9 a.m. | 9 a.m. | |
| Close | | 3 p.m. | 3 p.m. | 3 p.m. | 3 p.m. | 3 p.m. | |
| | ☑ Closed ALL day NO business hours | ☐ Closed ALL day NO business hours | ☐ Closed ALL day NO business hours | ☐ Closed ALL day NO business hours | ☐ Closed ALL day NO business hours | ☐ Closed ALL day NO business hours | ☑ Closed ALL day NO business hours |

WARNING. You may NOT continue the operations authorized by your Federal firearms license (FFL) on or after the expiration date of your license UNLESS you have filed this renewal application PRIOR TO **February 1, 2021**. There are criminal penalties for conducting business or collector's activities without renewing your license

5-76-201-07-1B-02738 February 1, 2021

**EXHIBIT 6**

ATF Form 8 (5310.11) Part II

ATF 0739

| FFL No.: | **5-76-201-07-1B-02738** | FFL Name: | **BENCIVENGA CORPORATION** |
|---|---|---|---|
| FFL Type: | 07-MANUFACTURER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES | Premises Address: | 5151 MITCHELLDALE ST STE B-14 |
| Expiration Date: | **February 1, 2021** | | HOUSTON, TX  77092- |

C. Answer questions 1 - 6, and 8 by checking "yes" or "no" in the boxes to the right of the questions, or N/A, if applicable.  (Check YES or NO)

| | | YES | NO |
|---|---|---|---|
| 1. | Is the firearms or ammunition activity to be conducted under the Federal firearms license (FFL) at the "premises address" shown above and on the front of this renewal application permitted by State and local law? | ☑ | ☐ |
| 2. | Within thirty days after this application has been approved, will the firearms or ammunition activity comply with the requirements of State and local law applicable to the conduct of the firearms or ammunition business or collection of curios or relics? | ☑ | ☐ |
| 3. | Will the requirements of State and local law that are applicable to the firearms or ammunition activity or collection of curios or relics, be met prior to the start of the business or collection activity? | ☑ | ☐ |
| 4. | Has a completed <u>COPY</u> of this renewal application form (front & back) been sent or delivered to the Chief Law Enforcement Officer (CLEO) of the locality in which the premises is located? | ☑ | ☐ |
| 5. | As required by 18 U.S.C. 923(d)(1)(G), will secure gun storage or safety devices be made available at any place in which firearms are sold under the FFL to persons who are NOT licensees.  Check "N/A" if you are a Collector of Curios and Relics or a Manufacturer of Ammunition.   N/A ☐ | ☑ | ☐ |
| 6. | Are there any new responsible persons to be added and/or any responsible persons to be removed from the license? If yes, please attach a separate sheet of paper to provide their identifying information as listed in #3 on the application Instruction Sheet that accompanied this application. | ☐ | ☑ |

7. a. How many firearms have you bought or acquired with your firearms license over the past 3 years? If none, enter '0'.

**607**

*If you hold multiple FFLs, please only indicate the number of firearms relating to this FFL you are renewing.*

b. How many firearms have you sold or disposed of with your firearms license over the past 3 years? If none, enter '0'.

**584**

*If you hold multiple FFLs, please only indicate the number of firearms relating to this FFL you are renewing.*

(Write "N" if you are solely a gunsmith or a manufacturer of ammunition.)

**MAILING ADDRESS**

**BENCIVENGA CORPORATION**
**OFM CORP**
**PO BOX 8767**
**HOUSTON, TX  77249-**

| | | YES | NO |
|---|---|---|---|
| 8. | Have you conducted or do you intend to conduct internet sales of firearms? If yes, list websites from which you conduct your internet business: | ☐ | ☑ |

D. The following questions apply to YOU and to any other responsible person who has the power to direct the management and policies of your firearms activities. Answer questions 9 - 19 by checking "yes" or "no" in the boxes to the right of the questions.  (Check YES or NO)

| | | YES | NO |
|---|---|---|---|
| 9. | Are you charged by information or under indictment in any court for a felony or any other crime for which the judge could imprison you for more than one year? An "information" is a formal accusation of a crime made by a prosecuting attorney. | ☐ | ☑ |
| 10. | Have you ever been convicted in any court of a felony or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence, including probation? | ☐ | ☑ |
| 11. | Are you presently appealing a conviction of a crime punishable by imprisonment for a term exceeding one year? *(If "yes" attach an explanatory statement showing date of conviction, court in which convicted, and court in which appeal is pending.)* | ☐ | ☑ |
| 12. | Are you a fugitive from justice? | ☐ | ☑ |
| 13. | Are you an unlawful user of or addicted to marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☑ |
| 14. | Have you ever been adjudicated mentally defective, *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* OR have you ever been committed to any mental institution? | ☐ | ☑ |
| 15. | Have you been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☑ |
| 16. | Are you an alien illegally or unlawfully in the United States? | ☐ | ☑ |
| 17. | Have you ever renounced your United States citizenship? | ☐ | ☑ |
| 18. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ☐ | ☑ |
| 19. | Have you been convicted in any court of a misdemeanor crime of domestic violence? This includes any misdemeanor conviction involving the use or attempted use of physical force committed by a current or former spouse, parent, or guardian of the victim or by a person with a similar relationship with the victim. | ☐ | ☑ |

Under penalties imposed by 18 U.S.C. 924, I certify that the statements contained in this renewal application, and any attached statements, are true and correct to the best of my knowledge and belief.

| Authorized Signature *[signature]* | Title  President | Date  November 19, 2020 |
|---|---|---|
| PRINTED NAME of signature above  Ramiro E. Romo, Jr | | Telephone no. (713)305-8540 |

**FOR ATF USE ONLY - Application Status**   ☑ Approved   Abandoned   Withdrawn   Denied

Signature of Licensing Official *[signature]*   Date   FEB 15 2021

Reason for Denial

ATF Form 8 (5310.11) Part II
Revised (Nov 2013)

ATF 0740

ATF FFLC          Lockbox: GLX-620020    Ledger Date  11/27/2020



| Batch | Item | TID | Batch Total | Amount |
|-------|------|-----|-------------|--------|
| 4 | 40 | Y-2894040 | $3,180.00 | $150.00 |

Batch H21065FFLC02840 Scanned by Bryan Avey

Job - test FFLC on Mar-26-2021

ATF 0741

ATF 0742