# EXHIBIT N

**From:** Barbara Woodworth
**To:** Gray III, Thomas D. (ATF)
**Subject:** [EXTERNAL] RE: Texas Hunting License
**Date:** Thursday, February 2, 2023 9:21:21 AM

Mr. Gray,

I have no record of ███████ Wainstein.

Thank you
Barbara Woodworth
Texas Parks & Wildlife
License Department
Account Examiner III
████████

**From:** Gray III, Thomas D. (ATF)███████████
**Sent:** Tuesday, January 31, 2023 1:53 PM
**To:** Barbara Woodworth ███████████
**Subject:** Texas Hunting License

You don't often get email from ███████ Learn why this is important

ALERT: This email came from an external source. Do not open attachments or click on links in unknown or unexpected emails.

Hi Barbara,

I was referred to you by my supervisor here at ATF.

I need to now if a valid hunting license was issued for the following person:

███████ Wainstein
Houston, Texas 77025
████████████

Thanks for your assistance,

Tommy Gray
Bureau of Alcohol, Tobacco and Firearms
Houston Field Division

EXHIBIT
40

ATF 0949