# EXHIBIT S

## Acknowledgement of ATF Rules and Procedures

License Name/Number (PRINT) _OFM CORP_        _5-76-201-07-00587_

**Definitions**

| | Reg.No. | PageNo. | |
|---|---|---|---|
| Engaged In the Business | 18USC/921(a)(21) | p.  06 | |
| Ammunition | 178.11 | p.  43 | |
| Curios and Relics | 178.11 | p.  44 | |
| Firearm | 178.11 | p.  45 | |
| Semi-Automatic Assault Weapons | 178.11 | p.  47 | |
| Short Barreled Rifles/Shotguns | 178.11 | p.  47 | |

**Miscellaneous Provisions**

| | | | |
|---|---|---|---|
| Right of Entry and Examination | 178.23 | p.  48 | |
| Relief from Disability | 178.144 | p.  74 | |

**Licenses**

| | | | |
|---|---|---|---|
| Renewals | 178.45 | p.  54 | |
| Corrections/Changes | 178.48 | p.  55 | |
| Duration | 178.49 | p.  55 | |
| Premises Covered | 178.50 | p.  55 | |
| Reporting Changes in Address | 178.52 | p.  55 | |
| Reporting Changes in Trade Name | 178.53 | p.  55 | |
| Reporting Changes in Control | 178.54 | p.  55 | |
| Discontinuance of business | 178.57 & 127 | p.  56 & 72 | |

**Conduct of Business**

| | | | |
|---|---|---|---|
| Posting of license | 178.91 | p.  57 | |
| Sales and Deliveries between dealers | 178.94 | p.  58 | |
| Loan/Rental of Firearms | 178.97 | p.  59 | |
| Prohibited Sales/Deliveries | 178.99 | p.  59 | |
| Obliterated Serial Numbers | 178.34 | p.  51 | |
| NFA Weapons | 178.98 | p.  59 | |
| Gun Show Guidelines | 178.100 | p.  60 | |
| Out of state licensees/non-licensees | 178.29-30 | pp.  50 | |
| Personal Firearms | 178.125a | p.  71 | |
| Reporting Stolen Firearms | 178.39a | p.  52 | |
| Repair of Firearms | 178.124(a) | p.  67 | |

**Required Records**

| | | | |
|---|---|---|---|
| Retention of Records | 178.129 | p.  72 | |
| Transaction Records- ATF F 4473 | 178.124 | p.  67 | |
| Acquisition/Disposition Book (Bound Book) Entries | 178.125(e) | p.  69 | |
| Report of Multiple Handgun Sales | 178.126a | p.  71 | |

**State and Local Ordinances**

Review of basic concepts including applicable waiting periods, criminal records checks, zoning restrictions, etc. (refer to 18 U.S.C. 923(d)(1)-page 19-20 for zoning authority)

On this day, 23 20 December 2002 I agree the above information was thoroughly explained to me by an ATF Inspector and all questions regarding the above information were answered.

Applicant/Licensee Signature

ATF Inspector        12/13/02    Date

**EXHIBIT**

**7**

ATF 0743

ATF 0744

## Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4 (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| Bencivenga Corporation dba OFM Corp | 782050-2008-0198-B1B |

| Topic | | 27 CFR | Page Number |
|---|---|---|---|
| **1. DEFINITIONS** | | | |
| N/A | Ammunition | 478.11 | 36 |
| N/A | Antique Firearms | 478.11 | 36 |
| N/A | Curios and Relics | 478.11 | 36 |
| ✓ | Engaged in the Business | 478.11 | 37 |
| ✓ | Firearm Frame or Receiver | 478.11 | 37 |
| ✓ | Identification Document | 478.11 | 38 |
| N/A | Short Barreled Rifles & Shotguns | 478.11 | 40 |
| **2. MISCELLANEOUS PROVISIONS** | | | |
| ✓ | Right of Entry and Examination | 478.23 | 41 |
| ✓ | "Straw" Purchase | 478.128 & General Infor. # 15 | 69 & 166 |
| ✓ | Tracing Request from ATF | 478.25a | 42 |
| ✓ | Compliance with State Law Publication/ATF P 5300.5 | 478.24 | 41 |
| ✓ | Firearm Transportation | 478.38 | 45 |
| ✓ | Reporting Thefts or Losses/ATF F 3310.11 ** | 478.39a | 45 |
| **3. LICENSES** | | | |
| ✓ | Correction of Error | 478.48 | 49 |
| ✓ | Renewal/Duration | 478.45 & 478.49 | 48 & 49 |
| ✓ | Premises Covered | 478:50 | 49 |
| ✓ | Reporting Changes of Address/ATF F 5300.38 | 478.52 | 49 |
| ✓ | Reporting Changes in Trade Name | 478.53 | 49 |
| ✓ | Reporting Changes of Control | 478.54 | 49 |
| ✓ | Discontinuance of Business | 478.57 & 478.127 | 50 & 69 |
| **4. CONDUCT OF BUSINESS** | | | |
| ✓ | Posting of License | 478.91 | 51 |
| ✓ | Sales or Deliveries Between Licensees | 478.94 & 478.95 | 53 |
| N/A | Gun Show Guidelines ** | 478.100 | 55 |
| ✓ | Out of State and Mail Order Sales | 478.96 | 53 |
| ✓ | Prohibited Sales and Deliveries | 478.99 | 54-55 |
| ✓ | NICS Requirements | 478.102 & 478.131 | 55-56 & 70 |
| ✓ | Obliterated Serial Number | 478.34 | 44 |
| ✓ | Youth Handgun Safety Act (YHSA)-Sales of Handguns | 18 U.S.C. 922(x) | 15-16 |
| ✓ | Youth Handgun Safety Act Poster and Notices | 18 U.S.C. 922(x) & 478.103 | 15-16 & 56-57 |
| ✓ | Secure Gun Storage or Safety Device | 921(a)(34), 922(z) & 923(d)(1)(G) | 8 & 16-18 |
| ✓ | Resident Aliens | 478.29a & ATF Rul. 2004-1 | 43 & 144-145 |
| ✓ | Sales to Law Enforcement Officers | 478.134 | 70-71 |
| **5. REQUIRED RECORDS** | | | |
| ✓ | Retention of Records | 478.129 | 69-70 |
| ✓ | Transaction Record/ATF F 4473 ** | 478.124 | 64-66 |
| ✓ | Acquisition and Disposition Record | 478.125(e) | 67 |
| ✓ | Report of Multiple Handgun Sales/ATF F 3310.4 ** | 478.126a | 69 |
| ✓ | Personal Firearms | 478.125a | 68 |
| N/A | Consignment of Firearms (Also, see Q&A section F15) | 478.124(a) | 64 & 183 |
| **6. STATE LAWS AND LOCAL ORDINANCES** | | | |
| ✓ | Review of basic concepts including licenses, waiting periods, concealed carry permits. | | |

** Provide copy of form and explain requirements to complete.

Page 1 of 2

**EXHIBIT**

**8**

Exhibit A

Page 1 of 2

# Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4 (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| **Bencivenga Corporation dba OFM Corp** | **782050-2008-0198-B1B** |

| Topic | | | 27 CFR | Page Number |
|---|---|---|---|---|
| 7. GUNSMITH ACTIVITIES | | N/A ☑ | | |
| ☐ | Gunsmithing (Also, see Q&A section I) | | 478.124(a) | 64 & 185 |
| ☐ | Gunsmith Recordkeeping | | 478.124(a) & .125(e), ATF Rul. 77-1 | 64, 67 & 126 |
| ☐ | Firearms & Ammunition Excise Tax - Contact TTB | | Part 53 | 1-877-882-3277 |
| 8. NFA DEALER | | N/A ☑ | | |
| ☐ | Authorized Operations | | ATF Ruling 76-22 | 126 |
| ☐ | General Information | | Q&A -- M11 & M12 | 188 |
| ☐ | Special Occupational Tax ** | | 479.32 - 479.37 | 85-87 |
| ☐ | NFA Firearms | | Part 479 | 80-98 |
| 9. IMPORTER | | N/A ☑ | | |
| ☐ | Importer Definition | | 478.11 | 38 |
| ☐ | ATF Forms 6 and 6A ** | | 478.112 | 58-59 |
| ☐ | Importation Acquisition & Disposition Record | | 478.122 & 478.125(i) | 63-64 & 68 |
| ☐ | Markings | | TD ATF-461, 478.92 & 479.102 | 51-52 & 92-93 |
| ☐ | NFA Firearms | | 479.111 - 479.113 | 94-95 |
| ☐ | Firearm & Ammunition Excise Tax - Contact TTB | | Part 53 | 1-877-882-3277 |
| 10 EXPORTATION | | | | |
| N/A | Arms Export Control Act of 1976 | | Part 447 | 99-101 |
| 11. FIREARMS & AMMUNITION MANUFACTURERS | N/A ☐ | | | |
| ☑ | Manufacturer Definition | | 478.11 and 479.11 | 38 & 83 |
| ☑ | Markings | | TD ATF-461 & 478.92 | 51-52 |
| ☑ | Records | | 478.123 & 478.125(i) | 64 & 68 |
| ☑ | Firearms & Ammunition Excise Tax - Contact TTB | | Part 53 | 1-877-882-3277 |
| N/A | NFA Firearms | | 479.103 | 93 |
| N/A | Special Occupational Tax ** | | 479.32 - 479.37 | 85-87 |
| ☑ | Annual Firearms Manufacturing & Exportation Report | | Part 53 | ATF F 5300.11 |
| 12. SCHOOL ZONE | | N/A ☑ | | |

☐ If the FFL's premises fall within 1000 feet of a school zone, advise the FFL that firearms in possession of FFL's customers must be unloaded and placed in a locked container, or a locked firearms rack that is on a motor vehicle. Also, advise of the specific means the FFL can ensure that their customers are not in violation of 18 U.S.C. 922(q) (e.g. advise customer of State license/permit options, the use of lockable containers, etc.).

**Exhibit A**
**Page 2 of 2**

**\*\* Provide copy of form and explain requirements to complete.**

The investigator explained the above information to me on 04 /12 /08 and answered my questions regarding this information. I have received a copy of this for my records as a reference. I understand that this is only a general overview of the regulations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed firearms business.

_____ 04/22/05    _____ 04/22/08
Applicant's/Licensee's Signature and Date    ATF Investigator Signature and Date

ATF Website: www.atf.gov
Area Office Phone: 281-372-2950    Tracing Center    Reporting Thefts
_Revised 4/13/06_    1-800-788-7133    1-888-930-9275
Page 2 of 2    1-800-800-3855

ATF 0746

## Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4 (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| Bencivenga Corporation dba OFM Corp | 782050-2010-0308 |

| Topic | | 27 CFR | Page Number |
|---|---|---|---|
| **1. DEFINITIONS** | | | |
| ✓ | Ammunition | 478.11 | 36 |
| ✓ | Antique Firearms | 478.11 | 36 |
| ✓ | Curios and Relics | 478.11 | 36 |
| ✓ | Engaged in the Business | 478.11 | 37 |
| ✓ | Firearm Frame or Receiver | 478.11 | 37 |
| ✓ | Identification Document | 478.11 | 38 |
| ✓ | Short Barreled Rifles & Shotguns | 478.11 | 40 |
| **2. MISCELLANEOUS PROVISIONS** | | | |
| ✓ | Right of Entry and Examination | 478.23 | 41 |
| ✓ | "Straw" Purchase | 478.128 & General Infor. # 15 | 69 & 166 |
| ✓ | Tracing Request from ATF | 478.25a | 42 |
| ✓ | Compliance with State Law Publication/ATF P 5300.5 | 478.24 | 41 |
| ✓ | Firearm Transportation | 478.38 | 45 |
| ✓ | Reporting Thefts or Losses/ATF F 3310.11 ** | 478.39a | 45 |
| **3. LICENSES** | | | |
| ✓ | Correction of Error | 478.48 | 49 |
| ✓ | Renewal/Duration | 478.45 & 478.49 | 48 & 49 |
| ✓ | Premises Covered | 478.50 | 49 |
| ✓ | Reporting Changes of Address/ATF F 5300.38 | 478.52 | 49 |
| ✓ | Reporting Changes in Trade Name | 478.53 | 49 |
| ✓ | Reporting Changes of Control | 478.54 | 49 |
| ✓ | Discontinuance of Business | 478.57 & 478.127 | 50 & 69 |
| **4. CONDUCT OF BUSINESS** | | | |
| ✓ | Posting of License | 478.91 | 51 |
| ✓ | Sales or Deliveries Between Licensees | 478.94 & 478.95 | 53 |
| ✓ | Gun Show Guidelines ** | 478.100 | 55 |
| ✓ | Out of State and Mail Order Sales | 478.96 | 53 |
| ✓ | Prohibited Sales and Deliveries | 478.99 | 54-55 |
| ✓ | NICS Requirements | 478.102 & 478.131 | 55-56 & 70 |
| ✓ | Obliterated Serial Number | 478.34 | 44 |
| ✓ | Youth Handgun Safety Act (YHSA)-Sales of Handguns | 18 U.S.C. 922(x) | 15-16 |
| ✓ | Youth Handgun Safety Act Poster and Notices | 18 U.S.C. 922(x) & 478.103 | 15-16 & 56-57 |
| ✓ | Secure Gun Storage or Safety Device | 921(a)(34), 922(z) & 923(d)(1)(G) | 8 & 16-18 |
| ✓ | Non-resident Aliens | 478.29a & ATF Rul. 2004-1 | 43 & 144-145 |
| ✓ | Sales to Law Enforcement Officers | 478.134 | 70-71 |
| **5. REQUIRED RECORDS** | | | |
| ✓ | Retention of Records | 478.129 | 69-70 |
| ✓ | Transaction Record/ATF F 4473 ** | 478.124 | 64-66 |
| ✓ | Acquisition and Disposition Record | 478.125(e) | 67 |
| ✓ | Report of Multiple Handgun Sales/ATF F 3310.4 ** | 478.126a | 69 |
| ✓ | Personal Firearms | 478.125a | 68 |
| ✓ | Consignment of Firearms (Also, see Q&A section F15) | 478.124(a) | 64 & 183 |
| **6. STATE LAWS AND LOCAL ORDINANCES** | | | |
| ✓ | Review of basic concepts including licenses, waiting periods, concealed carry permits. | | |

** Provide copy of form and explain requirements to complete.

Page 1 of 2

Exhibit 8

Page 1 of 2

EXHIBIT
9

ATF 0747

## Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4 (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| Bencivenga Corporation dba OFM Corp | 782050-2010-0308 |

**Topic**                                                                   **27 CFR**   **Page Number**

7. **GUNSMITH ACTIVITIES**   N/A ☑
   - Gunsmithing   (Also, see Q&A section I)   478.124(a)   64 & 85
   - Gunsmith Recordkeeping   478.124(a) & .125(e), ATF Rul. 77-1   64, 67 & 126
   - Firearms & Ammunition Excise Tax - Contact TTB   Part 53   1-877-882-3277

8. **NFA DEALER**   N/A ☑
   - Authorized Operations   ATF Ruling 76-22   126
   - General Information   Q&A -- M11 & M12   188
   - Special Occupational Tax **   479.32 - 479.37   85-87
   - NFA Firearms   Part 479   80-98

9. **IMPORTER**   N/A ☑
   - Importer Definition   478.11   38
   - ATF Forms 6 and 6A **   478.112   58-59
   - Importation Acquisition & Disposition Record   478.122 & 478.125(i)   63 64 & 68
   - Markings   TD ATF-461, 478.92 & 479.102   51-52 & 92-93
   - NFA Firearms   479.111 - 479.113   94 95
   - Firearm & Ammunition Excise Tax - Contact TTB   Part 53   1-877-882-3277

10. **EXPORTATION**
    - Arms Export Control Act of 1976   N/A ☑   Part 447   99 101

11. **FIREARMS & AMMUNITION MANUFACTURERS**   N/A ☑
    - Manufacturer Definition   478.11 and 479.11   38 & 83
    - Markings   TD ATF-461 & 478 92   51-52
    - Records   478.123 & 478.125(i)   64 & 68
    - Firearms & Ammunition Excise Tax - Contact TTB   Part 53   1-877-882-3277
    - NFA Firearms   479.103   93
    - Special Occupational Tax **   479.32 - 479.37   85 87
    - Annual Firearms Manufacturing & Exportation Report   Part 53   ATF F 5300.11

12. SCHOOL ZONE   N/A ☑
    ☐ If the FFL's premises fall within 1000 feet of a school zone, advise the FFL that firearms in possession of FFL's customers must be unloaded and placed in a locked container, or a locked firearms rack that is on a motor vehicle. Also, advise of the specific means the FFL can ensure that their customers are not in violation of 18 U.S.C. 922(q) (e.g. advise customer of State license/permit options. the use of lockable containers, etc.).

** Provide copy of form and explain requirements to complete.

The investigator explained the above information to me on 5/26/2010 and answered my questions regarding this information. I have received a copy of this for my records as a reference. I understand that this is only a general overview of the regulations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed firearms business.

_____   _____ 5/26/2013
Applicant's/Licensee's Signature and Date   ATF Investigator Signature and Date

**ATF Website: www.atf.gov**   Tracing Center   Reporting Thefts
Area Office Phone: 281-372-2952   1-800-788-7133   1-888-930-9275
   1-800-800-3855
*Revised 11/07/08*   Page 2 of 2

Exhibit 8
Page 2 of 2

ATF 0748

## Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4** (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| Bencivenga Corporation d.b.a OFM Corp | 782050-2012-0400 |

| | TOPIC | 18 U.S.C., 27 CFR & Other References | Page Number |
|---|---|---|---|
| **1.** | **REQUIRED RECORDS & REPORTS** | | |
| X | Acquisition and Disposition Record | 478.125(e) | 66 |
| X | Computerized Acquisition and Disposition Record | ATF Ruling 2008-2 | |
| X | Transaction Record/ATF F 4473** | 478.124 | 63-65 |
| X | Identification Document | 478.11 | 37 |
| X | Report of Multiple Handgun Sales/ATF F 3310.4** | 478.126a | 68 |
| X | Report of Multiple Rifle Sales/ATF F 3310.12** | 923(g)(5)(A) & Demand Letter 3 | 18 |
| | (CA, AZ, NM, and TX FFLs ONLY) | | |
| X | Reporting Thefts or Losses/ATF F 3310.11** | 478.39a | 44 |
| X | Retention of Records | 478.129 | 68-69 |
| **2.** | **CONDUCT OF BUSINESS** | | |
| X | Firearm Frame or Receiver | 478.11 | 36 |
| X | NICS Requirements | 478.102 & 478.131 | 54-55 & 69 |
| X | Secure Gun Storage or Safety Device | 921(a), 922(z), & 923(d)(1)(G) | 4 & 15-16 |
| X | Child Safety Lock Act | 18 U.S.C. 922(z) | 15-16 |
| X | Sales or Deliveries between Licensees | 478.94 & 478.95 | 52 |
| X | FFL EZ Check | www.atfonline.gov/fflezcheck | |
| X | Gun Show Guidelines** | 478.100 | 54 |
| X | Out of State/Mail Order and Internet Sales | 478.96 | 52 |
| X | Prohibited Sales and Deliveries | 478.99 | 53-54 |
| X | Ammunition - Age Requirements for Handgun Ammunition | 478.99(b)(1) | 53 |
| X | Sales to Law Enforcement Officers | 478.134 | 69-70 |
| X | Youth Handgun Safety Act- Sales of Handguns / Poster and Notices** | 478.103 | 55-56 |
| X | Obliterated Serial Number | 478.34 | 43 |
| X | Short Barreled Rifle & Shotgun | 478.11 | 39 |
| **3.** | **LICENSES** | | |
| X | Engaged in the Business | 478.11 | 36 |
| X | Correction of Error | 478.48 | 48 |
| X | Posting of License | 478.91 | 50 |
| X | Renewal/Duration | 478.45 & 478.49 | 47 & 48 |
| X | Premises Covered | 478.50 | 48 |
| X | Reporting Changes of Address / ATF F 5300.38** | 478.52 | 48 |
| X | Reporting Changes in Trade Name | 478.53 | 48 |
| X | Reporting Changes of Control | 478.54 | 48 |
| X | Discontinuance of Business | 478.57 & 478.127 | 49 & 68 |
| **4.** | **MISCELLANEOUS PROVISIONS** | | |
| X | Right of Entry and Examination | 478.23 | 40 |
| X | Tracing Request from ATF | 478.25a | 41 |
| X | "Straw" Purchase | 478.128 & General Info. # 15 | 68 & 165 |
| X | Curios or Relics / ATF P 5300.11** | 478.11 | 35 |
| X | Antique Firearm | 478.11 | 35-36 |
| X | Compliance with State Law Publication / ATF P 5300.5** | 478.24 | 40-41 |
| X | Consignment of Firearms | 478.124(a), Q&A Section F15, | 63 & 182-183 |
| X | Personal Firearms / ATF P 3312.8** | 478.125a | 67 |
| X | Firearm Transportation | 478.38 | 44 |
| **5.** | **STATE LAWS AND LOCAL ORDINANCES** | | |
| X | Review of basic requirements including additional licenses, waiting periods, concealed carry permits, and firearms permits. | | |
| **6.** | **GUNSMITH ACTIVITIES** | N/A [ ] | |
| | Gunsmithing Definition | 478.11 - Engaged in the business (d) | 36 |
| | Gunsmith Recordkeeping | 478.124(a) & .125(e), ATF Ruling 77-1 | 63,66 & 125-126 |
| | Return of Repaired Firearm | 478.124(a), Q&A Section I | 63 & 184 |
| | Firearms & Ammunition Excise Tax - Contact Tax & Trade Bureau | www.ttb.gov/firearms | 877-882-3277 |

Exhibit 3

Page 1 of 2

**EXHIBIT**

**10**

Page 1 of 2

** Provide a copy of the form or publication and explain the requirements for completing the forms.

ATF 0749

## Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4** (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| Bencivenga Corporation d.b.a OFM Corp | 782050-2012-0400 |

| | TOPIC | | 18 U.S.C., 27 CFR & Other References | Page Number |
|---|---|---|---|---|
| 7. | **FIREARMS & AMMUNITION MANUFACTURERS** | N/A ☐ | | |
| | Manufacturer Definition | | 478.11 and 479.11 | 37 & 82 |
| | Markings | | 478.92 & 479.102 | 50-51 & 91-92 |
| | Records | | 478.123 and 478.125(i) | 63 & 184 |
| | Annual Firearms Manufacturing & Exportation Report / ATF F 5300.11** | | | |
| | Firearms & Ammunition Excise Tax-Contact Tax & Trade Bureau | | www.ttb.gov/firearms | 877-882-3277 |
| | NFA Firearms | | 479.103 | 92 |
| | Special Occupational Tax / ATF F 5630.7** | | 479.31-479.37 | 84-86 |
| 8. | **NFA DEALER** | N/A ☑ | | |
| | Authorized Operations | | ATF Ruling 76-22 | 125 |
| | NFA Firearms | | Part 479 | 79-97 |
| | General Information / ATF P 5320.8** | | Q&A Section M | 186-189 |
| | Forms used to transfer NFA items | | NFA Forms 1,2,3,4 & 5** | |
| | Special Occupational Tax / ATF F 5630.7** | | 479.31-479.37 | 84-86 |
| 9. | **IMPORTER** | N/A ☑ | | |
| | Importer Definition | | 478.11 | 37 |
| | Importation Acquisition & Disposition Record | | 478.122 and 478.125(i) | 62 & 67 |
| | Markings | | 478.92 & 479.102 | 50-51 & 91-92 |
| | ATF Forms 6 and 6A** | | 478.112 | 57-58 |
| | Firearm & Ammunition Excise Tax-Contact Tax & Trade Bureau | | www.ttb.gov/firearms | 877-882-3277 |
| | NFA Firearms | | 479.111-479.113 | 93-95 |
| 10. | **EXPORTATION** | N/A ☑ | | |
| | Arms Export Control Act of 1976 | | 22 U.S.C. 2778 | 98-100 |
| 11. | **SCHOOL ZONE** | N/A ☐ | ATF P 5310.1** | |

☐ If the FFL's premises falls within 1,000 feet of a school zone, firearms in possession of FFL's customers must be unloaded and placed in a locked container or in a locked firearms rack that is on a motor vehicle. Also, the FFL should use specific means to ensure that their customers are not in violation of 18 U.S.C. 922(q). For example, the FFL could advise the customer of State permits/license options or the use of lockable containers.

12. **GENERAL QUESTIONS AND ANSWERS**                                                   169-201
☐

Investigator _____ Myles Ashley _____ explained this information to me on __8_, _16_, _2012_ and answered my questions regarding this information. I have received a copy of this for my records as a reference. I understand that this is only a general overview of the regulations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed firearms business.

_____          _____  8-16-2012
Applicant's/Licensee's Signature and Date          ATF Investigator Signature and Date

**ATF Website: www.atf.gov**
**ATF Office Contact #: ( 281-716-8330 )**

<u>Additional ATF Publications**</u>

ATF P 3317.2 - Safety Security Information for Federal Firearms Licensees

ATF P 5300.15 - Federal Firearms Licensee Quick Reference and Best Practices Guide

*Revised 6/18/2012*

| | |
|---|---|
| Federal Firearms Licensing Center | 866-662-2750 |
| Firearms Tracing Center | 800-788-7133 |
| Firearms Imports Branch | 304-616-4550 |
| National Firearms Act (NFA) Branch | 304-616-4500 |
| Firearms Technology Branch | 304-260-1699 |
| Firearms Industry Programs Branch | 202-648-7190 |
| Distribution Center / Forms | 703-455-7801 |
| REPORTING THEFTS | 888-930-9275 |
| | 800-800-3855 |

Exhibit 3
Page 2 of 2

** Provide a copy of the form or publication and explain the requirements for completing the forms.

Page 2 of 2

ATF 0750

## Acknowledgement of Federal Firearms Regulations
Page references are in Federal Firearms Regulations Reference Guide (ATF P 5300.4 - December 2014)

| Licensee Name: | UI Number: |
|---|---|
| *Bencivenga Corporation* | |

| TOPIC | 18 U.S.C., 27 CFR & Other References | Page Number |
|---|---|---|
| **1. REQUIRED RECORDS & REPORTS** | | |
| ✓ Acquisition and Disposition Record | 478.122, 478.123 & 478.125(e) | 62, 63 & 65 |
| ✓ Computerized Acquisition and Disposition Record | ATF Ruling 2016-1 | 170 |
| ✓ Transaction Record/ATF F 4473** | 478.124 | 63-64 |
| ✓ Identification Document | 478.11 | 37 |
| ✓ Report of Multiple Handgun Sales/ATF F 3310.4** | 478.126a | 67 |
| ✓ Report of Multiple Rifle Sales/ATF F 3310.12** (CA, AZ, NM, and TX FFLs ONLY) | 923(g)(5)(A) & Demand Letter 3 | 22 |
| ✓ Reporting Thefts or Losses/ATF F 3310.11** | 478.39a | 45 |
| ✓ Retention of Records | 478.129 | 68-69 |
| **2. CONDUCT OF BUSINESS** | | |
| ✓ Firearm Frame or Receiver | 478.11 | 37 |
| ☐ NICS Requirements | 478.102 & 478.131 www.fbi.gov/hq/cjisd/nics/index.htm | 53-54 & 68 |
| ✓ Secure Gun Storage or Safety Device | 921(a), 922(z), & 923(d)(1)(G) | 10,15-16 & 19-20 |
| ✓ Child Safety Lock Act | 18 U.S.C. 922(z) | 19 |
| ✓ Sales or Deliveries between Licensees | 478.94 & 478.95 | 51 |
| ✓ FFL EZ Check | www.atfonline.gov/fflezcheck | |
| ✓ Gun Show Guidelines** | 478.100 | 53 |
| ✓ Out of State/Mail Order and Internet Sales | 478.96 | 51-52 |
| ✓ Prohibited Sales and Deliveries | 478.99 | 52-53 |
| ✓ Ammunition - Age Requirements for Handgun Ammunition | 478.99(b)(1) | 52 |
| ✓ Prohibited Persons Working for FFL (Actual & Constructive Poss.) | 18 U.S.C. 2(a), 922(g)/(n) | 10-13 |
| ✓ Sales to Law Enforcement Officers | 478.134 | 68-69 |
| ✓ Youth Handgun Safety Act- Sales of Handguns/Poster and Notices** | 478.103 | 54-56 |
| ✓ Obliterated Serial Number | 478.34 | 44 |
| ✓ Short Barreled Rifle & Shotgun | 478.11 | 39 |
| **3. LICENSES** | | |
| ✓ Engaged in the Business | 478.11 | 36 |
| ✓ Correction of Error | 478.48 | 47 |
| ✓ Posting of License | 478.91 | 50 |
| ✓ Renewal/Duration | 478.45 & 478.49 | 46 & 47 |
| ✓ Premises Covered | 478.50 | 47 |
| ✓ Reporting Changes of Address / ATF F 5300.38** | 478.52 | 48 |
| ✓ Reporting Changes in Trade Name | 478.53 | 48 |
| ✓ Reporting Changes of Control | 478.54 | 48 |
| ✓ Discontinuance of Business | 478.57 & 478.127 | 48 & 67 |
| **4. MISCELLANEOUS PROVISIONS** | | |
| ✓ Right of Entry and Examination | 478.23 | 40 |
| ✓ Tracing Request from ATF | 478.25a | 41 |
| ✓ "Straw" Purchase | 478.128 | 67-68 |
| ✓ Curios or Relics / ATF P 5300.11** | 478.11 | 36 |
| ✓ Antique Firearm / Muzzleloader (Conversion Exceptions) | 478.11 & General Info. # 7 | 35 & 185 |
| ✓ Consignment of Firearms | 478.124(a), Q&A Section G22, | 63 & 204 |
| ✓ Personal Firearms / ATF P 3312.8** | 478.125a | 66-67 |
| ✓ Firearm Transportation | 478.38 | 44 |
| ✓ Theft/Loss Prevention for Licensees / ATF P 5380.1** | Loss Prevention for Firearms Retailers / FFL Alert | |
| **5. STATE LAWS AND LOCAL ORDINANCES** | | |
| ✓ Compliance with State Law Publication / ATF P 5300.5** | 478.24 | 40-41 |
| ✓ Review of basic requirements including additional licenses, waiting periods, concealed carry permits, and firearms permits. | | |
| **6. GUNSMITH ACTIVITIES**    N/A ☐ | | |
| ✓ Gunsmithing Definition | 478.11 - Engaged in the business (d) | 36 |
| ✓ Gunsmith Recordkeeping | 478.124(a) & .125(e), ATF Ruling 77-1 | 63 & 65, 124 |
| ✓ Return of Repaired Firearm | 478.124(a), Q&A Section J | 63 & 206 |
| ✓ Firearms & Ammunition Excise Tax-Contact Tax & Trade Bureau | www.ttb.gov/firearms | 877-882-3277 |

**EXHIBIT 11**

## Exhibit 5

Page 1 of 2

** Provide a copy of the form or publication (or refer to www.atf.gov or an e-copy) and explain the requirements for completing the forms.    Page 1 of 2

ATF 0751

## Acknowledgement of Federal Firearms Regulations
Page references are in Federal Firearms Regulations Reference Guide (ATF P 5300.4 - December 2014)

| Licensee Name: | UI Number: |
|---|---|
|  |  |

| | TOPIC | 18 U.S.C., 27 CFR & Other References | Page Number |
|---|---|---|---|
| 7. | **FIREARMS & AMMUNITION MANUFACTURERS** N/A [ ] | | |
| | Manufacturer Definition | 478.11 and 479.11 | 37 & 81 |
| | Markings | 478.92 , 479.102, Rulings 9-5, 12-1 & 13-3 | 50-51 & 89-90 |
| | Records | 478.123 & 478.125(i), ATF Ruling 16-3 | 63-66 & 156 |
| | Annual Firearms Manufacturing & Exportation Report / ATF F 5300.11** | | |
| | Firearms & Ammunition Excise Tax-Contact Tax & Trade Bureau | www.ttb.gov/firearms | 877-882-3277 |
| | NFA Firearms | 479.103 | 90 |
| | Special Occupational Tax / ATF F 5630.7** | 479.31-479.37 | 82-84 |
| 8. | **NFA DEALER** N/A [✓] | | |
| | Authorized Operations | ATF Ruling 76-22 | 124 |
| | NFA Firearms | Part 479 | 78-97 |
| | General Information / ATF P 5320.8** | Q&A Section N | 208-210 |
| | Forms used to transfer NFA items | NFA Forms 1,2,3,4 & 5** | |
| | Special Occupational Tax / ATF F 5630.7** | 479.31-479.37 | 82-84 |
| 9. | **IMPORTER** N/A [✓] | | |
| | Importer Definition | 478.11 | 37 |
| | Importation Acquisition & Disposition Record | 478.122 & 478.125(i), ATF Ruling 11-1 | 62 &160 |
| | Markings | 478.92/112(d)(2) & 479.102, Ruling 13-3 | 50/57 & 89-90 |
| | ATF Forms 6 and 6A** | 478.112 | 56-57 |
| | Firearm & Ammunition Excise Tax-Contact Tax & Trade Bureau | www.ttb.gov/firearms | 877-882-3277 |
| | NFA Firearms | 479.111-479.113 | 91-92 |
| 10. | **EXPORTATION** N/A [✓] | | |
| | Arms Export Control Act of 1976 | 22 U.S.C. 2778 | 95-106 |
| 11. | **SCHOOL ZONE** N/A [✓] | ATF P 5310.1** | |

[ ] If the FFL's premises falls within a school zone, firearms in possession of FFL's customers must be unloaded and placed in a locked container or in a locked firearms rack that is on a motor vehicle. Also, the FFL should use specific means to ensure that their customers are not in violation of 18 U.S.C. 922(q). For example, the FFL could advise the customer of State permits/license options or the use of lockable containers. Refer to 18 U.S.C. 921(a)25 on page **7** for the full definition of "School Zone".

12. **GENERAL QUESTIONS AND ANSWERS**                                      191-217
[✓]

Investigator _Tommy Coray_ explained this information to me on 12 / 09 / 19 and answered my questions regarding this information. I have received a copy of this for my records as a reference. I understand that this is only a general overview of the regulations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed firearms business.

_[signature]_                                      _Tommy Coray_ 12/09/19
Applicant's/Licensee's Signature and Date                 ATF Investigator Signature and Date

**Federal Firearms Regulations Reference Guide:** www.atf.gov/file/11241/download

**ATF Website: www.atf.gov**

**ATF Office Contact #:**

| | |
|---|---|
| Federal Firearms Licensing Center | 866-662-2750 |
| Firearms Tracing Center | 800-788-7133 |
| Firearms Imports Branch | 304-616-4550 |
| National Firearms Act (NFA) Branch | 304-616-4500 |
| **REPORTING THEFTS:** 888-930-9275 | Firearms and Ammunition Technology Branch | 304-260-1699 |
| 800-800-3855 | Firearms Industry Programs Branch | 202-648-7190 |
| | Distribution Center / Forms | 240-828-5316 |

*Revised 9/21/2016 - version (03)*

## Exhibit 5
## Page 2 of 2

** Provide a copy of the form or publication (or refer to www.atf.gov for an e-copy) and explain the requirements for completing the forms.                Page 2 of 2

ATF 0752

Success:The license has no violations and the inspection has been closed. The Inspection Summary PDF is being generated, which could take several minutes. Close and reopen the inspection to see it in the attachments.
Acknowledgement of Regulations
**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

The purpose of this document is to provide BENCIVENGA CORPORATION a copy of the information reviewed and discussed between ATF IOI Thomas Gray III and representatives of BENCIVENGA CORPORATION on Tuesday, December 10, 2019 in order to inform them of their responsibilities as a Federal Firearms Licensee in accordance with ATF's authority to regulate firearms.

# Required Records & Reports

| Reference | D |
|---|---|
| 27 CFR 478.125(e) | Acquisition and Disposition Recor |
| ATF Ruling 2016-1 | Computerized Acquisition and Dis |
| ATF F 4473 | Transaction Record |
| 27 CFR 478.124 | Transaction Record |
| 27 CFR 478.11 ID Document | Identification Document |
| ATF F 3310.4 | Report of Multiple Handgun Sales |
| 27 CFR 478.126a | Report of Multiple Handgun Sales |
| ATF F 3310.11 | Reporting Thefts or Losses |
| 27 CFR 478.39a | Reporting Thefts of Losses |
| 27 CFR 478.129 | Retention of Records |

# Conduct of Business

| Reference | Description |
|---|---|
| 27 CFR 478.11 Firearm Frame | Firearm Frame or Receiver |
| 27 CFR 478.102 | NICS Requirements |
| 27 CFR 478.131 | NICS Requirements |
| fbi.gov | NICS Requirements |
| 18 U.S.C. 921(a) | Secure Gun Storage or Safety Device |



EXHIBIT
**12**

ATF 0753

| | |
|---|---|
| 18 U.S.C. 922(z) | Secure Gun Storage or Safety Device |
| 18 U.S.C. 923(d)(1)(G) | Secure Gun Storage or Safety Device |
| 18 U.S.C. 922(z) | Child Safety Lock Act |
| 27 CFR 478.94 | Sales or Deliveries between Licensees |
| 27 CFR 478.95 | Sales or Deliveries between Licensees |
| atfonline.gov | FFL EZ Check |
| 27 CFR 478.100 | Gun Show Guidelines |
| 27 CFR 478.96 | Out of State/Mail Order and Internet Sales |
| 27 CFR 478.99 | Prohibited Sales and Deliveries |
| 27 CFR 478.99(b)(1) | Ammunition - Age Requirements for Handgun Ammunition |
| 18 U.S.C. 2(a), 18 U.S.C. 922(g) and 18 U.S.C. 922(n) | Prohibited Persons working for FFL (Actual & Constructive possession) |
| 27 CFR 478.134 | Sales to Law Enforcement Officers |
| 27 CFR 478.103 | Youth Handgun Safety Act- Sales of Handguns/Poster and Notices |
| 27 CFR 478.34 | Obliterated Serial Number |
| 27 CFR 478.11 Short Barreled | Short Barreled Rifle & Shotgun |

## Licenses

| Reference | D |
|---|---|
| 27 CFR 478.11 Engaged in Business | Engaged in the Business |
| 27 CFR 478.48 | Correction of Error |
| 27 CFR 478.91 | Posting of License |
| 27 CFR 478.45 | Renewal/Duration |
| 27 CFR 478.49 | Renewal/Duration |
| 27 CFR 478.50 | Premises Covered |
| ATF F 5300.38 | Reporting Changes of Address |
| 27 CFR 478.52 | Reporting Changes of Address |
| 27 CFR 478.53 | Reporting Changes in Trade Name |
| 27 CFR 478.54 | Reporting Changes of Control |
| 27 CFR 478.57 | Discontinuance of Business |

ATF 0754

27 CFR 478.127                                          Discontinuance of Business

# Miscellaneous Provisions

### Reference                                                              D

27 CFR 478.23                          Right of Entry and Examination
27 CFR 478.25a                         Tracing Request from ATF
27 CFR 478.128                         "Straw" Purchase
ATF P 5300.11                          Curios or Relics
27 CFR 478.11 Curios And Relics        Curios or Relics
27 CFR 478.11 Antique Firearm          Antique Firearm/Muzzleloader (C
ATF P5300.4 General Info #7            Antique Firearm/Muzzleloader (C
27 CFR 478.124(a)                      Consignment of Firearms
ATF P 5300.4 Q&A Section G22           Consignment of Firearms
ATF P 3312.8                           Personal Firearms
27 CFR 478.125a                        Personal Firearms
27 CFR 478.38                          Firearm Transportation

# Gunsmith Activities

### Reference                                                              D

27 CFR 478.11 Gunsmith                 Gunsmithing Definition
ATF Ruling 77-1                        Gunsmith Recordkeeping
ATF P 5300.4 Q&A Section J             Return of Repaired Firearm
ttb.gov/firearms                       Firearms & Ammunition Excise T

# Firearms & Ammunition Manufacturers

### Reference                                                              D

27 CFR 478.11 Manufacturer            Manufacturer Definition
27 CFR 479.11                          Manufacturer Definition
27 CFR 478.92                          Markings
27 CFR 479.102                         Markings
ATF Ruling 9-5                         Markings
ATF Ruling 12-1                        Markings

ATF 0755

| | |
|---|---|
| ATF Ruling 13-3 | Markings |
| 27 CFR 478.123 | Records |
| 27 CFR 478.125(i) | Importation Acquisition & Disposition Record |
| ATF Ruling 10-8 | Records |
| 27 CFR ATF F 5300.11 | Annual Firearms Manufacturing & Exportation R |
| 27 CFR 479.103 | NFA Firearms |
| ATF F 5630.7 | Special Occupational Tax |
| 27 CFR 479.31 through 27 CFR 479.37 | Special Occupational Tax |

## Exportation

| Reference | D |
|---|---|
| 22 U.S.C. 2778 | Arms Export Control Act of 1976 |

## School Zone

| Reference | D |
|---|---|
| ATF P 5310.1 | School Zone |

## General Questions and Answers

| Reference | D |
|---|---|
| ATF P 5300.4 Pages 191-217 | General Questions and Answers |

## Southwest Border

| Reference | D |
|---|---|
| ATF F 3310.12 | Report of Multiple Rifle Sales |
| 18 U.S.C. 923(g)(5)(A) | Report of Multiple Rifle Sales |
| ATF Demand Letter 3 | Report of Multiple Rifle Sales |

## Acknowledgement & Signature

My signature below certifies that on Tuesday, December 10, 2019 ATF IOI explained the above information to me and answered my questions regarding this information. I understand I will receive a copy of this for my records. I understand that this is only a general overview of the

ATF 0756

regulations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed business.


RAMI
RO
ROMO

Tuesday, December 10, 2019


**ATF Website:** www.atf.gov
**FBI NICS:**
**Federal Firearms Regulations Reference Guide:** https://www.atf.gov/file/11241/download
**Firearms Rulings:** https://www.atf.gov/rules-and-regulations/firearms-rulings
**Firearms Open Letters:** https://www.atf.gov/rules-and-regulations/firearms-open-letters
**Federal Firearms Licensing Center Phone:** 866-662-2750
**Firearms Tracing Center Phone:** 800-788-7133
**Firearms Imports Branch Phone:** 304-616-4550
**Firearms Imports Branch Email:** imports@atf.gov
**National Firearms Act (NFA) Branch Phone:** 304-616-4500
**National Firearms Act (NFA) Branch Email:** NFA@atf.gov
**Firearms and Ammunition Technology Branch Phone:** 304-260-1699
**Firearms Industry Programs Branch Phone:** 202-648-7190
**Firearms Industry Programs Branch Email:** fipb@atf.gov
**Distribution Center/Forms:** 240-828-5316
**Reporting Thefts Phone(s):** 800-930-9275, 800-800-3855
BENCIVENGA CORPORATION's FCI
Inspection Type:
Firearms Compliance
RDS Key:
5-76-02738
Lead:
Industry Operations Investigator Thomas Gray III
Status:

Due:
3 years ago
Success:

ATF 0757

The license has no violations and the inspection has been closed.
The Inspection Summary PDF is being generated, which could take several minutes. Close and reopen the inspection to see it in the attachments.
Compliance Intake
Pre-Inspection
Inspection
Post-Inspection
Final Recommendation

## Final Outcome

Final Decision
No Violations

## Work for this Inspection

## General

## Recommendation

## Compliance Intake

## Special Instructions

## Eligibility Verification

## Interview Information

## Onsite Summary

## Closing Conference

Closing Conference
Closing Conference Date
12/10/2019
View completed acknowledgement of regulations

- Overview
- Generate Inspection Summary
- Attachments
- Investigative Participants
- Utilities

ATF 0758

Loading Completed
Acknowledgement of Regulations
**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

The purpose of this document is to provide BENCIVENGA CORPORATION a copy of the information reviewed and discussed between ATF IOI Thomas Gray III and representatives of BENCIVENGA CORPORATION on Tuesday, August 30, 2022 in order to inform them of their responsibilities as a Federal Firearms Licensee in accordance with ATF's authority to regulate firearms.

# Required Records & Reports

| Reference | D |
|---|---|
| 27 CFR 478.125(e) | Acquisition and Disposition Recor |
| ATF Ruling 2016-1 | Computerized Acquisition and Dis |
| ATF F 4473 | Transaction Record |
| 27 CFR 478.124 | Transaction Record |
| 27 CFR 478.11 ID Document | Identification Document |
| ATF F 3310.4 | Report of Multiple Handgun Sales |
| 27 CFR 478.126a | Report of Multiple Handgun Sales |
| ATF F 3310.11 | Reporting Thefts or Losses |
| 27 CFR 478.39a | Reporting Thefts of Losses |
| 27 CFR 478.129 | Retention of Records |

# Conduct of Business

| Reference | Description |
|---|---|
| 27 CFR 478.11 Firearm Frame | Firearm Frame or Receiver |
| 27 CFR 478.102 | NICS Requirements |
| 27 CFR 478.131 | NICS Requirements |
| fbi.gov | NICS Requirements |
| 18 U.S.C. 921(a) | Secure Gun Storage or Safety Device |
| 18 U.S.C. 922(z) | Secure Gun Storage or Safety Device |

**EXHIBIT 13**

ATF 0759

| | |
|---|---|
| 18 U.S.C. 923(d)(1)(G) | Secure Gun Storage or Safety Device |
| 18 U.S.C. 922(z) | Child Safety Lock Act |
| 27 CFR 478.94 | Sales or Deliveries between Licensees |
| 27 CFR 478.95 | Sales or Deliveries between Licensees |
| atfonline.gov | FFL EZ Check |
| 27 CFR 478.100 | Gun Show Guidelines |
| 27 CFR 478.100 | Gun Show Guidelines |
| 27 CFR 478.96 | Out of State/Mail Order and Internet Sales |
| 27 CFR 478.99 | Prohibited Sales and Deliveries |
| 27 CFR 478.99(b)(1) | Ammunition - Age Requirements for Handgun Ammunition |
| 18 U.S.C. 2(a), 18 U.S.C. 922(g) and 18 U.S.C. 922(n) | Prohibited Persons working for FFL (Actual & Constructive possession) |
| 27 CFR 478.134 | Sales to Law Enforcement Officers |
| 27 CFR 478.103 | Youth Handgun Safety Act- Sales of Handguns/Poster and Notices |
| 27 CFR 478.34 | Obliterated Serial Number |
| 27 CFR 478.11 Short Barreled | Short Barreled Rifle & Shotgun |

## Licenses

| Reference | D |
|---|---|
| 27 CFR 478.11 Engaged in Business | Engaged in the Business |
| 27 CFR 478.48 | Correction of Error |
| 27 CFR 478.91 | Posting of License |
| 27 CFR 478.45 | Renewal/Duration |
| 27 CFR 478.49 | Renewal/Duration |
| 27 CFR 478.50 | Premises Covered |
| 27 CFR 478.50 | Premises Covered |
| ATF F 5300.38 | Reporting Changes of Address |
| 27 CFR 478.52 | Reporting Changes of Address |
| 27 CFR 478.53 | Reporting Changes in Trade Name |
| 27 CFR 478.54 | Reporting Changes of Control |

ATF 0760

| | |
|---|---|
| 27 CFR 478.57 | Discontinuance of Business |
| 27 CFR 478.127 | Discontinuance of Business |

## Miscellaneous Provisions

| Reference | D |
|---|---|
| 27 CFR 478.23 | Right of Entry and Examination |
| 27 CFR 478.25a | Tracing Request from ATF |
| 27 CFR 478.128 | "Straw" Purchase |
| ATF P 5300.11 | Curios or Relics |
| 27 CFR 478.11 Curios And Relics | Curios or Relics |
| 27 CFR 478.11 Antique Firearm | Antique Firearm/Muzzleloader (C |
| ATF P5300.4 General Info #7 | Antique Firearm/Muzzleloader (C |
| 27 CFR 478.124(a) | Consignment of Firearms |
| ATF P 5300.4 Q&A Section G22 | Consignment of Firearms |
| ATF P 3312.8 | Personal Firearms |
| 27 CFR 478.125a | Personal Firearms |
| 27 CFR 478.38 | Firearm Transportation |

## State Laws, Local Ordinances, and Federal Reporting

| Reference | D |
|---|---|
| ATF P 5300.5 | Compliance with State Law Public |
| 27 CFR 478.24 | Compliance with State Law Public |
| irs.gov | IRS Form 8300 - Reporting Cash I |

## Gunsmith Activities

| Reference | D |
|---|---|
| 27 CFR 478.11 Gunsmith | Gunsmithing Definition |
| ATF Ruling 77-1 | Gunsmith Recordkeeping |
| ATF P 5300.4 Q&A Section J | Return of Repaired Firearm |
| ttb.gov/firearms | Firearms & Ammunition Excise T |

ATF 0761

# Firearms & Ammunition Manufacturers

| Reference | D |
|---|---|
| 27 CFR 478.11 Manufacturer | Manufacturer Definition |
| 27 CFR 479.11 | Manufacturer Definition |
| 27 CFR 478.92 | Markings |
| 27 CFR 479.102 | Markings |
| ATF Ruling 9-5 | Markings |
| ATF Ruling 12-1 | Markings |
| ATF Ruling 13-3 | Markings |
| 27 CFR 478.123 | Records |
| 27 CFR 478.125(i) | Importation Acquisition & Dispos |
| 27 CFR ATF F 5300.11 | Annual Firearms Manufacturing & |
| 27 CFR 479.103 | NFA Firearms |
| ATF F 5630.7 | Special Occupational Tax |
| 27 CFR 479.31 through 27 CFR 479.37 | Special Occupational Tax |
| ATF Ruling 16-3 | Records |

## Exportation

| Reference | D |
|---|---|
| 22 U.S.C. 2778 | Arms Export Control Act of 1976 |

## School Zone

| Reference | D |
|---|---|
| ATF P 5310.1 | School Zone |

## General Questions and Answers

| Reference | D |
|---|---|
| ATF P 5300.4 Pages 191-217 | General Questions and Answers |

ATF 0762

# Southwest Border

| Reference | D |
|---|---|
| ATF F 3310.12 | Report of Multiple Rifle Sales |
| 18 U.S.C. 923(g)(5)(A) | Report of Multiple Rifle Sales |
| ATF Demand Letter 3 | Report of Multiple Rifle Sales |

# Acknowledgement & Signature

My signature below certifies that on Tuesday, August 30, 2022 ATF IOI explained the above information to me and answered my questions regarding this information. I understand I will receive a copy of this for my records. I understand that this is only a general overview of the regulations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed business.



Tuesd
RAMI  ay,
RO    Augus
ROMOt 30,
      2022

**ATF Website:** www.atf.gov
**FBI NICS:**
**Federal Firearms Regulations Reference Guide:** https://www.atf.gov/file/11241/download
**Firearms Rulings:** https://www.atf.gov/rules-and-regulations/firearms-rulings
**Firearms Open Letters:** https://www.atf.gov/rules-and-regulations/firearms-open-letters
**Federal Firearms Licensing Center Phone:** 866-662-2750
**Firearms Tracing Center Phone:** 800-788-7133
**Firearms Imports Branch Phone:** 304-616-4550
**Firearms Imports Branch Email:** imports@atf.gov
**National Firearms Act (NFA) Branch Phone:** 304-616-4500
**National Firearms Act (NFA) Branch Email:** NFA@atf.gov
**Firearms and Ammunition Technology Branch Phone:** 304-260-1699

**Firearms Industry Programs Branch Phone:** 202-648-7190
**Firearms Industry Programs Branch Email:** fipb@atf.gov
**Distribution Center/Forms:** 240-828-5316
**Reporting Thefts Phone(s):** 800-930-9275, 800-800-3855
BENCIVENGA CORPORATION's FCI
Inspection Type:
Firearms Compliance
RDS Key:
5-76-02738
Lead:
Industry Operations Investigator Thomas Gray III
Status:

Due:
11 months ago
Compliance Intake
Pre-Inspection
Inspection
Post-Inspection
Final Recommendation

## Work for this Inspection

View Completed Work
- 
  o                                                **Assigned to    Assigned on**



  o   Task



- 
  o
  o   Reviewer Recommendation
- 
  o   _



  o   Suspicious Activity (SAR-
      3227)

ATF 0764

Alicia Flowers                                    05/04/2023

02/03/2023                                        Open

## General

## Recommendation

## Compliance Intake

## Special Instructions

## Eligibility Verification

## Interview Information

## Onsite Summary

## Violations

## Closing Conference

Closing Conference
Closing Conference Date
08/30/2022
View completed acknowledgement of regulations
Additional Notes
On 08/30/22, IOI Gray conducted a closing conference with President Ramiro Romo. He was provided with a copy of the Notice of Selling Firearms after the Revocation, Expiration or Surrender of a License, and the Revocation of Firearms Licenses Policy. He indicated he already had obtained the Revocation of Firearms Licenses Policy from a recent publication. He was advised to only accept Texas License to Carry Permits in lieu of conducting a NICS background check and not carry permits issued by other states. He was advised to contact the Houston Area Office with any additional questions regarding ATF regulatory policies.

An amended report of violations was forwarded to Mr. Romo after he and Mr. Aronstein disclosed that they were operating a hidden ownership, but he refused to sign it.

ATF 0765

ATF 0766