# EXHIBIT T

RDS Key: 57634105   **For Official Use Only**   Page 1 of 5

**FEDERAL LICENSING SYSTEM**

**License Registration Report**

06-SEP-2022

Time

17:49:01

| License Number: | 5 | 76 | 201 | 07 | 3A | 34105 |

Application ID: 488788

**Special Attention Flags**

A   INSPECTION NEEDED

| Application Type | Disposition | | Status |
|---|---|---|---|
| FORM 7 | OUT OF BUSINESS BY NLC | | INACTIVE |

| Add Date | Change Date | Original Issue Date | Expiration Date | Renewal Receive Date | Renewal Date |
|---|---|---|---|---|---|
| 12/31/1990 | 02/06/2004 | 12/31/1990 | 01/01/2003 | | 12/22/1999 |

| Inspection Date | | Business Type | Wholesale Indicator | Storage |
|---|---|---|---|---|
| 01/31/2003 | | | Y | |

| Division | Area Office |
|---|---|
| HOUSTON | HOUSTON |

| EIN | Licensee/Permittee | Business Name |
|---|---|---|
| | ARMAS INTL MFG CO INC | AIMCO INC |

Voice Phone: (713) 661-9301        Fax Phone:

**Premises Address**

Street: 5123 GULFTON ST
City: HOUSTON                State: TX   Zip Code: 77081-0000
County Code: 201   County Name:   HARRIS

**Mailing Address**

Street: PO BOX 8767
City: HOUSTON                State: TX   Zip Code: 77249-8767

**EXHIBIT**

**21**

ATF 0809

RDS Key: 57634105        **For Official Use Only**        Page 2 of 5

### Responsible Person

| atus | SSN | Last Name | | First Name | Middle Name | Cadency |
|---|---|---|---|---|---|---|
| CTIVE | ********* | HAUKE | | FRED | | |

| tle | INS Number | COGENT Number |
|---|---|---|
| RES | | |

reet

███████████████

| ty | State | Zip Code | Photo Recd Date |
|---|---|---|---|
| ATY | TX | 77449-0000 | |

nail Address

| ate of Birth | Phone Nbr | Birth State | State | State | State | State | Race | Sex | FBI Card Date |
|---|---|---|---|---|---|---|---|---|---|
| ████████████████████ | | | | | | | WHITE | M | |

| | Miscellan. Nbr | UPIN | Citizenship |
|---|---|---|---|
| ountry of Birth | | | U.S. CITIZEN |
| NITED STATES | | | |

| ountry of Citizenship | Non-Imgrnt Alien |
|---|---|
| NITED STATES | |

dditional Citizenship 1

dditional Citizenship 2

| ocumentation Exception | 90 Days Residency |
|---|---|

| HC Clrnce Status | CHC Clrnce Date | NICS Clrnce Status | NICS Clrnce Date | NTN | Relief Status | Relief Date |
|---|---|---|---|---|---|---|

oreign Address Information Street

| ty | Country | Province | Postal Code |
|---|---|---|---|

**TN History**        **NICS Clrnce Status History**        **Clrnce Date History**

ATF 0810

| Status | SSN | Last Name | First Name | Middle Name | Cadency |
|---|---|---|---|---|---|
| ACTIVE | ********* | ROMO | RAMIRO | N | |

| Title | INS Number | COGENT Number |
|---|---|---|
| PRESIDENT | | |

**Street**

████████████

| City | State | Zip Code | Photo Recd Date |
|---|---|---|---|
| HOUSTON | TX | 77040-0000 | |

**Email Address**

| Date of Birth | Phone Nbr | Birth State | State | State | State | State | Race | Sex | FBI Card Date |
|---|---|---|---|---|---|---|---|---|---|
| ████████████ | | | | | | | WHITE | M | |

| Country of Birth | Miscellan. Nbr | UPIN | Citizenship |
|---|---|---|---|
| UNITED STATES | | | U.S. CITIZEN |

| Country of Citizenship | Non-Imgrnt Alien |
|---|---|
| UNITED STATES | |

**Additional Citizenship 1**

**Additional Citizenship 2**

| Documentation Exception | 90 Days Residency |
|---|---|
| | |

| CHC Clrnce Status | CHC Clrnce Date | NICS Clrnce Status | NICS Clrnce Date | NTN | Relief Status | Relief Date |
|---|---|---|---|---|---|---|
| | | | | | | |

**Foreign Address Information Street**

| City | Country | Province | Postal Code |
|---|---|---|---|
| | | | |

**NTN History**      **NICS Clrnce Status History**      **Clrnce Date History**

ATF 0811

RDS Key: 57634105        For Official Use Only        Page 4 of 5

| atus | SSN | Last Name | First Name | Middle Name | Cadency |
|------|-----|-----------|------------|-------------|---------|
| CTIVE | ********* | SUHLER | DAVID | R | |

| tle | INS Number | COGENT Number |
|-----|------------|---------------|
| ECRETARY | | |

reet

| ty | State | Zip Code | Photo Recd Date |
|----|-------|----------|-----------------|
| OUSTON | TX | 77041-0000 | |

nail Address

| ate of Birth | Phone Nbr | Birth State | State | State | State | State | Race | Sex | FBI Card Date |
|--------------|-----------|-------------|-------|-------|-------|-------|------|-----|---------------|
| | | | | | | | WHITE | M | |

| ountry of Birth | Miscellan. Nbr | UPIN | Citizenship |
|-----------------|----------------|------|-------------|
| NITED STATES | | | U.S. CITIZEN |

| ountry of Citizenship | Non-Imgrnt Alien |
|-----------------------|------------------|
| NITED STATES | |

dditional Citizenship 1

dditional Citizenship 2

| ocumentation Exception | 90 Days Residency |
|------------------------|-------------------|
| | |

| HC Clrnce Status | CHC Clrnce Date | NICS Clrnce Status | NICS Clrnce Date | NTN | Relief Status | Relief Date |
|------------------|-----------------|--------------------|--------------------|-----|---------------|-------------|
| | | | | | | |

reign Address Information Street

| ty | Country | Province | Postal Code |
|----|---------|----------|-------------|
| | | | |

| TN History | NICS Clrnce Status History | Clrnce Date History |
|------------|----------------------------|---------------------|
| | | |

ATF 0812

RDS Key: 57634105 | For Official Use Only | Page 5 of 5

## Comments

| Text | Create Date | Create Userid |
|------|-------------|---------------|
| TECS 12/15/99 | 12/15/1999 | CO07SO |
| DO NOT ISSUE RENEWAL. PER E-MAIL FROM JOHN JAMES THIS LICENSEE SURRENDERED HIS LICENSE IN SEPTEMBER, 2001. | 10/25/2002 | VGRAY |
| THE STATE CODE FIELDS WERE BLANK, FOR RESPONSIBLE PERSON: ROMO, RAMIRO N | 09/15/2000 | FEAFIX |
| THE STATE CODE FIELDS WERE BLANK, FOR RESPONSIBLE PERSON: HAUKE, FRED | 09/15/2000 | FEAFIX |
| THE STATE CODE FIELDS WERE BLANK, FOR RESPONSIBLE PERSON: SUHLER, DAVID R | 09/15/2000 | FEAFIX |

## Payments

| Control Number | Expiration Code | Transaction Code | Transaction Amount | GLA Date | Check Number |
|----------------|-----------------|------------------|--------------------|----------|--------------|
| LI99084766422 | 3A | LF | $150.00 | | |
| LI99084766422 | 3A | AA | -$150.00 | | |
| LI93632036885 | 4A | LF | $150.00 | | |
| LI93632036885 | 4A | AA | -$150.00 | | |

## Out of Business Info

| OOB Disposition | Disposition Date | OOB Letter Date | Record Request Letter Date |
|-----------------|------------------|-----------------|----------------------------|
| | 12/15/1999 | | |

| Record Center File Number | Date Records Obtained | Date Business Acquired | Successor's RDS |
|---------------------------|-----------------------|------------------------|-----------------|
| | | | |

| Condition | Volume | Successor's Name |
|-----------|--------|------------------|
| | | |

## Explosives Storage Info

| Storage Type | Street | City | State | ZIP |
|--------------|--------|------|-------|-----|
| | | | | |

ATF 0813

ATF 0814