UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| BENCIVENGA CORPORATION D/B/A OFM CORPORATION | § § § § | |
| Plaintiff | § § | |
| VS. | § § | Case No. 4:23-cv-03887 |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al. | § § § § | |
| Defendants | § | |

## STIPULATION OF DISMISSAL

Plaintiff and defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1.    Plaintiff is Bencivenga Corporation d/b/a OFM Corporation; defendants are Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), James R. McHenry III, in his official capacity as Acting Attorney General of the United States, Department Of Justice, Marvin G. Richardson, in his official capacity as Acting Director of the ATF, and Tanarra James, in her official capacity as the Director of Industry Operations for ATF's Houston Field Division.

2.    On October 12, 2023, plaintiff sued defendants.

3.    Plaintiff moves to dismiss the suit.

4.    Defendants, who have served an answer and a motion for summary judgment, stipulate to the dismissal.

5.    This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6.  A receiver has not been appointed in this case.

7.  This case is not governed by any federal statute that requires a court order for dismissal of the case.

8.  Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9.  This dismissal is with prejudice.

Respectfully submitted,

/s/G. P. Matherne
G. P. Matherne
Attorney at Law
P. O. Box 547
Spring, Texas 77383-0547
713 253-0674 Telephone
281 353-2651 Fax
TBA 13186300
legistgpm@icloud.com

Attorney for Plaintiff
Bencivenga Corporation
d/b/a OFM Corporation

BRETT A. SHUMATE
Acting Assistant Attorney General

ANDREW WARDEN
Assistant Branch Director

/s/ Taylor Pitz
TAYLOR PITZ (CA Bar No. 332080)
ZACHARY SHERWOOD (IN Bar No. 37147-49)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch

1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: Taylor.N.Pitz@usdoj.gov

*/s/ Myra Siddiqui*
Myra Siddiqui
Assistant United States Attorney Texas
Bar No. 24106434 Southern District No.
3257790 1000 Louisiana, Suite 2300
Houston, Texas 77002
Phone: (713) 567-9600
E-mail: myra.siddiqui@usdoj.gov

*Attorneys for Defendants*