UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

BENCIVENGA CORPORATION D/B/A §
OFM CORPORATION §
§
§
    Plaintiff §
§
        VS. §    Case No. 4:23-cv-03887
§
BUREAU OF ALCOHOL, TOBACCO, §
FIREARMS AND EXPLOSIVES, et al. §
§
    Defendants §

ORDER ON STIPULATION OF DISMISSAL

After considering the parties' stipulation of dismissal the Court

GRANTS the stipulation and dismisses the case with prejudice.

SIGNED on _____, 2025.


_____
U.S. DISTRICT JUDGE


APPROVED & ENTRY REQUESTED:
/s/ G. P. Matherne
_____
G. P. Matherne